UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV -6 A 11: 26
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| Lewis C. Brown | ) | 301cv1967(RNC) |
| Plaintiff, | ) | |
| v. | ) | |
| Experian Information Solutions, Inc. | ) | |
| Defendant. | ) | November 5, 2003 |

**MEMORANDUM IN SUPPORT OF MOTION
TO EXTEND DEADLINE TO FILE JOINT TRIAL MEMORANDUM
AND REQUEST FOR A SETTLEMENT CONFERENCE**

Pursuant to Local Rule of Civil Procedure 7(b), Defendant Experian Information Solutions ("Experian") moves this Court for an extension of time to file a Joint Trial Memorandum and requests a settlement conference before Your Honor as soon as the Court is available.

Dated: November 5, 2003

EXPERIAN INFORMATION SOLUTIONS, INC.

By: _____
George Kostolampros - ct23207
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

NYI-2095998v1                                  1