UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -6  A 11: 26

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| Lewis C. Brown ) | 301cv1967(RNC) |
| Plaintiff, ) | |
| v. ) | |
| Experian Information Solutions, Inc. ) | |
| Defendant. ) | November 5, 2003 |

### MEMORANDUM IN SUPPORT OF MOTION
### TO EXTEND DEADLINE TO FILE JOINT TRIAL MEMORANDUM
### AND REQUEST FOR A SETTLEMENT CONFERENCE

Pursuant to Local Rule of Civil Procedure 7(b), Defendant Experian Information Solutions ("Experian") moves this Court for an extension of time to file a Joint Trial Memorandum and requests a settlement conference before Your Honor as soon as the Court is available.

Pursuant to the Court's September 17, 2003 Order, the parties were to submit a joint trial memorandum on October 20, 2003. Experian recently attempted to settle this action with plaintiff, but plaintiff rejected Experian's offer. Experian would like to appear before Your Honor for a settlement conference with the plaintiff as soon as the Court is available in order to resolve this matter. Plaintiff's counsel does not agree to a settlement conference, but is agreeable to an extension to file a joint trial memorandum of thirty days from the October 20, 2003 deadline. Defendant, however, requests an extension until two weeks after a settlement conference.

NYI-2095998v1                    1

Pursuant to Local Rule 7(b)(2), Experian requests this extension of time for good cause. Specifically, Experian has in good faith attempted to settle this action with the plaintiff without incurring the further costs of preparing a joint trial memorandum.

Dated: November 5, 2003

                    EXPERIAN INFORMATION SOLUTIONS, INC.

By: _____
George Kostolampros - ct23207
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

## CERTIFICATE OF SERVICE

      GEORGE KOSTOLAMPROS certifies and declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that on November 5, 2003, he caused the foregoing to be served upon Zenas Zelotes, Esq., 753 Buddington Road, Groton, CT 06320 by First-Class U.S. Mail and facsimile.

      I declare under penalty of perjury that the foregoing is true and correct.

_____
George Kostolampros

NYI-2011788v1