IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV -7 P 2: 08
US DISTRICT COURT
HARTFORD CT

Lewis C. Brown )
        Plaintiff )
v. ) 301cv1967(RNC)
)
Experian Information Solutions, Inc. )
)
        Defendant )
) November 5, 2003

**OBJECTION to Defendant's Motion to Extend JTMR Deadline & Settlement Conference**

      The plaintiff objects to the defendant's (concurrently filed) request for a SECOND extension of time to complete the JTMR, insofar as it requests a date beyond 11/20/03.

      The JTMR is now seriously overdue. The plaintiff forwarded a near complete draft of the JTMR to the defendant (on October 21, 2003) and the defendant since failed to act. More than one year has passed since the close of discovery. This matter should be immediately assigned to the Trial Ready List in haste. Further delay is both inexcusable and unfathomable.

      Furthermore, a pre-JTMR settlement conference imposes a senseless tax upon the judicial resource. The defendants' most recent settlement offer was an insult. The plaintiff and his counsel are firmly resolved to present this case before a jury of peers.

      **Most importantly, the plaintiff and his principal witness are elderly persons.** The defendant should not be afforded liberal opportunity to (literally) run out the clock. Jones Day has more than ample staffing & resources to put the finishing touches on what in now a seriously overdue (& near complete) JTMR. **Further (inexcusable) delay threatens manifest injustice.**

      Wherefore the plaintiff prays for an immediate submission upon threat of sanction.

Respectfully Submitted,

LEWIS C. BROWN, Plaintiff
By His Attorney
ZENAS ZELOTES, ESQ.

Zenas Zelotes, Esq.
Consumer Law Office of Z Zelotes
753 Buddington Road
Groton CT 06320
(860) 448-6140
Fed Bar No. ct23001

## Zenas Zelotes Esq.
753 Buddington Road, Groton, CT 06340
(860) 448-6140 Credit Report Lawyer.Com

**COMMERCIAL TRADE PRACTICES LITIGATION**

FILED

2003 NOV -7 P 2: 04

US DISTRICT COURT
HARTFORD CT

Jones, Day, Reavis & Pogue
Attn: George Kostolampros, Esq.
222 East 41st Street
New York, NY 10017-6702          11/5/03

### Certificate of Service

I hereby certify that a copy of the foregoing document, dated 11/5/03, was, on 11/5/03, served via first class mail (USPS) upon the above-listed addressee.

Date: 11/5/03

LEWIS C. BROWN, Plaintiff
ZENAS ZELOTES, ESQ.
His Attorney

By: _____
ZENAS ZELOTES, ESQ.
Consumer Law Office
of Zenas Zelotes, Esq.
753 Buddington Road
Groton CT 06320
Tel. (860) 448-6140

Fed. Bar No. 23001