UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEWIS C. BROWN,
    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
    Defendant.

CASE NO. 3:01CV1967(RNC)

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.): Memorandum in Support of Motion to Extend Deadline to File Joint Trial Memorandum and Request for a Settlement Conference [doc. 82]

So ordered.

Dated at Hartford, Connecticut this 13TH day of November 2003.



Robert N. Chatigny
United States District Judge