82

'01cv1967 next time

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV -6 A 11: 26
US DISTRICT COURT
HARTFORD CT

| | ) | |
|---|---|---|
| Lewis C. Brown | ) | 301cv1967(RNC) |
| Plaintiff, | ) | |
| v. | ) | |
| Experian Information Solutions, Inc. | ) | |
| Defendant. | ) | |
| | ) | November 5, 2003 |

**MEMORANDUM IN SUPPORT OF MOTION
TO EXTEND DEADLINE TO FILE JOINT TRIAL MEMORANDUM
AND REQUEST FOR A SETTLEMENT CONFERENCE**

Pursuant to Local Rule of Civil Procedure 7(b), Defendant Experian Information Solutions ("Experian") moves this Court for an extension of time to file a Joint Trial Memorandum and requests a settlement conference before Your Honor as soon as the Court is available.

Dated: November 5, 2003

EXPERIAN INFORMATION SOLUTIONS, INC.

By: _____
George Kostolampros - ct23207
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

GRANTED. A settlement conference shall be conducted with the undersigned on November 21, 2003. The parties' Joint Trial Memorandum shall be filed by December 12, 2003. SO ORDERED.

Donna F. Martinez, U.S.M.J.
11/17/03

2003 NOV 17 P 4: 26
US DISTRICT COURT
HARTFORD CT

NYI-2095998v1                                    1