IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown | ) |
| Plaintiff | ) |
| v. | ) 301cv1967(RNC) |
| | ) |
| Experian Information Solutions, Inc. | ) |
| | ) |
| Defendant | ) |
| | ) June 30, 2003 |

### Motion to Preserve Deposition Testimony

Lewis C. Brown, pursuant to Fed.R.Civ.P. 27(c), seeks leave to take and preserve the deposition testimony of Mary Woehrle. The defendant objects. A memorandum accompanies this request.

Respectfully Submitted,

LEWIS C. BROWN, Plaintiff
By His Attorney
ZENAS ZELOTES, ESQ.

Zenas Zelotes, Esq.
Consumer Law Office of
Zenas Zelotes, Esq.
753 Buddington Road
Groton CT 06320
(860) 448-6140
Fed Bar No. ct23001

Construing the plaintiff's motion as a request for leave to conduct a trial deposition to preserve the testimony of Ms. Woehrle, the motion is granted. SO ORDERED. The court makes no ruling as to admissibility of the deposition. See Fed.R.Civ.P. 32.

Donna F. Martinez, U.S.M.J.
11/17/03

**ORAL ARGUMENT NOT REQUESTED**