UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 12  A 11: 26

 US DISTRICT COURT
 HARTFORD CT

| | | |
|---|---|---|
| Lewis C. Brown | ) ) ) | 301cv1967(RNC) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| Experian Information Solutions, Inc. | ) ) | |
| Defendant. | ) ) ) | November 11, 2003 |

**REPLY MEMORANDUM IN SUPPORT OF MOTION
TO EXTEND DEADLINE TO FILE JOINT TRIAL MEMORANDUM
AND REQUEST FOR A SETTLEMENT CONFERENCE**

Defendant Experian Information Solutions ("Experian") submits this short reply to Plaintiff's Objection to Experian's Motion to Extend JTMR Deadline & Settlement Conference. Plaintiff states that the JTMR is seriously overdue and that plaintiff's attorney forwarded a near complete draft to Experian's counsel one day after the deadline to file the Joint Trial Memorandum had passed. Plaintiff further states that it is Experian who failed to act. The truth of the matter is that it took plaintiff over two weeks to draft his alleged version of a draft that is purportedly "near complete." If it took plaintiff over two weeks to draft his version of the Joint Trial Memorandum, then Experian would need at least two weeks to review and make its own changes.

Further, in an effort to resolve this matter, Experian has recently provided plaintiff with an offer to settle this matter. Instead of in good faith providing Experian with a counteroffer, plaintiff states that Experian's offer "was an insult." Plaintiff simply fails to appreciate that this is a case in which he only alleges a credit denial of $8,500. Plaintiff also

NYI-2097299v1                                1

alleges emotional damages, but plaintiff has admitted that he has not seen any doctor for that alleged emotional distress and does not take any medication for that alleged emotional distress. Plaintiff's failure to appreciate the value of his case is exactly why Experian seeks the assistance of this Court for a settlement conference before the parties spend further and substantial resources in taking this case to trial. Experian is willing and able to appear for a settlement conference as soon as the Court is available.

Finally, plaintiff's attorney claims that the plaintiff and his principal witness are elderly and "inexplicable delay threatens manifest injustice." Plaintiff again offers no reason why a delay of a few weeks will cause any such injustice. He offers no allegation that these individuals are ill and will likely be unavailable in a few weeks or months.

Accordingly, Experian's request that the Court order that the parties appear for a settlement conference and that an extension to file the Joint Trial Memorandum until two weeks after the settlement conference should be granted.

Dated: November 11, 2003

EXPERIAN INFORMATION SOLUTIONS, INC.

By: _____
George Kostolampros - ct23207
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

## CERTIFICATE OF SERVICE

GEORGE KOSTOLAMPROS certifies and declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that on November 11, 2003, he caused the foregoing to be served upon Zenas Zelotes, Esq., 753 Buddington Road, Groton, CT 06320 by First-Class U.S. Mail and facsimile.

I declare under penalty of perjury that the foregoing is true and correct.

_____
George Kostolampros