CT/cvmhrg (January 10, 2002)

HONORABLE _O. E. martinez_
DEPUTY CLERK _R.K. Wood_   RPTR/ERO/TAPE _S. Bowles_

TOTAL TIME: ___ hours _25_ minutes

DATE _11/13/03_   START TIME _2:00pm_   END TIME _2:25 p.m._
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Brown   CIVIL NO. _3:01 CV 1967 (RNC)_

§
§                                              _____
§                                              Plaintiffs Counsel
vs.   §
§   ☑ SEE ATTACHED CALENDAR FOR COUNSEL
Experian Info.   §                             _____
§                                              Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (Held Telephonically)
☑ (mhrgh.) Motion Hearing        ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing  ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing       ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ ....#75 | Motion | to Preserve Testimony | ☐ granted | ☐ denied | ☑ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |

| ☐ ........ | ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____ | | |
|---|---|---|---|
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ Hearing continued until _____ at _____ | | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Miscellaneous Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

November 13, 2003

2:00 p.m.

The motion(s) listed below will be heard at oral argument. The
scheduling of a motion for oral argument does not relieve the
opposing party of its obligation to file responsive papers. If no
response has been filed 21 days after the filing of the motion,
the motion may be granted and oral argument cancelled. See D.
Conn., L. Civ. R. 9.

CASE NO. **3:01CV1967 (RNC)    Brown v. Experian Info.**
Telephonic Oral Argument on Plaintiff's Motion to Preserve
Depositon Testimony (doc.#75).

    COUNSEL OF RECORD:

George Kostolampros                Jones, Day
                                   222 East 41st St.
                                   New York, NY 10017
                                   212-326-3939

Michael P. McGoldrick             Siegel, O'Connor, Zangari,
                                   O'Donnell & Beck
                                   150 Trumbull St.
                                   Hartford, CT 06103
                                   860-727-8900

Joseph V. Meaney, Jr.             Cranmore, Fitzgerald & Meaney
                                   49 Wethersfield Ave.
                                   Hartford, CT 06114-1102
                                   860-522-9100

Zenas Zelotes                     753 Buddington Rd.
                                   Groton, CT 06340
                                   860-448-6140

                                   BY ORDER OF THE COURT
                                   KEVIN F. ROWE, CLERK