*Held 2 & 1/2 hours  
Case Did Not Settle.*

UNITED STATES DISTRICT COURT  
DISTRICT OF CONNECTICUT

Amended  
Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge  
450 Main Street  
Hartford  
Chambers Room 262

November 21, 2003

10:00 a.m.

CASE NO. **3:01CV1967 (RNC)**    Brown v. Experian

COUNSEL OF RECORD:

George Kostolampros ✓

> Jones, Day  
> 222 East 41st St.  
> New York, NY 10017  
> 212-326-3939

Michael P. McGoldrick

> Siegel, O'Connor, Zangari,  
> O'Donnell & Beck  
> 150 Trumbull St.  
> Hartford, CT 06103  
> 860-727-8900

Joseph V. Meaney, Jr.

> Cranmore, Fitzgerald &  
> Meaney  
> 49 Wethersfield Ave.  
> Hartford, CT 06114-1102  
> 860-522-9100

Zenas Zelotes ✓

> 753 Buddington Rd.  
> Groton, CT 06340  
> 860-448-6140  
> 860-449-8847 (fax)  
> zzelotes@comcast.net

BY ORDER OF THE COURT  
KEVIN F. ROWE, CLERK