UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown<br>    Plaintiff, | )<br>)<br>)<br>)    301cv1967(RNC)<br>) |
| v. | )<br>) |
| Experian Information Solutions, Inc.<br>    Defendant. | )<br>)<br>)<br>)    December 19, 2003 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Pursuant to Rule 83.1 (d) (1) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned, a member of the bar of this Court, hereby moves that Attorney Daniel J. McLoon be admitted as visiting attorney to act as counsel for defendant Experian Information Solutions, Inc., in the above-captioned matter. In support thereof, the undersigned refers the Court to the Affidavit of Daniel J. McLoon, attached.

*Appearance and Fees*

The undersigned has already appeared in the above-titled matter and the undersigned's office in Hartford is therefore available for service of papers in this litigation, and the required $25 fee accompanies this motion pursuant to Local Rule 83.1 (d) (2).

The proposed visiting attorney's contact information is as follows:

1. Office address:
   555 West 5th Street
   Suite 4600
   Los Angeles, CA 90013-1025

2. Telephone number: (213) 489-3939
   Fax number (213) 243-2539

3. Email address: djmcloon@jonesday.com

Dated:   Hartford, Connecticut
         December 19, 2003

                DEFENDANT, EXPERIAN INFORMATION
                SOLUTIONS, INC.

BY: _____
     JOSEPH V. MEANEY, JR.
     Cranmore, FitzGerald & Meaney
     49 Wethersfield Avenue
     Hartford, CT 06114-1102
     (860) 522-9100
     Federal Bar No. CT 04315

2

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed, postage prepaid, on this 19th day of December, 2003.

Zenas Zelotas, Esq.
753 Buddington Road
Groton, CT 06320

George Kostolampros, Esq.
Jones, Day, Reavis & Pogue
222 East 41st Street
New York, New York 10017-6702

BY: _____
JOSEPH V. MEANEY, JR.
Cranmore, FitzGerald & Meaney

CRANMORE, FITZGERALD & MEANEY • ATTORNEYS AT LAW
49 WETHERSFIELD AVENUE • HARTFORD, CONNECTICUT 06114-1102 • (860) 522-9100