UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lewis C. Brown | ) ) ) | 301cv1967(RNC) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| Experian Information Solutions, Inc. | ) ) | |
| Defendant. | ) ) ) | |

AFFIDAVIT OF DANIEL J. McLOON IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE*

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

Daniel J. McLoon, being duly sworn, states as follows:

1. I am a partner at the law firm of Jones Day, 555 West Fifth Street, Suite 4600, Los Angles, California 90013-1025.

2. I currently am admitted to practice and in good standing before all of the courts of the State of California.

3. I am also currently admitted to practice and in good standing before the following federal courts:

    a)    United States District Court for the Central District of California;

    b)    United States District Court for the Southern District of California;

    c)    United States District Court for the Northern District of California;

    d)    United States District Court for the Eastern District of California;

NYI-2105001v1

  e) United States District Court for the District of Arizona;

  f) United States District Court for the Northern District of Texas;

  g) United States District Court for the Southern District of Texas;

  h) United States Court of Appeals for the Ninth Circuit;

  i) United States Tax Court; and

  j) Supreme Court of the United States.

4. To my knowledge, I am not now the subject of any disciplinary investigation or other disciplinary proceeding of the Bar of the State of California or of any court where I am admitted to practice.

5. The only historical disciplinary complaint that I am aware has ever been made against me was from an opposing lawyer in connection with my representation of TRW Inc. in credit reporting cases. The State Bar of California found that there was no basis to pursue any disciplinary action against me, but did pursue disciplinary action against the attorney who had made the complaint against me (on the basis of complaints from that lawyer's consumer clients). I cooperated with the State Bar and provided information in connection with those other proceedings. As a result of my participation in that matter, I learned that the lawyer who had filed the complaint against me chose to surrender his license to practice law in order to avoid disbarment.

6. I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

7. The basis for my admission is that, although I am not a member of the bar of this Court, my firm is the counsel of choice for Experian Information Solutions, Inc. ("Experian"), the defendant in the above-captioned matter. As the partner responsible for my firm's

NYI-2105001v1

representation of Experian in all matters, I have had ultimate responsibility for Experian's representation in this case since its inception. I have delegated principal day-to-day responsibility for this case to my colleague, George Kostolampros, and the local counsel we have engaged, Joseph Meaney, Esq. of Cranmore, Fitzgerald & Meaney, 49 Wethersfield Avenue, Hartford, Connecticut 06114-1102. Nevertheless, I have consulted about this case with my colleagues several times over the last year and am sufficiently familiar with the details of this lawsuit in order to participate at trial (along with Mr. Kostolampros) without delaying proceedings in any way.

8. I am very experienced in litigating cases involving the credit reporting activities of our firm's clients TRW Inc. and Experian. In addition to my trial experience, I have had various levels of supervisory responsibility over virtually all credit reporting cases our firm has handled over the last ten years, including experience as lead counsel on cases that were resolved by summary judgment or settlement before trial. I was counsel for the credit reporting agency defendant in the only case brought under the federal Fair Credit Reporting Act to be decided by the Supreme Court of the United States. While I have not personally done an exact count of the total number of cases for which I have had such responsibility, I do believe it is accurate to estimate the total number to be in excess of 1,300 cases (calculated by multiplying thirteen years by the number 100 cases per year).

9. I respectfully request that this Court allow me to appear *pro hac vice* for the purpose of representing Experian in this matter.

NYI-2105001v1

Daniel J. McLoon
California Bar No. 109598
JONES DAY
55 West Fifth Street, Suite 4600
Los Angles, California 90013-1025

Sworn and subscribed to, before me,

on December 17, 2003.

Notary Public
My Commission Expires:
June 26, 2004



- 4 -

NYI-2105001v1