UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Lewis C. Brown

V.                                  Case Number: 3:01CV1967(RNC)

Experian Information Solutions

### Motion for Admission of Visiting Attorney
Doc.# **93**

**ORDERED ACCORDINGLY.**

Dated at Hartford, Connecticut, December 23, 2003.

KEVIN F. ROWE, CLERK

By: _____/s/   JW_____
    Jo-Ann Walker
    Deputy Clerk