IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown<br>        **Plaintiff**<br>v.<br><br>Experian Information Solutions, Inc.<br>        **Defendant** | 301cv1967(RNC)<br><br>December 23, 2003 |

### Motion to Amend Complaint

Lewis C. Brown, pursuant to Fed.R.Civ.P. 15(a), seeks leave to amends his prayer for relief by way of consented amendment. More specifically, the plaintiff seeks to:

Amend Paragraph "d" of the Prayer for Relief, whereby its reference to "exemplary damages" is phrased anew to recite "punitive damages."

  d)  Punitive damages pursuant to the CUTPA

A memorandum accompanies this motion. Experian has furnished its written consent.

            Respectfully Submitted,

            LEWIS C. BROWN, Plaintiff
            By His Attorney
            ZENAS ZELOTES, ESQ.

_____
Zenas Zelotes, Esq.
Consumer Law Office of
Zenas Zelotes, Esq.
753 Buddington Road
Groton CT 06320
(860) 448-6140
Fed Bar No. ct23001

## Certificate of Service

I hereby certify that a copy of the foregoing document, dated 12/23/03, was, on 12/23/03, mailed to:

Jones, Day, Reavis & Pogue
Attn: George Kostolampros, Esq.
222 East 41st Street
New York, NY 10017-6702

Date: 12/23/03

                                   LEWIS C. BROWN, Plaintiff
                                   ZENAS ZELOTES, ESQ.
                                   His Attorney

                                   By: _____
                                   ZENAS ZELOTES, ESQ.
                                   Consumer Law Office
                                   of Zenas Zelotes, Esq.
                                   753 Buddington Road
                                   Groton CT 06320
                                   Tel. (860) 448-6140

                                   Fed. Bar No. 23001