IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lewis C. Brown | ) | |
|                 Plaintiff | ) | |
| v. | ) | 301cv1967(RNC) |
| | ) | |
| Experian Information Solutions, Inc. | ) | |
| | ) | |
|                 Defendant | ) | |
| | ) | December 23, 2003 |

### Memorandum in support of Motion to Amend Complaint

**I.  RELIEF REQUESTED**

Lewis C. Brown, pursuant to Fed.R.Civ.P. 15(a), seeks leave to amends his prayer for relief by way of consented amendment. More specifically, the plaintiff seeks to:

Amend Paragraph "d" of the Prayer for Relief, whereby its reference to "exemplary" damages is phrased anew to recite "punitive" damages.

    d)    Punitive damages pursuant to the CUTPA

**II.  ANALYSIS**

Rule 15(a) provides that a party may amend his pleading by written consent of the opposing party. The defendant's written consent (12/23/03 stipulation) is attached.

The defendant makes no claim that, as a result of such amendment, additional discovery would be required, that further proceedings would be delayed significantly, or that an imminent danger exists of a forced settlement by abusive use of the discovery process. See: *Richardson Greenshields Secs., Inc. v. Lau*, 825 F.2d 647, 653 n. 6 (2d Cir.1987). Punitive damages have previously pled in conjunction with the plaintiff's prayer for relief under the FCRA. CUTPA punitive damages are predicated upon the same acts averred.

A court's permission to amend a pleading "shall be freely given when justice so requires." *See* Fed. R.Civ.P. 15(a). This amendment is advanced to secure a just, speedy and inexpensive determination of this action.

>Respectfully Submitted,
>
>LEWIS C. BROWN, Plaintiff
>By His Attorney
>ZENAS ZELOTES, ESQ.
>
>_____
>Zenas Zelotes, Esq.
>Consumer Law Office of
>Zenas Zelotes, Esq.
>753 Buddington Road
>Groton CT 06320
>(860) 448-6140
>Fed Bar No. ct23001

## Certificate of Service

I hereby certify that a copy of the foregoing document, dated 12/23/03, was, on 12/23/03, mailed to:

Jones, Day, Reavis & Pogue
Attn: George Kostolampros, Esq.
222 East 41st Street
New York, NY 10017-6702

Date: 12/23/03

LEWIS C. BROWN, Plaintiff
ZENAS ZELOTES, ESQ.
His Attorney

By: _____
ZENAS ZELOTES, ESQ.
Consumer Law Office
of Zenas Zelotes, Esq.
753 Buddington Road
Groton CT 06320
Tel. (860) 448-6140

Fed. Bar No. 23001

Exhibit

FROM :CONSUMER LAW OFFICE Z ZELOTES    FAX NO. :8624458647    Dec. 23 2003 11:48AM  P2

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown<br>Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.<br>Defendant. | 301cv1967(RNC)<br><br><br><br><br>December 23, 2003 |

### JOINT STIPULATION

The parties agree and stipulate that:

1. Each party may furnish additional proposed jury instructions and may object (or supplement any existing objection) to any proposed instruction (existing or hereafter) on a date subsequent to the Joint Trial Management Report, as the Rules may permit.

2. Objections to the motions in limine may be furnished or supplemented on a date subsequent to the Joint Trial Management Report, as the Rules may permit.

3. That the plaintiff may amend his Prayer for Relief (paragraph d), substituting "Punitive Damages" in lieu of "Exemplary Damages."

DEFENDANT, Experian Information Solutions, Inc.

By: _____    Date: 12/22/03

George Kostolampros, Esq., ct23207
Jones, Day, Reavis & Pogue

222 East 41st Street
New York, NY 10017
Tel (212) 326-3939   Fax (212) 755-7306

PLAINTIFF, Lewis C. Brown


By: _____   Date: 12/23/03
Zenas Zelotes, Esq. ct20001
Consumer Law Office of Zenas Zelotes, Esq.
753 Buddington Road
Groton, Connecticut 06340
Tel. (860) 448-6140   Fax (860) 449-8847

2