D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown | 301cv1967(RNC) |
| Plaintiff, | |
| v. | |
| Experian Information Solutions, Inc. | |
| Defendant. | 12/22/03 |

## PLAINTIFF'S
## PROPOSED VERDICT FORM

These questions are designed to guide you in deciding the issues in this case. In answering these questions, you should keep in mind the instructions of law which the Court has previously given you.

In particular, recall that "willful" means to recklessly demonstrate a "conscious disregard" for a consumer's rights **or** to engage in "deliberate and purposeful action."[1]

You should clearly mark your answers to the questions below and proceed as instructed.

1. Do you find that Lewis C. Brown has proven by a prepodenance of the evidence that Experian *willfully* failed to follow reasonable procedures to assure maximum possible accuracy of the information contained in Mr. Brown's credit reports?

    Yes _____

    No _____

---

[1] *Casella v. Equifax Credit Infor. Serv.* 56 F.3d 469 (2d 1995)

NYI-2104862v1

2. Do you find that Lewis C. Brown has proven, by a preponderance of the evidence, that Experian *negligently* failed to follow reasonable procedures to assure maximum possible accuracy of the information contained in Mr. Brown's credit reports?

Yes _____

No _____

3. Do you find that Lewis C. Brown has proven by a prepondence of the evidence that Experian *willfully* failed to disclose to Mr. Brown the content of Mr. Brown's credit file on one or more occasion?

Yes _____

No _____

4. Do you find that Lewis C. Brown, has proven by a preponderance of the evidence, that Experian *negligently* failed to disclose to Mr. Brown the content of Mr. Brown's credit file on one or more occasion?

Yes _____

No _____

5. If you answered Questions No. 3 or Question 4 "Yes", do you find that Lewis C. Brown has proven by a prepondence of the evidence that Experian failed to disclose the content of Mr. Brown's credit file to Mr. Brown within 5 days of its receiving at least one request?

Yes _____

No _____

6. Did the defendant violatie the Connecticut Unfair Trade Practices Act by committing one or more unfair or deceptive acts?

Yes \_\_\_\_\_

No \_\_\_\_\_

7. If the answer to Question 6 is "Yes", do you find that Plaintiff suffered an ascertainable loss of money or property as a result of any unfair and deceptive act?

Yes \_\_\_\_\_

No \_\_\_\_\_

8. If you answered "Yes" to Question Nos. 1, 2, 3 or 4, do you find that Mr. Brown has proven by a preponderance of the evidence that he incurred actual damages?

Yes \_\_\_\_\_

No \_\_\_\_\_

9. If you answered "Yes" to Question No. 8, do you find that Plaintiff has proven by a preponderance of the evidence that Experian's failure to comply with the Fair Credit Reporting Act was a proximate cause of Mr. Brown's damages?

Yes \_\_\_\_\_

No \_\_\_\_\_

10. If you answered "Yes" to Question No. 9, what amount of actual damages do your award as a result of Experian's FCRA violations?

$_____

11. If your answer to Questions No. 1 or 3 (or both) was "Yes", what amount of statutory damages do you award (a figure between $100 and $1,000)? DO NOT answer this question is your answer to Question No. 10 was greater than $1000.

$_____

When you have answered these questions, please sign and date the Verdict Form and notify my court room deputy.

DATED this ___ day of _____, 2004

_____<br>
Foreperson

FROM :CONSUMER LAW OFFICE Z    JTES    FAX NO. :8604458847         23 2003 11:48AM P2

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown<br>    Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.<br>    Defendant. | 301cv1967(RNC)<br><br><br><br><br>December 23, 2003 |

### JOINT STIPULATION

The parties agree and stipulate that:

1. Each party may furnish additional proposed jury instructions and may object (or supplement any existing objection) to any proposed instruction (existing or hereafter) on a date subsequent to the Joint Trial Management Report, as the Rules may permit.

2. Objections to the motions in limine may be furnished or supplemented on a date subsequent to the Joint Trial Management Report, as the Rules may permit.

3. That the plaintiff may amend his Prayer for Relief (paragraph d), substituting "Punitive Damages" in lieu of "Exemplary Damages."

DEFENDANT, Experian Information Solutions, Inc.

