UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 30  A II: 0

U.S. DISTRICT COURT
HARTFORD, CT.

Lewis C. Brown )
)
) 301cv1967(RNC)
Plaintiff, )
v. )
)
Experian Information Solutions, Inc. )
)
Defendant. )
) December 29, 2003

---

## MEMORANDUM IN SUPPORT OF MOTION
## FOR A CONTINUANCE

Pursuant to Local Rule of Civil Procedure 7(b), Defendant Experian Information

Solutions ("Experian") moves this Court for a continuance of the trial date and the final pretrial

conference in this action. This case was placed on the January 2004 trial ready list by Magistrate

Judge Martinez on December 1, 2003 after a settlement conference was held in this action. At

that time, it was the parties and the Court's understanding that trial would not be scheduled until

sometime in February 2004. The Joint Trial Memorandum was filed last week and today we

communicated with the Court in order to request a continuance. The Court's clerk informed us

that the Court has two trials scheduled in January 2004 and trial in this action would not take

place until February 2004. The Court's clerk requested that the parties appear for a January 5,

2004 final pretrial conference. Experian moves to request a continuance of that date.

The Court recently granted Experian's recent motion for *pro hac* admission of

Daniel J. McLoon, who is a partner at Jones Day and will be trying this case for Experian. Given

the short notice and given the upcoming holiday this week, counsel for Experian request that the

NYI-2106597v1                                   1

pretrial conference be rescheduled for sometime later in January or early February for good cause. First, trial counsel for Experian has several medical appointments scheduled for January 5, 2004 that were made prior to the clerk's request. Second, the parties filed their Joint Trial Memorandum just last week and there are numerous objections made by plaintiff to Experian's proposed jury instructions, verdict form and motions in limine. Experian, in fact, did not receive plaintiff's objections until December 29, 2003. In order to properly prepare for argument concerning these disputes, Experian requests a continuance. Finally, plaintiff can show no prejudice caused by an adjournment of the pretrial conference date as the Court is unavailable to try this case until sometime in February regardless. A final pretrial conference in early February thus will not prejudice the plaintiff. Accordingly, Experian requests a continuance.

Dated: December 29, 2003

EXPERIAN INFORMATION SOLUTIONS, INC.

By: _____
George Kostolampros – ct23207
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

## CERTIFICATE OF SERVICE

GEORGE KOSTOLAMPROS certifies and declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that on December 29, 2003, he caused the foregoing to be served upon Zenas Zelotes, Esq., 753 Buddington Road, Groton, CT 06320 by First-Class U.S. Mail and facsimile.

I declare under penalty of perjury that the foregoing is true and correct.

George Kostolampros