### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

_____
                                                                )
**LEWIS C. BROWN**                                  )
                                                                )
                                **Plaintiff**            )
 vs.                                                            )   **Case No. 3:01CV1967 (RNC)**
                                                                )
**EXPERIAN INFORMATION SOLUTIONS INC.**  )
                                                                )
                                **Defendant**        )
_____ )   **January 3, 2004**


### PLAINTIFF'S OBJECTION (IN PART) TO MOTION FOR CONTINUANCE


Experian asks that the court extend the pre-trial conference date (from 1/05/04) to a date in late January or early February. The plaintiff objects in part.

The plaintiff does not object to the court's assigning a subsequent date. The plaintiff simply asks that the matter be assigned to the next available conference date (give or take).

The defendant has already delayed the trial date 21 months (first, filing a failed motion for summary judgment; thereafter, filing multiple JTMR continuances).

The plaintiff is 74. His primary witness (Mary Woehrle) is 84.

Justice delayed risks justice denied.

Mary (who regularly resides in Michigan) is visiting in Connecticut in January. Per chambers, a trial date might be available in early February. If so, the plaintiff asks that the court

1

immediately assign this matter for the first available trial date, so as to avoid an undue holdover or senseless (repetitious) road travel for the plaintiff's elderly witness.  If the defendant has not timely prepared its defense by now, Mary should not shoulder the burden.

In similar fashion, an elderly plaintiff should not risk (or, perhaps, incur) resulting prejudice on account of a corporate defendant's *voluntary* election to retain distant counsel.  If counsel cannot timely accommodate the court, local counsel should litigate the case.

Irrespective of trial date, a timely pretrial conference is urged.  If history is instructive, Experian is all but assured to bellyache that, *whatever* date is first proposed for trial – it *will not nearly* be enough time to organize and transport.  Hairdressing appointments will need to be cancelled, teenage babysitters will be backlogged, weekly company staff meetings might be missed, Jones-Day will struggle to identify *someone* (anybody) at the firm available to cover a pre-scheduled 341 meeting of the creditors … any reason and every reason of (what is assured to be) more significant import than his honor's affairs.

A prompt pretrial conference assures adequate time for Experian (& friends) to make all necessary arrangements.  It is a one … maybe, two-day trial (maximum).   Ten days notice should *more than* suffice.

The first available conference and trial dates are requested.

Respectfully Submitted,


_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC //* Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 739-0295

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING

Jones, Day, Reavis & Pogue
Attn: George Kostolampros
222 East 41st Street
New York, NY 10017-6702     1/3/04

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Clerk of Court
450 Main Street
Hartford CT 06103          1/5/04

                           (In Hand)

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

1/5/04

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 739-0295

---

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Chambers (Chatigny J.)
450 Main Street
Hartford CT 06103           1/5/04      (In Hand)