UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| Lewis C. Brown | 301cv1967(RNC) |
| Plaintiff, | |
| v. | |
| Experian Information Solutions, Inc. | |
| Defendant. | |

## AFFIDAVIT OF GEORGE KOSTOLAMPROS

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

Arun Chandra, being duly sworn, states as follows:

1. I am an associate at the law firm of Jones Day, 222 East 41st Street, New York, New York 10017.

2. I am currently admitted *pro hac vice* to appear in the above-captioned action for defendant Experian Information Solutions, Inc.

3. I submit this affivavit in support of my withdrawal of my appearance in this action as I am resigning my position with Jones Day and have accepted a position at the United State Securities & Exchange Commission.

4. Daniel McLoon, a member of Jones Day has been admitted pro hac vice in this matter and will try this case for Experian. Further, Experian will file motion papers to admit Arun Chandra, an associate at Jones Day, *pro hac vice* to assist Mr. McLoon at trial.

NYI-2110380v1

5.  I respectfully request that this Court grant the motion for withdrawal of my appearance in this action.

                                                                    _____
                                                                    George Kostolampros
                                                                    JONES DAY
                                                                    222 East 41st Street
                                                                    New York, NY 10017-6702

Sworn and subscribed to, before me,

on _January 22nd_____, 2004.

_____
Notary Public
My Commission Expires: _6/20/06_

MAYRA L. HOWELL
NOTARY PUBLIC, State of New York
No. 01SA6010456
Qualified in New York County
Commission Expires July 20, 2006

NYI-2110380v1