FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 JAN 27  P 12: 31

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| Lewis C. Brown<br>　　Plaintiff, | 301cv1967(RNC) |
| v. | |
| Experian Information Solutions, Inc.<br>　　Defendant. | |
| | January 27, 2004 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Pursuant to Rule 83.1 (d) (1) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, the undersigned, a member of the bar of this Court, hereby moves that Attorney Arun Chandra be admitted as visiting attorney to act as counsel for defendant Experian Information Solutions, Inc., in the above-captioned matter. In support thereof, the undersigned refers the Court to the Affidavit of Arun Chandra, attached.

*Appearance and Fees*

The undersigned has already appeared in the above-titled matter and the undersigned's office in Hartford is therefore available for service of papers in this litigation, and the required $25 fee accompanies this motion pursuant to Local Rule 83.1 (d) (2).

The proposed visiting attorney's contact information is as follows:

1. Office address:
   222 East 41st Street
   New York, NY 10017

2. Telephone number: (212) 326-3472
   Fax number (212) 755-7306

3. Email address: achandra@jonesday.com

Dated: Hartford, Connecticut
January 27, 2004

          DEFENDANT, EXPERIAN INFORMATION
          SOLUTIONS, INC.

BY: _____
       JOSEPH V. MEANEY, JR.
       Cranmore, FitzGerald & Meaney
       49 Wethersfield Avenue
       Hartford, CT 06114-1102
       (860) 522-9100
       Federal Bar No. CT 04315

2

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed, postage prepaid, on this 27th day of January, 2004.

Zenas Zelotas, Esq.
753 Buddington Road
Groton, CT 06320

Arun Chandra, Esq.
Jones, Day, Reavis & Pogue
222 East 41st Street
New York, New York 10017-6702

BY: _____
JOSEPH V. MEANEY, JR.
Cranmore, FitzGerald & Meaney

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lewis C. Brown | ) ) ) | 301cv1967(RNC) |
|     Plaintiff, | ) ) | |
| v. | ) ) | |
| Experian Information Solutions, Inc. | ) ) | |
|     Defendant. | ) ) ) | |

**AFFIDAVIT OF ARUN CHANDRA IN SUPPORT OF**
**MOTION TO APPEAR *PRO HAC VICE***

STATE OF NEW YORK    )
                                  )
COUNTY OF NEW YORK  )

Arun Chandra, being duly sworn, states as follows:

1. I am an associate at the law firm of Jones Day, 222 East 41st Street, New York, New York 10017.

2. I am currently admitted to practice and am in good standing before all courts of the State of New York. I am also currently admitted to practice and in good standing before the following federal courts:

    (a) United States District Court for the Northern District of New York;

    (b) United States District Court for the Southern District of New York;

    (c) United States District Court for the Western District of New York;

    (d) United States District Court for the Eastern District of New York; and

    (e) United States Court of Appeals for the Federal Circuit.

3. I have never been convicted of a crime, censured, suspended, disciplined or disbarred by any Court.

4. I have never been held in contempt of Court.

5. I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

6. The basis for my admission is that, although I am not a member of the Bar of this Court, my firm is the counsel of choice for Experian Information Solutions, Inc. ("Experian"), a Defendant in the above captioned matter. Mr. George Kostolampros, who has been the counsel for this case, is leaving my firm this week to pursue a different career opportunity and is withdrawing as counsel from this matter. For our local counsel, we have engaged Joseph Meaney, Esq. of Cranmore, Fitzgerald & Meaney, 49 Wethersfield Avenue, Hartford, Connecticut 06114-1102. I have consulted about this case with my colleagues and am sufficiently familiar with the details of this lawsuit to participate at trial without delaying proceedings in any way.

7. I respectfully request that this Court allow me to appear *pro hac vice* for the purpose of representing Experian in this matter.

Arun Chandra
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Sworn and subscribed to, before me,

on ___Jan 22___, 2004.

_____
Notary Public
My Commission Expires: _____

Danielle Holland
Notary Public, State of New York
No. 01HO4044637
Qualified in Queens County
Commission Expires November 21, 2006.

- 2 -

NYI-2110378v1

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon,__ Clerk of this Court, certify that

__ARUN CHANDRA__, Bar # __AC4403__

was duly admitted to practice in this Court on

__JANUARY 29TH, 2002__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York         on    JANUARY 21st, 2004

__J. Michael McMahon__          by _[signature]_
Clerk                                    Deputy Clerk