```
                    UNITED STATES DISTRICT COURT

                       DISTRICT  OF  CONNECTICUT
```

Lewis C. Brown

V.                              Case Number:  3:01CV1967(AVC)

Experian Information Solutions, Inc.

**Motion for PHV**
Doc.# **102**

**ORDERED ACCORDINGLY.**

    Dated at Hartford, Connecticut, January 28, 2004.

                KEVIN F. ROWE, CLERK

                By:   /S/ JW
                      Jo-Ann Walker
                      Deputy Clerk