UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| Lewis C. Brown | ) ) ) | 301cv1967(RNC) |
| Plaintiff, v. | ) ) ) ) | |
| Experian Information Solutions, Inc. | ) ) ) | |
| Defendant. | ) ) ) | January 22, 2004 |

### NOTICE OF MOTION TO WITHDRAW

Upon the annexed Affidavit, Experian Information Solutions moves for the withdrawal of the appearance of George Kostolampros, Esq. in this action.

Dated: November 5, 2003

EXPERIAN INFORMATION SOLUTIONS, INC.

By: _____
George Kostolampros - ct23207
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

*Granted. So ordered. 1/29/04.*

NYI-2110380v1