# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

2004 JAN 30 P 1: 34

**APPEARANCE**

LEWIS C. BROWN

v.

EXPERIAN INFORMATION SOLUTIONS, INC.

Case Number:
    301cv1967(RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

EXPERIAN INFORMATION SOLUTIONS, INC.

January 30, 2004
Date

/s/ Anthony C. DeFilippis
Signature

CT 01191
Connecticut Federal Bar Number

Anthony C. DeFilippis, Jr., Esq.
Type Name

(860) 522-9100
Telephone Number

49 Wethersfield Avenue
Address

Hartford, CT 06114-1102

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

/s/ Anthony C. DeFilippis, Jr., Esq.

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Zenas Zelotas, Esq.
753 Buddington Road
Groton, CT 06320

Arun Chandra, Esq.
Jones, Day, Reavis & Pogue
222 East 41st Street
New York, New York 10017-6702

Daniel J. McLoon, Esq.
Jones, Day, Reaves & Pogue
555 West 5th Street
Suite 4600
Los Angeles, CA 90013-1025