FILED
2004 JAN 30 P 1:35
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown<br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.<br>Defendant. | 301cv1967(RNC)<br><br><br><br>January 30, 2004 |

EXPERIAN'S MOTION FOR
A CONTINUANCE OF THE JURY SELECTION UNTIL APRIL 2004

Pursuant to Local Rule of Civil Procedure § 7(b), Defendant, **EXPERIAN INFORMATION SOLUTIONS** ("Experian") moves this Court for a continuance of the jury selection February 10, 2003 to April 13, 2004. Experian sought the Plaintiff's consent for this continuance, but was unable to reach agreement.

The grounds for Experian's motion are discussed in the accompanying Memorandum and the Affidavits of Daniel J. McLoon and Arun Chandra. In brief, Experian was operating under the belief that jury selection was scheduled for April 2004, and as a result Experian's attorneys and expert witness have a number of previously scheduled commitments. First, Mr. McLoon, trial counsel for Experian, has two court conferences in Texas scheduled for February 9, 2004 and a deposition in Louisiana set for February 10, 2004. Second, Mr. McLoon is scheduled to attend the annual Jones Day international partners' meeting in California from February 12-13, 2004, where his presence is important because of his management role in the firm.

Third, Mr. McLoon is scheduled for trial on March 1, 2004, and there is no guarantee that the trial will be completed prior to this court's jury selection in March.

Mr. Chandra, the associate responsible for day-to-day matters, has a pre-planned vacation to Europe from February 10-17, 2004. The vacation has been paid for, and the purchase price is nonrefundable.

Finally, David A. Browne, Experian's expert witness, has a severely ill mother in England. She is over ninety-five (95) years of age, and has recently been diagnosed with cancer. She does not have any surviving close relatives in England, and, as a result, Mr. Brown must travel to England to secure health care arrangements for her. In his absence, Experian is unable to put on testimony regarding the procedures Experian takes to ensure compliance with the Fair Credit Reporting Act or to explain how the credit reporting procedures work.

WHEREFORE, Experian respectfully requests that this Court continue jury selection from February 10, 2003 to April 13, 2004.

Dated: January 30, 2004.

DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

BY: ______________________

ANTHONY C. DEFILIPPIS, JR.
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102
(860) 522-9100
Federal Bar No. CT 01191

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was mailed, postage prepaid, on this 30th day of January, 2004.

Zenas Zelotas, Esq.
753 Buddington Road
Groton, CT 06320

Arun Chandra, Esq.
Jones, Day, Reavis & Pogue
222 East 41st Street
New York, New York 10017-6702

Daniel J. McLoon, Esq.
Jones, Day, Reaves & Pogue
555 West 5th Street
Suite 4600
Los Angeles, CA 90013-1025

BY: ______________________
ANTHONY C. DEFILIPPIS, JR.
Cranmore, FitzGerald & Meaney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown<br><br>Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.<br><br>Defendant. | 301cv1967(RNC)<br><br><br><br><br><br><br>January 27, 2004 |

**MEMORANDUM IN SUPPORT OF MOTION FOR A CONTINUANCE OF THE JURY SELECTION UNTIL APRIL 2004**

Pursuant to Local Rule of Civil Procedure 7(b), Defendant Experian Information Solutions ("Experian") moves this Court for a continuance of the jury selection February 10, 2003 to April 13, 2004. Experian sought the plaintiff's consent for this continuance, but was unable to reach agreement.

On January 22, 2004, Experian received an Order setting Jury Selection for February 10, 2004. Prior to receiving this Order, Experian was operating under the belief that trial would not be scheduled until April 2004. See Affidavit of Daniel J. McLoon ("McLoon Aff."), ¶ 3. It appears that even plaintiff had the same understanding, and had scheduled a deposition for one of his fact witnesses, Mary Woehrle (with leave of court), on January 30, 2004.

The Court granted Experian's recent motion for *pro hac* admission of Daniel J. McLoon, who is a partner at Jones Day and who is the lead trial counsel for this case. In addition, George Kostolompros, the associate handling day-to-day matters in this case since its

inception, left Jones Day on January 23, 2004 to pursue a career with the Securities and Exchange Commission; consequently, at very short notice, Arun Chandra has been brought in to assist Mr. McLoon with the trial. See Affidavit of Arun Chandra ("Chandra Aff."), ¶ 2. Mr. Chandra has filed for *pro hac* admission. Id.

