IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| LEWIS C. BROWN ) <br> ) <br> Plaintiff ) <br> vs. ) <br> ) <br> EXPERIAN INFORMATION SOLUTIONS INC. ) <br> ) <br> Defendant ) <br> ) | 2004 FEB -2  P 3: 29 <br><br> DISTRICT COURT <br> HARTFORD, CT. <br><br> Case No. 3:01CV1967 (RNC) <br><br><br> February 2, 2004 |

**TRIAL CONFERENCE REPORT**

In accordance with the Court's Order of January 22, 2004 and FED. R. CIV. P. 16, Plaintiff Lewis C. Brown ("Brown") and Defendant Experian Information Solutions Inc. ("Experian") conferred by telephone on January 29, 2004. Zenas Zelotes participated on behalf of Brown and Daniel McLoon and Arun Chandra represented Experian.

The participants discussed all the issues enumerated in FED. R. CIV. P. 16(c). For the sake of brevity, only those issues that involved a substantive discussion are summarized herein.

Both parties stipulated that the stenographers who transcribed the depositions in this matter need not appear in Court to authenticate the deposition transcripts. Both parties hereby stipulate that the transcripts are authentic.

Both parties anticipate a short trial, and do not anticipate any problems regarding cumulative evidence or unnecessary proof. All pertinent exhibits and witnesses have been identified and noticed for the upcoming trial, and the parties await the Court's rulings with

-1-

NYI-2112312v3

regards to the evidentiary objections raised in the Joint Trial Memorandum. Both parties request an opportunity to review the Court's proposed jury instructions prior to the last day of trial.

Experian noted that, in the event the total judgement received by Brown is less than the Experian's Offer of Judgment made in November 2003, Experian will not waive recovery of its costs under Fed. R. Civ. P. 68.

Experian seeks a postponement of jury selection from February 2004 to April 2004. Experian has filed a motion seeking a Continuance. Plaintiff indicates he will expeditiously file a memorandum in objection.

Respectfully Submitted,

LEWIS C. BROWN


ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC* // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 739-0295


EXPERIAN INFORMATION SOLUTIONS INC.


ARUN CHANDRA, *pro hac* admission pending
Jones Day; 222 East 41st Street; New York, NY 100171
Tel: (212) 326-3472 // Fax: (212) 755-7306

-2-