UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONE
FINAL PRETRIAL CONFERENCE CALENDAR
HONORABLE Robert N. Chatigny, U.S.D.J.
PLAINTIFF'S COUNSEL MUST INITIATE CALL
CHAMBERS TELEPHONE NUMBER
(860) 240-3659
February 5, 2004
2:00 P.M.

*Held 30 min.*

IMPORTANT NOTICE
PLEASE READ THIS NOTICE CAREFULLY

PURSUANT TO FED. R. CIV. P. 16, THE COURT HEREBY DIRECTS TRIAL COUNSEL FOR THE PARTIES AND ANY UNREPRESENTED PARTIES TO APPEAR FOR A PRETRIAL CONFERENCE. AT THAT CONFERENCE, ACTION MAY BE TAKEN WITH RESPECT TO THE MATTERS LISTED IN FED. R. CIV. P. 16(c). AT LEAST TEN DAYS PRIOR TO THE CONFERENCE, TRIAL COUNSEL FOR THE PARTIES AND ANY UNREPRESENTED PARTIES MUST CONFER IN PERSON OR BY TELEPHONE CONCERNING MATTERS LISTED IN FED. R. CIV. P. 16(c). A REPORT OF THE MATTERS DISCUSSED BY THE PARTIES MUST BE JOINTLY PREPARED AND SUBMITTED TO CHAMBERS NOT LATER THAN 72 HOURS BEFORE THE RULE 16 CONFERENCE WITH THE COURT. THE REPORT ORDINARILY SHOULD NOT EXCEED THREE PAGES. IF THE PARTIES REPORT THAT THE CASE IS READY FOR TRIAL, THE CONFERENCE MAY BE CONDUCTED AS A FINAL PRETRIAL CONFERENCE FOR THE PURPOSES DESCRIBED IN FED. R. CIV. P. 16(d).

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN INVOLUNTARY DISMISSAL OF THE COMPLAINT PURSUANT TO FED. R. CIV. P. 41(b) OR ENTRY OF A DEFAULT.

CASE NO.   **3-01-cv-1967(RNC) Brown v. Experian**

George Kostolampros
Jones, Day
222 East 41st St.
New York, NY 10017

✓Daniel J. McLoon
Jones Day - LA, CA
555 West Fifth St., Suite 4600
Los Angeles, CA 90013-1025

Joseph V. Meaney Jr.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Ave.
Hartford, CT 06114-1102

✓Zenas Zelotes
753 Buddington Rd.
Groton, CT 06340

*Court grants mtn to Continue jury sel (#106). Jury selection moved to 4-13-04 with trial starting 4-14-04 thru 4-16-04.*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK