IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN | ) |
| | ) |
| Plaintiff | ) |
| vs. | ) Case No. 3:01CV1967(RNC) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS INC. | ) |
| | ) |
| Defendant | ) |
| | ) February 3, 2004 |

PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION
(RE: PUNITIVE DAMAGES)

PLAINTIFF'S REQUESTED JURY INSTRUCTION NO. 55

(55) PUNITIVE DAMAGES

If you determine that Experian committed any one or more willful acts in violation of the Fair Credit Reporting Act, you may award punitive damages.[1]

The purpose of punitive damages in not to compensate Mr. Brown. If Mr. Brown is entitled to compensation, that amount must be included in an award of actual damages. The purpose of punitive damages is to punish unlawful conduct and deter its repetition.[2]

---

[1] 15 U.S.C. §1681n
[2] *State Farm Mut. Automobile Ins. Co. v. Campbell et al*, 123 S.Ct. 1513 (2003) ("Punitive damages serve a broader function; they are aimed at deterrence and retribution. Punitive damages may be properly imposed to further a State's legitimate interests in punishing unlawful conduct and deterring its repetition." [internal citations omitted])

In determining whether to award punitive damages, or what amount to award, you should first consider the degree of moral reprehensibility exhibited by the offending conduct.[3] You may also consider the public's compelling interest in assuring that credit reporting agencies, such as Experian, exercise their grave responsibilities in such a manner as will assure fair and accurate credit reporting.[4] Other factors you should consider include "whether the harm caused was physical as opposed to economic; whether the unlawful acts evidenced an indifference to, or reckless disregard of the health or safety of others; whether the plaintiff was financially vulnerable; whether the conduct involved repeated actions or was an isolated incident; and whether the harm was the result of intentional malice, trickery, or deceit, or mere accident."[5]

You may award punitive damages even if you determine that Mr. Brown suffered no actual damages.[6]

You need not determine that Experian purposefully set out to harm Mr. Brown to award punitive damages – it is sufficient that you find that Experian recklessly demonstrated a callous disregard for Mr. Brown's consumer rights.[7]

---

[3] *State Farm Mut. Automobile Ins. Co. v. Campbell et al*, 123 S.Ct. 1513 (2003) ("[T]he most important indicium of the reasonableness of a punitive damages award is the degree of reprehensibility of the defendant's conduct")

[4] 15 U.S.C. §1681n

[5] *State Farm Mut. Automobile Ins. Co. v. Campbell et al*, 123 S.Ct. 1513 (2003)

[6] *Casella v. Equifax Credit Information Serv.*, 56 F.3d 469, 476 (2d Cir. 1995) ("... punitive damages may be available even where a plaintiff has sustained no actual damages.)

[7] *Casella v. Equifax Credit Information Serv.*, 56 F.3d 469, 476 (2d Cir. 1995)(Second Circuit defines the FCRA standard of willfulness as demonstrating a "conscious disregard" or "deliberate and purposeful action"); *State Farm Mut. Automobile Ins. Co. v. Campbell et al*, 123 S.Ct. 1513 (2003) (In sustaining the propriety of punitive damages, the court thought it significant that "State Farm disregarded the overwhelming likelihood of liability and the near-certain probability that, by taking the case to trial, a judgment in excess if the policy limits would be awarded.")



ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC* // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 739-0295

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING


Jones, Day, Reavis & Pogue
Attn: Arun Chandra
222 East 41st Street
New York NY 10017          2/4/04


## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING


### CERTIFICATE OF SERVICE

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

2/4/04



ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 739-0295


## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-3365 / Fax. (860) 739-0295

COMMERCIAL LITIGATION & PLANNING