UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lewis C. Brown | ) ) ) ) | 301cv1967(RNC) |
|     Plaintiff, | ) ) | |
| v. | ) ) | |
| Experian Information Solutions, Inc. | ) ) | |
|     Defendant. | ) ) ) | 02/11/04 |

## AMENDED PROPOSED VERDICT FORM (PLAINTIFF)

These questions are designed to guide you in deciding the issues in this case. In answering these questions, you should keep in mind the instructions of law which the Court has previously given you.

In particular, recall that "willful" means to recklessly demonstrate a "conscious disregard" for a consumer's rights **or** to engage in "deliberate and purposeful action."[1]

You should clearly mark your answers to the questions below and proceed as instructed.

1.    Do you find that Lewis C. Brown has proven by a prepodenance of the evidence that Experian *willfully* failed to follow reasonable procedures to assure maximum possible accuracy of the information contained in Mr. Brown's credit reports?

---

[1] *Casella v. Equifax Credit Infor. Serv.* 56 F.3d 469 (2d 1995)

NYI-2104862v1

    Yes \_\_\_\_\_

    No \_\_\_\_\_

2. Do you find that Lewis C. Brown has proven, by a preponderance of the evidence, that Experian *negligently* failed to follow reasonable procedures to assure maximum possible accuracy of the information contained in Mr. Brown's credit reports?

    Yes \_\_\_\_\_

    No \_\_\_\_\_

3. Do you find that Lewis C. Brown has proven by a prepondence of the evidence that Experian *willfully* failed to disclose to Mr. Brown the content of Mr. Brown's credit file on one or more occasion?

    Yes \_\_\_\_\_

    No \_\_\_\_\_

4. Do you find that Lewis C. Brown, has proven by a prepondence of the evidence, that Experian *negligently* failed to disclose to Mr. Brown the content of Mr. Brown's credit file on one or more occasion?

    Yes \_\_\_\_\_

    No \_\_\_\_\_

5. If you answered Questions No. 3 or Question 4 "Yes", do you find that Lewis C. Brown has proven by a prepondence of the evidence that Experian failed to disclose the content of Mr. Brown's credit file to Mr. Brown within 5 days of its receiving at least one request?

    Yes \_\_\_\_\_

    No \_\_\_\_\_

6. Did the defendant violatie the Connecticut Unfair Trade Practices Act by committing one or more unfair or deceptive acts?

        Yes \_\_\_\_\_

        No \_\_\_\_\_

7. If the answer to Question 6 is "Yes", do you find that Plaintiff suffered an ascertainable loss of money or property as a result of any unfair and deceptive act?

        Yes \_\_\_\_\_

        No \_\_\_\_\_

8. If you answered "Yes" to Question Nos. 1, 2, 3 or 4, do you find that Mr. Brown has proven by a preponderance of the evidence that he incurred actual damages?

        Yes \_\_\_\_\_

        No \_\_\_\_\_

9. If you answered "Yes" to Question No. 8, do you find that Plaintiff has proven by a preponderance of the evidence that Experian's failure to comply with the Fair Credit Reporting Act was a proximate cause of Mr. Brown's damages?

        Yes \_\_\_\_\_

        No \_\_\_\_\_

10. If you answered "Yes" to Question No. 9, what amount of actual damages do your award as a result of Experian's FCRA violations?

        $_____

11. If your answer to Questions No. 1 or 3 (or both) was "Yes", what amount of statutory damages do you award (a figure between $100 and $1,000)? DO NOT answer this question is your answer to Question No. 10 was greater than $1000.

$_____

12. If your answer to Questions No. 1 or 3 (or both) was "Yes," what amount of punitive damages do you award (if any)?

$_____

When you have answered these questions, please sign and date the Verdict Form and notify my court room deputy.

DATED this ___ day of _____, 2004

                                                                               _____
                                                                               Foreperson

## *Zenas Zelotes* LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Jones, Day, Reavis & Pogue
Attn: Arun Chandra
222 East 41st Street
New York, NY 10017-6702     2/11/04

## *Zenas Zelotes* LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Clerk of Court
450 Main Street
Hartford CT 06103     2/11/04

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

2/11/2004

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

---

## *Zenas Zelotes* LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Chambers (Chatigny J.) (C. Copy)
450 Main Street
Hartford CT 06103     2/11/04