# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

LEWIS C. BROWN

v.

EXPERIAN INFORMATION SOLUTIONS, INC.

APPEARANCE



FILED
2004 FEB 13 P 3: 14
U.S. DISTRICT COURT
HARTFORD, CT.

CASE NUMBER: 3:01CV1967(RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Experian Information Solutions, Inc.

---

02/12/2004
**Date**

ct 25587
**Connecticut Federal Bar Number**

(212) 326-3472
**Telephone Number**

(212) 755-7306
**Fax Number**

achandra@jonesday.com
**E-mail address**

/s/ Arun Chandra
**Signature**

Arun Chandra
**Print Clearly or Type Name**

222 East 41st Street
**Address**

New York, NY  10017

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance frm Jan. 24