IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN </br></br> Plaintiff </br></br> vs. </br></br> EXPERIAN INFORMATION SOLUTIONS INC. </br></br> Defendant | Case No. 3:01CV1967 (RNC) </br></br> March 4, 2004 |

## MOTION TO QUASH DEPOSITION NOTICE (Protective Order)[1]

The plaintiff asks that the court quash the defendant's deposition notice (re: Mary Woehrle) (attached) in accord with Fed.R.Civ.P. § 26(c) and governing discovery deadlines.

A supporting memorandum is submitted.

Respectfully Submitted,

LEWIS C. BROWN

*[signature]*

ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC* // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 739-0295

---

[1] ORAL ARGUMENT NOT REQUESTED

1

EXHIBIT

2

EXHIBIT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lewis C. Brown | ) | 301cv1967(RNC) |
| Plaintiff, | ) | |
| v. | ) | |
| Experian Information Solutions, Inc. | ) | |
| Defendant. | ) | March 3, 2004 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc. ("Experian"), through its counsel, will take the oral deposition of Mary M. Woehrle, before a qualified court reporter at Robinson & Cole, 280 Trumbull Street, Hartford, CT 06103-3597 on Friday, March 26, 2004, at 9:00 a.m. and continuing day to day thereafter until completed.

Dated: March 3, 2004

Respectfully submitted,

_[signature]_

Arun Chandra – ct 25587
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

NYI-2116026v1

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Jones, Day, Reavis & Pogue
Attn: Arun Chandra
222 East 41st Street
New York NY 10017          2/4/04

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

### CERTIFICATE OF SERVICE

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

2/4/04

_____
ZENAS ZELOTES, ESQ.
Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 739-0295

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING