#113

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -8  P 2: 47

LEWIS C. BROWN )
)
Plaintiff )
) Case No. 3:01CV1967 (RNC)
vs. )
)
EXPERIAN INFORMATION SOLUTIONS INC. )
)
Defendant )
) March 4, 2004

**MOTION TO QUASH DEPOSITION NOTICE (Protective Order)[1]**

The plaintiff asks that the court quash the defendant's deposition notice (re: Mary Woehrle) (attached) in accord with Fed.R.Civ.P. § 26(c) and governing discovery deadlines. A supporting memorandum is submitted.

---

March 12, 2004.   Lewis C. Brown v. Experian Information Solutions Inc.
                  3:01CV1967 (RNC)

Re: Motion to Quash Deposition [Doc. 113]:

Denied. Obtaining Ms. Woehrles' testimony in advance of trial will promote the just, speedy and inexpensive determination of the action and thus serve the ultimate objective of the scheduling order, adherence to which is not an end in itself. If plaintiff's counsel believes that permitting a deposition of Ms. Woehrle at this time will result in a "tax" that would not have been incurred if the deposition had been done before the discovery deadline, he may file a motion for compensation. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2004 MAR 15 A 8:22