## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LEWIS C. BROWN** ) | |
| ) | |
| **Plaintiff** ) | |
| vs. ) | **Case No. 3:01CV1967 (RNC)** |
| ) | |
| **EXPERIAN INFORMATION SOLUTIONS INC.** ) | |
| ) | |
| **Defendant** ) | |
| ) | **March 12, 2004** |

## MOTION TO QUASH DEPOSITION NOTICE (Protective Order)[1]

The plaintiff asks that the court quash the defendant's deposition notice (re: Mary Woehrle) (attached) in accord with Fed.R.Civ.P. § 26(c) and governing discovery deadlines.

A supporting memorandum is submitted.

Respectfully Submitted,

LEWIS C. BROWN

_____

ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC //* Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 739-0295

---

[1] ORAL ARGUMENT NOT REQUESTED

1

EXHIBIT

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown | ) |
| | ) 301cv1967(RNC) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Experian Information Solutions, Inc. | ) |
| | ) |
| Defendant. | ) |
| | ) March 5, 2004 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc. ("Experian"), through its counsel, will take the oral deposition of Mary M. Woehrle, before a qualified court reporter at Robinson & Cole, 280 Trumbull Street, Hartford, CT 06103-3597 on Friday, March 26, 2004, at 9:00 a.m. and continuing day to day thereafter until completed.

The deposition will be taken before an officer authorized to administer oaths and will be recorded stenographically and by videotape. You are invited to attend and cross-examine.

Dated: March 5, 2004.

Respectfully submitted,

*[signature]*

Arun Chandra - ct 25587
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

NYI-2119635v1

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Jones, Day, Reavis & Pogue
Attn: Arun Chandra
222 East 41st Street
New York NY 10017              3/12/04

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

3/12/04

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING