# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO: 3:01cv1967 (RNC) |
| V. | : |
| EXPERIAN INFORMATION SOLUTIONS, INC. | : |
| Defendant. | : MARCH 15, 2004 |

## APPEARANCE

Please enter my appearance for the defendant, Experian Information Solutions, Inc., in the above-entitled matter.

Dated at Hartford, Connecticut on March 15, 2004

          DEFENDANT,
          EXPERIAN INFORMATION
          SOLUTIONS, INC.

By *Brien P. Horan*
    Brien P. Horan (ct 06870)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Email: bhoran@rc.com
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299

HART1-1167056-1

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 15th day of March, 2004 to:

Zenas Zelotes, Esq.
Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London, CT 06320

Arun Chandra, Esq.
Daniel J. McLoon, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

*Brien P. Horan*
Brien P. Horan