UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Experian Information Solutions, Inc. ) <br> ) <br> Defendant. ) <br> ) | 301cv1967(RNC) <br><br><br><br><br><br><br> March 15, 2004 |

## EXPERIAN'S MOTION TO COMPEL DEPOSITION TESTIMONY OF MARY M. WOEHRLE

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying memorandum of law, defendant Experian Information Solutions, Inc. ("Experian") respectfully moves this Court to enter an order compelling Mary M. Woehrle ("Ms. Woehrle") to be available for an oral deposition on or before April 2, 2004, and for such other and further relief as this Court may deem proper.

Dated: March 15, 2004

Respectfully submitted,

*[signature]*

Arun Chandra – ct 25587
Daniel J. McLoon
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

NYI-2121028v1

## CERTIFICATE OF SERVICE

I, Arun Chandra, certify that on March 15, 2004, a true and correct copy of Experian's Motion to Compel Deposition Testimony of Mary M. Woehrle was sent to:

VIA FACSIMILE AND FIRST CLASS MAIL

Zenas Zelotes Esq.
Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London CT 06320
(860) 442-2265

Attorneys for Plaintiff Lewis C. Brown

_____
Arun Chandra

NYI-2121054v1