d #116

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 15 P 2:49
U.S. DISTRICT COURT
HARTFORD, CT.

| | ) | |
|---|---|---|
| LEWIS C. BROWN | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | Case No. 3:01CV1967 (RNC) |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS INC. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | March 12, 2004 |

### MOTION TO QUASH DEPOSITION NOTICE (Protective Order)[1]

The plaintiff asks that the court quash the defendant's deposition notice (re: Mary Woehrle) (attached) in accord with Fed.R.Civ.P. § 26(c) and governing discovery deadlines.

A supporting memorandum is submitted.

Respectfully Submitted,

LEWIS C. BROWN

March 24, 2004.   Lewis C. Brown v. Experian Information Solutions
                  Case Number 3:01CV1967(RNC)

RE: Motion to Quash Deposition Notice [Doc. #116    ]
Denied as moot.   So ordered.

                        Robert N. Chatigny, U.S.D.J.