UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

LEWIS C. BROWN,                    :

    Plaintiff,                  :

    v.                          :          CASE NO. 3:01CV1967 (RNC)

EXPERIAN INFORMATION SOLUTIONS,    :
INC.,                              :

    Defendant.                  :

2004 APR -7 P 3: 02

U.S. DISTRICT COURT
HARTFORD, CT.

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_  To conduct a pretrial conference (orefmisc./cnf);

___  To conduct a prefiling conference (orefmisc./cnf);

___  To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_  A ruling on the following pending motions (orefm.):_____
Motion in Limine to Determine Admissibility of Fleet's Deposition Testimony [filed 4/7/04]
Motion in Limine to Determine Efficacy of Trial Subpoenas [filed 4/7/04]
Motion to Seal Memorandum Appendix [filed 4/7/04]
Motion to Compel [doc. 121]
Motion to Amend [doc. 95]

So ordered.

Dated at Hartford, Connecticut this _7_ day of April 2004.

_____
Robert N. Chatigny
United States District Judge