UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN, | : |
|     Plaintiff, | : |
| v. | : CASE NO. 3:01CV1967(RNC) |
| EXPERIAN INFORMATION SOLUTIONS, | : |
|     Defendant. | : |

<u>REFERRAL TO MAGISTRATE JUDGE</u>

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

\_\_\_ To conduct settlement conferences (orefmisc./cnf);

\_\_\_ To conduct a prefiling conference (orefmisc./cnf);

\_\_\_ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.): Motion to Seal Memorandum Appendix [doc. 129]
_____
_____

So ordered.

Dated at Hartford, Connecticut this    day of April 2004.

                                                /s/RNC
                                     Robert N. Chatigny
                                 United States District Judge