UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:01CV1967(RNC) |
| EXPERIAN INFORMATION SOLUTIONS, | : |
| Defendant. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.):
Motion to Seal Memorandum Appendix [doc. 129]
_____
_____

So ordered.

Dated at Hartford, Connecticut this ____ day of April 2004.

                                        /s/RNC
_____    _____
                                        Robert N. Chatigny
                                     United States District Judge