UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 MAR 15 A 11: 44

U.S. DISTRICT COURT
HARTFORD, CT.

|  |  |
|---|---|
| Lewis C. Brown | ) <br> ) <br> ) <br> ) 301cv1967(RNC) <br> ) |
| Plaintiff, | ) |
| v. | ) <br> ) |
| Experian Information Solutions, Inc. | ) <br> ) |
| Defendant. | ) <br> ) |

## ARUN CHANDRA'S AFFIDAVIT IN SUPPORT OF EXPERIAN'S MOTION TO COMPEL DEPOSITION TESTIMONY OF MARY M. WOEHRLE

ARUN CHANDRA, being duly sworn, deposes and says:

1.      I am an associate at Jones Day, attorneys for defendant Experian Information Solutions, Inc. ("Experian"). I practice in Jones Day's New York office, located at 222 East 41st Street, New York 10017.

2.      By way of background, Experian has filed a motion in limine to restrict evidence of Plaintiff's alleged emotional distress via hearsay testimony by Mary M. Woehrle ("Ms. Woehrle").

3.      During the pretrial conference for this case on February 5, 2004, Plaintiff opposed Experian's request for a trial continuance until April in part on the grounds that Ms. Woehrle – a Michigan resident – would not be present in Connecticut to testify at an April trial. Experian responded by agreeing to pay for a videotaped deposition of Ms. Woehrle to preserve her testimony. In response to that proposal, the Court affirmatively

NYI-2121053v1

indicated that it would be helpful for the Court to have the Woehrle deposition to assist in resolving Experian's motion in limine concerning Ms. Woehrle's testimony.

4.      In order to implement the Court's request, Experian noticed the deposition of Ms. Woehrle. See Exhibit A.

5.      After first agreeing on a mutually convenient place and time for the Woehrle deposition, plaintiff's counsel suddenly changed his position. See Exhibit B.

6.      Plaintiff's Counsel has indicated that now neither he nor Ms. Woehrle will be present for the scheduled deposition. See Exhibits C, D.

7.      Last week, plaintiff's counsel informed Experian's counsel that he was going to file a motion for a protective order that sought to quash Experian's Notice of Deposition. Later, plaintiff's counsel forwarded to Experian's counsel a motion to quash Experian's deposition notice that appeared to have been filed on March 4, 2004.

8.      Experian filed its response on March 9, 2004. Later that day, Experian's counsel received a phone call from the Court Clerk's office stating that his response was being returned because Plaintiff had not filed its motion.

9.      Upon being contacted, plaintiff's counsel stated that he was unaware that his motion had not been filed. Plaintiff has promised that he will "fil[e] the motion anew," and that "[a]bsent court order, neither Mary [Woehrle] [n]or I [i.e., plaintiff's counsel] will attend." See Exhibit C.

WHEREFORE, it is respectfully requested that this Court grant Experian's

motion to compel deposition testimony of Mary M. Woehrle.

_____
Arun Chandra, Esq.


Sworn to before me this
12th day of March, 2004


_____
Notary Public

CAROL GOLDMAKER
Notary Public, State of New York
No. 01GO4946052
Qualified in New York County
Commission Expires Jan. 27 20__



Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown<br><br>    Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.<br><br>    Defendant. | )<br>)<br>)   301cv1967(RNC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   March 3, 2004 |

## <u>NOTICE OF DEPOSITION</u>

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc.

("Experian"), through its counsel, will take the oral deposition of Mary M. Woehrle, before a

qualified court reporter at Robinson & Cole, 280 Trumbull Street, Hartford, CT 06103-3597 on

Friday, March 26, 2004, at 9:00 a.m. and continuing day to day thereafter until completed.

Dated:  March 3, 2004

Respectfully submitted,

Arun Chandra – ct 25587
JONES DAY
222 East 41st Street
New York, NY  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

<u>CERTIFICATE OF SERVICE</u>

I, Arun Chandra, certify that on March 3, 2004, a true and correct copy of the foregoing

Notice of Deposition was sent to:


<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>

Zenas Zelotes Esq.
Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London CT 06320
(860) 442-2265

Attorneys for Plaintiff Lewis C. Brown

Arun Chandra

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown ) | 301cv1967(RNC) |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Experian Information Solutions, Inc. ) | |
| ) | |
| Defendant. ) | |
| ) | March 5, 2004 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc.

("Experian"), through its counsel, will take the oral deposition of Mary M. Woehrle, before a

qualified court reporter at Robinson & Cole, 280 Trumbull Street, Hartford, CT 06103-3597 on

Friday, March 26, 2004, at 9:00 a.m. and continuing day to day thereafter until completed.

