IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -  P: C
U.S. ...

| | |
|---|---|
| LEWIS C. BROWN ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | Case No. 3:01CV1967 (RNC) |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS INC. ) | |
| ) | |
| Defendant ) | |
| ) | March 30, 2004 |

### REQUEST FOR LEAVE TO GIVE OPENING ARGUMENT

The plaintiff asks that each party be afforded leave of court to present opening argument at trial.

The defendant concurs in this request.

Respectfully Submitted,

_____

ZENAS ZELOTES, ESQ.
Zenas Zelotes LLC // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 439-0295

GRANTED. Counsel for each party is permitted to make an opening statement. See D.Conn.L.Civ.R. 83.4.

01CV1967end#124

Donna F. Martinez, U.S.M.J.
4/12/04

FILED
2004 APR 13 P 2:
U.S. DISTRICT COURT
HARTFORD, CT

1