#129

DENIED for lack of good cause shown. 4/14/04 SO ORDERED.

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LEWIS C. BROWN )
)
)
               **Plaintiff** )
)
**vs.** )    **Case No. 3:01CV1967 (RNC)**
)
EXPERIAN INFORMATION SOLUTIONS INC. )
)
              **Defendant** )
)    **April 6, 2004**

## MOTION TO SEAL MEMORANDUM APPENDIX

The plaintiff moves to seal his memorandum appendix in support of Motion to Determine Admissibility of Experian Deposition Testimony (dated April 6, 2004). Certain statements or publications in the appendix are marked (or otherwise designated as) confidential.

Respectfully Submitted,

ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC // Shaw's Cove 5, Suite 202 // New London CT 06320*
Conn. Juris No. 419408 // Fed. Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 439-0295

FILED

2004 APR 14 A 11: 17

U.S. DISTRICT COURT
HARTFORD, CT.

1