CT/cv/jysel (January 18, 2002)

TOTAL TIME: **2** hours **39** minutes    DEPUTY CLERK _R.K. Wood_    HONORABLE _D.F. Martinez_
RPTR/ERO/TAPE _S. Bowles_

DATE _4/13/04_    START TIME _11:26 a.m._ END TIME _2:15 p.m._
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Brown_    CIVIL NO. _3:01CV1967(RNC)_

_Zenas Zelotes_
Plaintiffs Counsel

vs.    ☐ SEE ATTACHED CALENDAR FOR COUNSEL

_A. Chanda, D. McLoon_
Defendants Counsel

_Experian_

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ..... ☐ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____

☑ ..... ☑ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____

☑ .....#**121** Motion _to compel_ _____    ☐ granted ☐ denied ☑ advisement

☑ .....#**127** Motion _in Limine_ _____    ☐ granted ☐ denied ☑ advisement

☑ .....#**131** Motion _to quash subpoena_ _____    ☐ granted ☐ denied ☑ advisement

☑ .....#**128** Motion _in Limine_ _____    ☐ granted ☐ denied ☑ advisement

☐ ..... _____    ☐ filed ☐ docketed

☐ ..... _____    ☐ filed ☐ docketed

☐ ..... _____    ☐ filed ☐ docketed

☐ ..... _____    ☐ filed ☐ docketed

☑ ..... _34_ # jurors present

☑ ..... Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☑ ..... Voir Dire by Court

☑ ..... Peremptory challenges exercised (See attached)

☑ ..... Jury of _8_ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☑ ..... Remaining jurors excused

☐ ..... Discovery deadline set for _____

☐ ..... Disposition Motions due _____

☐ ..... Joint trial memorandum due _____

☑ ..... Trial continued until _April 14, 2004_ at _8:30 a.m._

☑ COPY TO: JURY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Brown

v.

Experian

CIVIL CHALLENGE

1. _____     5. _____

2. _____     6. _____

3. _____

4. _____

_____        _____
COUNSEL FOR PLAINTIFF(S)        COUNSEL FOR DEFENDANT(S)

**Judge's List**

Judge: **ROBERT N. CHATIGNY**

Event: **3:01CV1967 (RNC)**

Description: **BROWN V EXPERIAN**

Date: **4/13/04**

Time: **10:03 AM**

**Random**

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 1 | 100066674 | 02-0197 | **PALMER, DAY O**<br>WATERTOWN<br>VP FIRE EQUIPMENT BUSINESS | | _J1_ |
| 2 | 100039787 | 02-0224 | **HIESTAND, SCOTT T**<br>ELLINGTON<br>WEB DESIGNER | Bus.children - school<br>Cousin - Lawyer | _CP_ |
| 3 | 100064857 | 02-0162 | **ALAIMO, ESTHER**<br>ENFIELD<br>RET COLLEGE PROF | Lawsuit-Party-State<br>Daughter-Lawyer / Justice Peace | _PD_ |
| 4 | 100059597 | 02-0276 | **SAVIO, JOAN W**<br>SOUTHINGTON<br>RETIRED | Lawsuit - Auto | _J2_ |
| 5 | 100007211 | 02-0163 | **SCHUMANN, CHARLES W**<br>SOUTHINGTON<br>RETIRED MANAGEMENT | - mother - Passed | _CP_ |
| 6 | 100041862 | 02-0238 | **LINDLAND, JOHN N**<br>MANCHESTER<br>RETIRED ENGINEER | | _PP_ |
| 7 | 100017203 | 02-0296 | **PAVEL, CORNELIA**<br>NEWINGTON<br>ESTHETICIAN | English 2nd.Lang. | _CP_ |
| 8 | 100054579 | 02-0150 | **MCKINNEY, ZANTIA S**<br>ROCKY HILL<br>ASSOCIATE RESEARCH ANALYST | Law School, Lawsuit | _PD_ |
| 9 | 100053952 | 02-0161 | **CHAMBERS, KATHLEEN A**<br>BRISTOL<br>SCHOOL CAFETERIA WORKER | | _J3_ |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ROBERT N. CHATIGNY**
Event: **3:01CV1967 (RNC)**
Description: **BROWN V EXPERIAN**

