CT/cvtrial (October 17, 2001)

TOTAL TIME: 6 hours 05 minutes    DEPUTY CLERK L. Kunofsky    HONORABLE Chatigny    RPTR/ERO/TAPE D. Warner

DATE 4-14-04    START TIME 9:20    END TIME 4:30
LUNCH RECESS FROM 12:40 TO 1:45
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Brown
vs.
Experian

CIVIL NO. 3:01CV1967(RNC)

§
§
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

J. Zelotes
Plaintiffs Counsel

A. Chanda W. McLeon
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☑ Jury sworn
☑ (jytrl./h) Jury Trial held  ☑ (jytrl./set) Jury Trial continued until 4-15-04 at 9:15
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion **to Sequester Witnesses** ☑ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)