UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 13 P 6: 21
U.S. DISTRICT COURT
HARTFORD CT

LEWIS C. BROWN,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

CASE NO. 3:01cv1967(RNC)

## RULING ON PLAINTIFF'S MOTION TO DETERMINE ADMISSIBILITY OF FLEET'S DEPOSITION TESTIMONY (Doc. #128)

On the eve of trial, the plaintiff requests permission to admit into evidence certain pages of a Rule 30(b)(6) deposition of a third party witness. (Doc. #128.) The plaintiff states in his motion that he makes the request "in prudence" in the event that his attempt to subpoena a live witness, see docs. ##126, 131, is unsuccessful. The defendant objects; counsel for the third party had advised the chambers of the undersigned that it takes no position on the motion. In contravention of D.Conn.L.Civ.R. 7(a)1, the plaintiff's motion is not accompanied by a memorandum of law which discusses the disputed issues of law raised by the motion. Nor does the motion itself identify the grounds on which the plaintiff seeks to introduce the deposition. Because the court cannot discern the plaintiff's legal analysis, the plaintiff's motion is DENIED without prejudice.

SO ORDERED at Hartford, Connecticut this 13th day of April, 2004.

Donna F. Martinez
United States Magistrate Judge