IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                       )
**LEWIS C. BROWN**                     )
                                       )
                    **Plaintiff**      )
   vs.                                 )   **Case No. 3:01CV1967 (RNC)**
                                       )
**EXPERIAN INFORMATION SOLUTIONS INC.** )
                                       )
                    **Defendant**      )
_____ )   **April 13, 2004**


**PLAINTIFF'S MOTION IN LIMINE TO DETERMINE**

**ADMISSIBILITY OF FLEET'S DEPOSITION TESTIOMNY**


The plaintiff, pursuant to Fed.R.Civ.P. 32(a)(3), subsections (B) (D) and/or (E), asks that the court permit the plaintiff to introduce the deposition testimony of Scott Smaniotto, vice president, Fleet Credit Card Services L.P., given on August 27, 2002, and as provided below. This motion was on this date denied without prejudice to refilling (procedural error).

**EXCERPTS FROM FLEET 30(B)(6) DEPOSITION (SCOTT M. SMANIOTTO):**

    FCCS: Pg. 7, L. 21 – Pg. 8, L. 6    Topic: Administered Oath
    FCCS: Pg. 13, L. 4 thru Pg. 14, L. 1    Topic: Docs. Reviewed
    FCCS: Pg. 15, L. 9-15    Topic: FICO Score Defined
    FCCS: Pg. 19, L.15 thru Pg. 21, L. 4    Topic: Deponent's Position at Fleet

1

    FCCS: Pg. 21, L.14 thru Pg. 24, L. 12    Topic: XPN Caused Credit Reduction
        Minus Pg. 23, L. 12-13            (Objection by Fleet Counsel)
    FCCS: Pg. 25, L.2 thru Pg. 27, L. 20    Topic: XPN Reason Codes & FICO
        Minus Pg. 26, L.24 thru Pg. 27, L. 8    (Objection & Rephrasing)
    FCCS: Pg. 29, L. 4-15    Topic: No One w/ First-Hand Knowledge
    FCCS: Pg. 36, L. 18 thru Pg. 38, L. 6    Topic: Fleet uses XPN and TU; Auto Code
        Minus Pg. 37, L. 10-18           (Objection & Rephrasing)
    FCCS: Pg. 40, L. 9-17    Topic: When Fleet Card Last Used
    FCCS: Pg. 42, L. 8 thru Pg. 43, L. 3    Topic: Why Fleet Terminated Card
    FCCS: Pg. 46, L. 4-14    Topic: No Motive to Lie; Letter Reliable

Respectfully Submitted,

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC //* Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 439-0295

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Jones Day
Attn: Arun Chandra
222 E/ 41st Street
New York NY 11017             4/14/04

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Clerk of Court
450 Main Street
Hartford CT 06103             4/14/04

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee IN HAND on the date(s) reflected.

4/14/04

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Chambers (Chatigny J.) (C. Copy)
450 Main Street
Hartford CT 06103             4/14/04