By: _____   Date: 12/22/03

George Kostolampros, Esq., ct23207
Jones, Day, Reavis & Pogue

222 East 41st Street
New York, NY 10017
Tel (212) 326-3939   Fax (212) 755-7306

PLAINTIFF, Lewis C. Brown


By: _____   Date: 12/23/03
Zenas Zelotes, Esq. ct20001
Consumer Law Office of Zenas Zelotes, Esq.
753 Buddington Road
Groton, Connecticut 06340
Tel. (860) 448-6140  Fax (860) 449-8847

2

## Zenas Zelotes Esq.
753 Buddington Road, Groton, CT 06340
(860) 448-6140 Credit Report Lawyer.Com

COMMERCIAL TRADE PRACTICES LITIGATION


George Kostolampros, Esq.
Jones, Day, Reavis & Pogue
222 East 41st Street
New York, NY 10017-6702        12/23/03


## Zenas Zelotes Esq.
753 Buddington Road, Groton, CT 06340
(860) 448-6140 Credit Report Lawyer.Com

COMMERCIAL TRADE PRACTICES LITIGATION

| | |
|---|---|
| | **CERTIFICATE OF SERVICE**<br><br>I hereby certify that a copy of the foregoing Joint Trial Management Report was on this date served via first class mail (USPS) upon each addressee hereon listed.<br><br>Date: 12/23/2003<br><br>LEWIS C. BROWN<br><br>by ZENAS ZELOTES, ESQ.<br>Their Attorney<br><br>_/s/ Zenas Zelotes_<br><br>ZENAS ZELOTES, ESQ.<br>Consumer Law Office of Z Zelotes<br>753 Buddington Road<br>Groton CT 06320<br>Tel. (860) 448-6140<br>Fax: (860) 448-6140<br>Zzelotes@comcast.net<br>Juris No. 419408 |

12/23/03

## Zenas Zelotes Esq.
753 Buddington Road, Groton, CT 06340
(860) 448-6140 Credit Report Lawyer.Com

COMMERCIAL TRADE PRACTICES LITIGATION

12/23/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| Lewis C. Brown | ) ) ) ) | 301cv1967(RNC) |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| Experian Information Solutions, Inc. | ) ) |  |
| Defendant. | ) ) ) |  |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
PROPOSED VERDICT FORM**

These questions are designed to guide you in deciding the issues in this case. In answering these questions, you should keep in mind the instructions of law which the Court has previously given you. You should clearly mark your answers to the questions below and proceed as instructed.

We, the jury, find:

1.  Do you find that Plaintiff, Lewis C. Brown, has proven by a preponderance of the evidence that Experian *negligently* violated the Fair Credit Reporting Act by failing to follow reasonable procedures to assure maximum possible accuracy of the information contained in Plaintiff's consumer credit report?

    Yes _____

    No _____

2.  Do you find that Plaintiff, Lewis C. Brown, has proven by clear and convincing evidence that Experian *willfully* violated the requirements of the Fair Credit Reporting Act by

willfully failing to follow reasonable procedures to assure maximum possible accuracy of the information contained in Plaintiff's consumer credit report?

        Yes _____

        No _____

3.     Do you find that Plaintiff, Lewis C. Brown, has proven by a preponderance of the evidence that Experian *negligently* violated the requirements of the Fair Credit Reporting Act by failing to furnish a consumer credit file to Plaintiff in November or December 1999 upon request?

        Yes _____

        No _____

4.     Do you find that Plaintiff, Lewis C. Brown, has proven by clear and convincing evidence that Experian *willfully* violated the requirements of the Fair Credit Reporting Act by failing to furnish a consumer credit file to Plaintiff in November or December 1999 upon request?

        Yes _____

        No _____

5.     If you answered "Yes" to Question Nos. 1, 2, 3 or 4, do you find that Plaintiff has proven by a preponderance of the evidence that Plaintiff was injured?

        Yes _____

        No _____

6.     If you answered "Yes" to Question No. 5, do you find that Plaintiff has proven by a preponderance of the evidence that Experian's failure to follow reasonable procedures was the proximate cause of Plaintiff's injury?

Yes _____

No _____

7. If you answered "Yes" to Question No. 6, you may decide to award compensatory damages to the Plaintiff. What is the amount of compensatory damages, if any, that you find Plaintiff has proven he is entitled to receive by a preponderance of the evidence?

$_____

8. Do you find that Plaintiff, Lewis C. Brown, has proven by clear and convincing evidence that Experian *willfully* violated the requirements of the Connecticut Credit Reporting Act by failing to furnish a consumer credit file to Plaintiff in November and December 1999 upon request?

Yes _____

No _____

9. If the answer to Question No. 8 is "Yes", did the intentional act constitute an unfair or deceptive trade (business) practice pursuant to the Connecticut Unfair Trade Practices Act?

Yes _____

No _____

10. If the answer to Question 9 is "Yes", do you find that Plaintiff suffered loss and damage as a result of those unfair and deceptive trade (business) practices?

Yes _____

No _____

When you have answered these questions, please sign and date the Verdict Form and notify my court room deputy.

3

DATED this ___ day of _____, 2004

_____<br>Foreperson

4