Given the relatively short notice and given the previously scheduled commitments, Experian requests that the jury selection be rescheduled from February 10, 2004 to April 13, 2004. Good cause exists to continue jury selection. First, Mr. McLoon, trial counsel for Experian, has two court conferences in Texas previously scheduled for February 9, 2004 and a deposition in Louisiana set for February 10, 2004, which were scheduled prior to Experian's receipt of the scheduling order. McLoon Aff., ¶¶ 4-5. Second, Mr. McLoon is scheduled to attend the annual Jones Day international partners' meeting in California from February 12-13, 2004, where his presence is important because of his management role in the firm. McLoon Aff., ¶ 6. Third, Mr. McLoon is scheduled for trial on March 1, 2004, and there is no guarantee that the trial will be completed prior to this court's jury selection in March. McLoon Aff., ¶ 7. Even if the March 1st case ends before this court's March jury selection, Mr. McLoon will have had very little time to prepare for this trial. Id.

Because of Mr. Kostolompros' withdrawal from this matter, Mr. Chandra is the associate responsible for day-to-day matters. He has a pre-planned vacation to Europe from February 10-17, 2004. The vacation has been paid for, and the purchase price is nonrefundable. Chandra Aff., ¶¶ 4-5.

Finally, we have also been advised that David A. Browne, Experian's expert witness, has a severely ill mother in England. She is over ninety-five (95) years of age, and has recently been diagnosed with cancer. She does not have any surviving close relatives in

England, and, as a result, Mr. Brown must travel to England to secure health care arrangements for her. In his absence, Experian is unable to put on testimony regarding the procedures Experian takes to ensure compliance with the Fair Credit Reporting Act or to explain how the credit reporting procedures work. McLoon Aff., ¶ 8.

Finally, plaintiff can show no prejudice caused by the requested two-month continuance. Plaintiff's only concern is his ability to secure the presence of a witness, Mary Woehrle. Experian has offered to pay for a videotape deposition of Ms. Woehrle. McLoon Aff., ¶ 9. The videotape deposition would allow plaintiff to preserve all the testimony he seeks to introduce at trial in the unlikely event that Ms. Woehrle is not available to testify at trial in April. Accordingly, Experian requests a continuance.

Dated: January 29, 2004.

EXPERIAN INFORMATION SOLUTIONS, INC.

By: ______________________

Daniel J. McLoon
Jones Day
555 West Fifth Street
Suite 4600
Los Angles, California 90013-1025
(213) 243-2580

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Lewis C. Brown**<br><br>**Plaintiff,**<br>**v.**<br>**Experian Information Solutions, Inc.**<br><br>**Defendant.** | **301cv1967(RNC)** |

**DANIEL J. MCLOON'S AFFIDAVIT IN SUPPORT OF EXPERIAN'S MOTION FOR A CONTINUANCE OF THE JURY SELECTION UNTIL APRIL 2004**

DANIEL J. MCLOON, being duly sworn, deposes and says:

1. I am a partner at Jones Day, attorneys for defendant Experian Information Solutions, Inc. ("Experian"). I practice in Jones Day's Los Angeles office, located at 555 West Fifth Street, Suite 4600, Los Angles, California 90013-1025.

2. I have been admitted to this Court pro hac vice for the purposes of defending Experian in this action.

3. On January 22, 2004, Experian received an Order setting Jury Selection for February 10, 2004. Experian had been operating under the belief that this case would be set for jury selection in April 2004. As a result of this understanding, I had scheduled a number of other important court matters for the months of February and March which make it extremely difficult for me to try this case until April 2004.

4. On February 9, 2004 (the day before the scheduled Jury Selection in this case), I have two scheduling conferences in the Eastern District of Texas, Marshall Division. One of the conferences is for the case captioned Benitez v. Trans union, LLC, et al. (2-03CV-283). The second is for Morley. v. Trans Union, LLC, et al. (2-03CV-287). These conferences were scheduled well in advance of our receiving the Order setting Jury Selection in this matter.

5. On February 10, 2004 (the day of the scheduled Jury Selection), I have a deposition scheduled in the case of Pace v. Experian Information Solutions, Inc. et al. (2-03cv-045). The deposition will take place in Shreveport, Louisiana. The discovery cut-off in this case is February 19, 2004, and February 10th was the only date available for both plaintiff and Experian (the sole remaining defendant). This deposition was also scheduled prior to our receiving the Order setting Jury Selection in this matter.

6. From February 11th to 13th, 2004, Jones Day has a once-a-year meeting for all its partners from all its offices throughout the world. Currently, I am scheduled to be at this meeting from February 12th through February 13th, 2004. It is important for me to attend this meeting, because I bear management responsibilities at my firm. Specifically, I am the partner in charge of for the litigation group in the Los Angeles office, comprising approximately one hundred lawyers.