The deposition will be taken before an officer authorized to administer oaths and will be

recorded stenographically and by videotape.  You are invited to attend and cross-examine.

Dated:  March 5, 2004.

Respectfully submitted,

Arun Chandra – ct 25587
JONES DAY
222 East 41st Street
New York, NY  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I, Arun Chandra, certify that on March 5, 2004, a true and correct copy of the foregoing

Notice of Deposition was sent to:

### VIA FACSIMILE AND FIRST CLASS MAIL

Zenas Zelotes Esq.
Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London CT 06320
(860) 442-2265

Attorneys for Plaintiff Lewis C. Brown

_____
Arun Chandra

NYI-2119625v1

Exhibit
B

 **ZENAS ZELOTES LLC**
**<zelotes@sbcglobal.net>**

To: Arun Chandra <achandra@JonesDay.com>
cc:
Subject: Re: Deposition Dates

03/03/04 10:01 AM

I have spoken with Mary.  The 26th it is.

Mary resides in Berkley MI.  I trust you can find somewhere to depose in the vicinity?

Please let me know where, when, and who will preserve the testimony, upon such information first coming available.  See you in Michigan -- Zenas

**Arun Chandra <achandra@JonesDay.com>** wrote:

Zenas,

We will depose Mary Woehrle in person. March 23 - 26 are good for us as of today. Let us know your preference and we will go ahead and make our arrangements.

-Arun

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Arun Chandra
Jones Day
222 East 41st Street
New York, NY 10017
Direct: 212-326-3472
Main: 212-326-3939
Fax: 212-755-7306
E-mail: achandra@jonesday.com
Website: http://www.jonesday.com
Bio: http://www1.jonesday.com/attorneys/bio.asp?AttorneyID=13960


ZENAS ZELOTES LLC

et> cc:
Subject: Re: Depo Dates

02/26/04 03:55 PM

Arun,

I've been out-of-state dealing with a medical emergency ver the preceding two weeks. I am, as a result, somewhat behind schedule ordering my affairs . The third or fourth week in March is probably ideal -- somewhere around the 20th. Give me a few dates that work for you.

I am presently debating whether I will travel to Michigan or participate by teleconference. I'm am presently inclined to participate by teleconference. The only exhibit will be the redacted journal notes, so I'm not certain what my physical presence adds to the mix. If you are similarly inclined (to teleconference), we may have somewhat more flexibility on the dates and times. Any thoughts?


Arun Chandra wrote:

Zenas,

Can we work on some dates in March for Mary Woehrle's deposition? How is the third or fourth week for you?

-Arun

**************************************
Arun Chandra
Jones Day
222 East 41st Street
New York, NY 10017
Direct: 212-326-3472
Main: 212-326-3939
Fax: 212-755-7306
E-mail: achandra@jonesday.com
Website: http://www.jonesday.com
Bio: http://www1.jonesday.com/attorneys/bio.asp?AttorneyID=13960


ZENAS ZELOTES LLC

et> cc:

Subject: Re: Depo Dates

02/09/04 02:12 PM

I will be in Florida on the 26th and 27th. We will need to work out another time.

Arun Chandra wrote:

Then, how about we try for the deposition in Michigan on 2/26 or 2/27?

ZENAS ZELOTES LLC

et> cc:
Subject: Re: Depo Dates

02/08/04 09:57 AM

On or about the 20th

Arun Chandra wrote:
When does she return to Michigan?

-----Forwarded by Arun Chandra/JonesDay on 02/07/2004 06:44PM -----

To: Arun Chandra
From: ZENAS ZELOTES LLC
Date: 02/07/2004 02:04PM
Subject: Re: Depo Dates

Regrettably, it does not.

It looks like we will need to take her deposition sometime after she returns to Michigan.

Arun Chandra wrote:

Zenas,

Dan is available on February 26 or 27. Does this work for you?

-Arun

*********************************************
Arun Chandra
Jones Day
222 East 41st Street
New York, NY 10017
Direct: 212-326-3472
Main: 212-326-3939
Fax: 212-755-7306
E-mail: achandra@jonesday.com
Website: http://www.jonesday.com
Bio: http://www1.jonesday.com/attorneys/bio.asp?AttorneyID=13960


==========
The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client
or other applicable privileges, or constitute non-public information. It
is intended to be conveyed only to the designated recipient(s). If you are
not an intended recipient of this message, please notify the sender by
replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended
recipients is not authorized and may be unlawful.
==========


Zenas Zelotes Esq.

Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London CT 06320
T: (860) 442-2265
F: (860) 439-0295

COMMERCIAL LITIGATION, PLANNING & CONSUMER BANKRUPTCY

Zenas Zelotes Esq.

Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London CT 06320
T: (860) 442-2265
F: (860) 439-0295

COMMERCIAL LITIGATION, PLANNING & CONSUMER BANKRUPTCY

===========
The preceding e-mail message (including any attachments) contains
information that may be confidential, be protected by the attorney-client
or other applicable privileges, or constitute non-public information. It
is intended to be conveyed only to the designated recipient(s). If you are
not an intended recipient of this message, please notify the sender by
replying to this message and then delete it from your system. Use,
dissemination, distribution, or reproduction of this m essage by
unintended
recipients is not authorized and may be unlawful.
===========

Zenas Zelotes Esq.

Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London CT 06320
T: (860) 442-2265
F: (860) 439-0295

COMMERCIAL LITIGATION, PLANNING & CONSUMER BANKRUPTCY

============

The preceding e-mail message (including any attachments) contains
information that may be confidential, be protected by the attorney-client
or other applicable privileges, or constitute non-public information. It
is intended to be conveyed only to the designated recipient(s). If you are
not an intended recipient of this message, please notify the sender by
replying to this message and then delete it from your system. Use,
dissemination, distribution, or reproduction of this message by unintended
recipients is not authorized and may be unlawful.

============

============

The preceding e-mail message (including any attachments) contains
information that may be confidential, be protected by the attorney-client
or other applicable privileges, or constitute non-public information. It
is intended to be conveyed only to the designated recipient(s). If you are
not an intended recipient of t his message, please notify the sender by
replying to this message and then delete it from your system. Use,
dissemination, distribution, or reproduction of this message by unintended
recipients is not authorized and may be unlawful.

============

Zenas Zelotes Esq.

Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London CT 06320
T: (860) 442-2265
F: (860) 439-0295

COMMERCIAL LITIGATION, PLANNING & CONSUMER BANKRUPTCY

===========

The preceding e-mail message (including any attachments) contains information that may b e confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

===========

===========

The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

===========

Zenas Zelotes Esq.

# Zenas Zelotes *LLC*

Shaw's Cove 5, Suite 202
New London CT 06320
T: (860) 442-2265
F: (860) 439-0295

*COMMERCIAL LITIGATION, PLANNING & CONSUMER BANKRUPTCY*





**ZENAS ZELOTES LLC**
**<zelotes@sbcglobal.net>**

To: Arun Chandra <achandra@jonesday.com>
cc:
Subject: Woehrle

03/03/04 12:14 PM

Arun,

If you notice Mary's deposition, I will immediately move for a protective order.

Mary's deposition was intended for use at trial (in lieu of live testimony).

Now that Mary is making herself available at trial -- I have no such need.

I will make an offer of proof, before his honor, and outside of the jury's presence.  If Experian objects to such testimony coming in, Experian is free to object -- then and there.

I will not allow Experian advantage by virtue of its delaying trial.

The time to play 20 questions with Mary ... long ago passed.

Such is my position.


Zenas Zelotes Esq.

# Zenas Zelotes *LLC*

Shaw's Cove 5, Suite 202
New London CT 06320
T: (860) 442-2265
F: (860) 439-0295

*COMMERCIAL LITIGATION, PLANNING & CONSUMER BANKRUPTCY*





**ZENAS ZELOTES LLC**
**<zelotes@sbcglobal.net>**

To: Arun Chandra <achandra@jonesday.com>
cc:
Subject: Woehrle

03/12/04 10:02 AM

Arun,

I am in receipt of your 3/12/04 correspondence.

For the record: I do not recall "consenting" to the deposition. I recall informing you that I did not (then) have a scheduling conflict with the 26th (I do, presently). As far as I'm concerned, the issue is moot.

A motion seeking a protective order stays a deposition -- this deposition not excepted.

Conclude what you may -- I am filing the motion anew. Absent court order, neither Mary or I will attend.


Zenas Zelotes Esq.


# Zenas Zelotes *LLC*

Shaw's Cove 5, Suite 202
New London CT 06320
T: (860) 442-2265
F: (860) 439-0295

*COMMERCIAL LITIGATION, PLANNING & CONSUMER BANKRUPTCY*

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the

15th day of March, 2004 to:


Zenas Zelotes, Esq.
Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London, CT 06320

Arun Chandra, Esq.
Daniel J. McLoon, Esq.
Jones Day
222 East 41st Street
New York, NY  10017


Brien P. Horan