Date: **4/13/04**
Time: **10:03 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 10 | 100043171 | 02-0214 | **DIVITO, SALVATORE F** | | J 4 |
| | OAKVILLE | | CONSTRUCTION | | |
| 11 | 100005846 | 02-0297 | **ITO, WARREN I** | 2 Jurys, crim. | J 5 |
| | WOODSTOCK | | PACKAGING EFFICIENCY EXPERT | florida-son school-next sat. med.-colitis, sil.law-billing dept. | |
| 12 | 100003072 | 02-0313 | **WILSON, DAVID E** | Juror-civil | J 6 |
| | SOUTH GLASTONBURY | | ENGINEER | | |
| 13 | 100020579 | 02-0311 | **MODZELEWSKI, THOMAS R** | - Clas. hawk - Apl. 19th | J 7 |
| | ELLINGTON | | SERVICE MANAGER | hosp.bl-cled. | |
| 14 | 100060140 | 02-0178 | **SLOAT, WILLIAM** | Lawsuit/fam-Attys. | P P |
| | WEST HARTFORD | | BUSINESS OWNER | Cledit exp. | |
| 15 | 100002726 | 02-0209 | **MICHAELS, RICHARD H** | Lawsuit / | P P |
| | WOODBURY | | CORPORATE PRESIDENT | | |
| 16 | 100023577 | 02-0231 | **CASTONGUAY, JACQUES** | | J 8 |
| | NEW BRITAIN | | RETIRED ELECTRICIAN | | |
| 17 | 100060636 | 02-0300 | **JAGIELSKI, BARBARA J** | VAC, family-sat. | N U |
| | WEST HARTFORD | | TEACHER | Lawsuits, Sister-Law-Atty. fam.wk.molg.co. | |
| 18 | 100030094 | 02-0167 | **MACK, KIM S** | fam-Atty, cledit deps. | N U |
| | WOODSTOCK | | EXECUTIVE | | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ROBERT N. CHATIGNY**

Event: **3:01CV1967 (RNC)**

Description: **BROWN V EXPERIAN**

Date: **4/13/04**

Time: **10:03 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 19 | 100049417 WETHERSFIELD | 02-0149 | **COTTONE, CINDY L** HOMEMAKER | crm trial/daughter wk. Atty. | NU |
| 20 | 100045567 PLYMOUTH | 02-0172 | **FITZPATRICK, SANDRA J** DCF SUPERVISOR | husband - Surgery - Thur, Lawsuit, wed. | CP |
| 21 | 100043812 FARMINGTON | 02-0203 | **SETLOW, BARBARA C** BIOCHEMIST | fam - Lawyer, | NU |
| 22 | 100003741 NEW BRITAIN | 02-0202 | **CRUMB, EDMOND P.** SUPERVISOR | | NU |
| 23 | 100034963 CANTON | 02-0306 | **BERLER, RONALD** INSURANCE BROKER | Conf, Calif. - Sat. - Thur. | NU |
| 24 | 100061450 COLUMBIA | 02-0302 | **HARTLING, MICHAEL A** COUNSELOR DEPT. OF CORRECTIONS | Real Estate - Prob. credit experian | CP |
| 25 | 100008197 MARLBOROUGH | 02-0299 | **ROBERTS JR, ZANE L** SPECIAL AGENT | | NU |
| 26 | 100012817 SOUTH WINDHAM | 02-0265 | **MARCHAND, CAROLYN M** STAFFING COORDINATOR | | NU |
| 27 | 100008225 NEWINGTON | 02-0158 | **BRADLEY, LINDA D** INCOME TAX PREPARER | Inc. tx - days - vac. vermont - sister - credit serv. | NU |

Legend: J=Jury    A=Alternate    NU=Not Used

PP=Peremptory Challenge Prosecutor/Plaintiff    PD=Peremptory Challenge Defendant

CP=Challenge For Cause

Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ROBERT N. CHATIGNY**                                          Date: **4/13/04**
Event: **3:01CV1967 (RNC)**                                           Time: **10:03 AM**
Description: **BROWN V EXPERIAN**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 28 | 100033598 BOLTON | 02-0192 | **REDDY, NIRMALA K**<br>RETIRED DATA ENTRY | N U |
| 29 | 100036869 WINDSOR | 02-0213 | **CHAMBERS, KENNETH C**<br>RETIRED FACTORY WORKER | N U |
| 30 | 100018303 SOUTH WINDSOR | 02-0225 | **MURDOCH, CHARLES C**<br>RETIRED ENGINEER | N U |
| 31 | 100025071 WEST HARTFORD | 02-0229 | **KAGELS, ROBERT K**<br>COMPUTER PROGRAM - NOT EMPL | N U |
| 32 | 100066818 SOUTH WINDSOR | 02-0255 | **GARY, BOBBIE L**  - father - 89 yr. - Trans (9-1pm) dialy.<br>RETIRED DEPT OF CORRECTIONS | N U |
| 33 | 100011797 ASHFORD | 02-0271 | **PALMER, TRAVIS J**<br>SALES ASSOCIATE | N U |
| 34 | 100007438 BRISTOL | 02-0282 | **TABER, JACQUELINE L**<br>RECEPTIONIST/CLERICAL | N U |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.