7. On March 1, 2004, I am scheduled to go to trial in Eastern District of Texas, Beaumont Division, in the case of Comeaux v. Experian Information, Solutions, Inc. (2-02CV-304). While the Comeaux case will likely take four to five days, there is no guarantee that jury deliberations and other post verdict proceedings will end by the second week of March. It is highly improbable that the district judge would allow me to

leave the district without these matters having been completed. The Comeaux trial was also scheduled prior to our receiving the Order setting Jury Selection in this matter. Even if the Comeaux trial ends before this Court's March jury selection, I would be left with very little time to prepare for this case.

8. We have also been advised that David A. Browne, Experian's expert witness, has a severely ill mother in England. She is over ninety-five (95) years of age, and has recently been diagnosed with cancer. She does not have any surviving close relative in England, and, as a result, Mr. Browne must travel to England to secure nursing arrangements for her. In his absence, Experian is unable to put on testimony regarding the procedures Experian takes to ensure compliance with the Fair Credit Reporting Act, or to explain how the "credit reporting" process works. Mr. Browne is the only expert witness scheduled to testify in this case.

9. We have attempted to seek the plaintiff's consent to a continuance, but were unable to reach agreement. Plaintiff's only concern is his ability to secure the presence of a witness, Mary Woehrle. Experian has offered to pay for a videotape deposition of Ms. Woehrle. The videotape deposition would allow plaintiff to preserve all the testimony he seeks to introduce at trial in the unlikely event that Ms. Woehrle would be unable to testify at trial in April. There is no reason to believe that a trial in April would cause any prejudice to plaintiff.

WHEREFORE, it is respectfully requested that this Court grant Experian's motion for a continuance of the trial date until April 2004.

Daniel J. McLoon, Esq.

Sworn to before me this
29 day of January, 2004

Notary Public

YUMI BENNETT
Commission # 1259441
Notary Public - California
San Francisco County
My Comm. Expires Apr 3, 2004

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **Lewis C. Brown** | ) | **301cv1967(RNC)** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **Experian Information Solutions, Inc.** | ) | |
| **Defendant.** | ) | |

**ARUN CHANDRA'S AFFIDAVIT IN SUPPORT OF EXPERIAN'S MOTION FOR A CONTINUANCE OF THE JURY SELECTION UNTIL APRIL 2004**

ARUN CHANDRA, being duly sworn, deposes and says:

1. I am an associate at Jones Day, attorneys for defendant Experian Information Solutions, Inc. ("Experian"). I practice in Jones Day's New York office, located at 222 East 41st Street, New York 10017.

2. Mr. George Kostolampros, who has been handling the day-to-day matters for Experian in this case since its inception, left Jones Day on January 23, 2004 to pursue a career with the Securities and Exchange Commission. Mr. Kostolampros also has withdrawn as counsel from this matter. Consequently, I have applied for pro hac vice admission to assist Mr. Daniel McLoon in the defense of Experian.

3. On January 22, 2004, Experian received an Order setting Jury Selection for February 10, 2004. Experian was, however, operating under the belief that this case would be set for jury selection in April 2004.

4. Unaware of the February trial schedule for this matter and my assignment thereto, I had scheduled a week-long vacation back in October 2003. My wife and I have made plans, including purchasing our flight tickets and making hotel reservations for a vacation in Europe from February 10-17, 2004. Our purchase price for our vacation is nonrefundable. See Exhibit A.

5. My wife is a house doctor (pediatrician) at The Children's Hospital of NewYork-Presbyterian (Columbia University). Her vacation schedule is always determined substantially in advance of an actual vacation. February 10-17, 2004 is the only vacation time she is allowed until October 2004. If we do not take this vacation, it is unlikely that we will get another vacation for 2004.

6. We have attempted to seek the plaintiff's consent to a continuance, but were unable to reach agreement.

WHEREFORE, it is respectfully requested that this Court grant Experian's motion for a continuance of the trial date until April 2004.

Arun Chandra, Esq.

Sworn to before me this
29th day of January, 2004

Notary Public

CAROL GOLDMAKER
Notary Public, State of New York
No. 01GO4946052
Qualified in New York County
Commission Expires Jan. 27, 2007

# EXHIBIT A

CHANDRA/ARUN
222 EAST 41ST ST
JONES DAY
NEW YORK NY 10017
2123263472
achandra1@aol.com

19021 120TH AVENUE N.E. SUITE 102
BOTHELL, WA 98011 USA
PHONE (425) 487-9632 • FAX (425) 487-3750

go-today.com

Booking No: 184535 Invoiced: 12/12/2003
Lead Pax: CHANDRA/ARUN
From 02/10/2004 To 02/17/2004 Party of: 2/ 0

| DATE | SERVICES | | PRICE | PAX | ROOM/ NIGHTS | AMOUNT |
|---|---|---|---|---|---|---|
| 02/10/2004 | AIR_ | AIR ON VIRGIN ATLANTIC | 0.00 | 2 | | 0.00 |
| 02/10/2004 | AIR_ | Departing from New York (JFK) | 0.00 | 2 | | 0.00 |
| 02/10/2004 | AIR_ | Payment in full due by 2pm 12/10 | 0.00 | 2 | | 0.00 |
| 02/10/2004 | VS | VS 10 JFKLHR 1110P 1050A | 0.00 | 2 | | 0.00 |
| 02/10/2004 | UK_F | London Jan-Feb Supersale | 379.00 | 2 | | 758.00 |
| 02/11/2004 | LONH | Queens Park | 0.00 | 2 | 6 / | 0.00 |
| 02/17/2004 | ZZ_N | NONREFUNDABLE/NONCHANGEABLE | 0.00 | 2 | | 0.00 |
| 02/17/2004 | TAX_ | Air Service Fees/Taxes | 109.00 | 2 | | 218.00 |
| 02/17/2004 | FEE_ | Standard Delivery | 10.00 | 1 | | 10.00 |
| 02/17/2004 | INS_ | Travel Insurance | 49.00 | 2 | | 98.00 |
| 02/17/2004 | VS | VS 3 LHRJFK 200P 440P | 0.00 | 2 | | 0.00 |
| 02/19/2004 | CANP | Please fax signed credit card | 0.00 | 1 | | 0.00 |
| 02/19/2004 | GT_Y | payment form which was emailed | 0.00 | 2 | | 0.00 |
| 02/19/2004 | GT_Y | to you. Once it is received this | 0.00 | 2 | | 0.00 |
| 02/19/2004 | GT_Y | package is nonrefundable and non- | 0.00 | 2 | | 0.00 |
| 02/19/2004 | GT_Y | changeable for any reason. | 0.00 | 2 | | 0.00 |
| 02/19/2004 | GT_Y | Thank you for choosing go-today.com | 0.00 | 2 | | 0.00 |

Passenger List:
BAHL/PARUL
CHANDRA/ARUN

Subtotal: 1084.00
Commission: 0.00
Credit: 1084.00
0.00
TOTAL:


EEI CLIENT: BAHL/PARUL
19021 120TH AVE. N.E. SUITE 102 184535
BOTHELL WA 425 487-6711 PAGE:01

10 FEB TU ETKT — VIRGIN ATLAN FLIGHT: 10 CLASS: N SEAT: 46A
NYC/KENNEDY DEPART: 1110P
LON / HEATHROW ARRIVE: 1050A 11FEB

17 FEB TU ETKT — VIRGIN ATLAN FLIGHT: 3 CLASS: N SEAT: 42J
LON / HEATHROW DEPART: 200P
NYC/KENNEDY ARRIVE: 440P

DUE TO FREQUENT AIRLINE SCHEDULE CHANGES RECONFIRM FLIGHTS 48HRS PRIOR DIRECT WITH AIRLINE
TICKET: 9327579933152

EEI CLIENT: CHANDRA/ARUN
19021 120TH AVE. N.E. SUITE 102 184535
BOTHELL WA 425 487-6711 PAGE:01

10 FEB TU ETKT — VIRGIN ATLAN FLIGHT: 10 CLASS: N SEAT: 46C
NYC/KENNEDY DEPART: 1110P
LON / HEATHROW ARRIVE: 1050A 11FEB

17 FEB TU ETKT — VIRGIN ATLAN FLIGHT: 3 CLASS: N SEAT: 42K
LON / HEATHROW DEPART: 200P
NYC/KENNEDY ARRIVE: 440P

DUE TO FREQUENT AIRLINE SCHEDULE CHANGES RECONFIRM FLIGHTS 48HRS PRIOR DIRECT WITH AIRLINE
TICKET: 9327579933153

**fast • affordable • go online...go-today!**

**HOTEL VOUCHER**

| Queens Park<br>48 QUEENSBOROUGH TERRACE<br>LONDON<br>, ENGLAND<br>Tel: 011442072298080 | Ref: CHANDRA/ARUN | Voucher # **184535-1**<br>Party of: **2**<br>Issued: **December 12, 2003**<br>Arriving: **February 11, 2004**<br>Departing: **February 17, 2004** |
|---|---|---|

**Payment guaranteed for the services below. All extras to be collected from the client.**

Feb 11 Queens Park 1 Double Room(s)For 6 Night(s)




Hotel includes tax, service and Continental breakfast daily. Check in not guaranteed before 2:00pm
Reserv. and Payment guaranteed by Travel Services Europe, London Tel# 0207 611 7980

19021 120TH AVENUE N.E., SUITE 102 • BOTHELL, WA 98011 USA • (425) 487-9632 • FAX (425) 487-2561