

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEWIS C. BROWN | : | CASE NO. 3:01CV1967(RNC) |
| | : | |
| PLAINTIFF | : | |
| V. | : | |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | : | |
| | : | |
| DEFENDANT | : | APRIL 7, 2004 |

### APPEARANCE

Please enter our Appearance as attorneys for Fleet Credit Card Services, L.P., a witness in this matter.

_____
Gerald L. Garlick, Esq. of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Facsimile: (860) 728-1651
Federal Bar No: ct5627
E-Mail Address: ggarlick@krasowgarlick.com

_____
Linda Clifford Hadley, Esq. of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Facsimile: (860) 728-1651
Federal Bar No. ct6308
E-Mail Address: lhadley@krasowgarlick.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed this 7th day of April, 2004 to the following counsel of record:

>Zenas Zelotes, Esq.
>Shaw's Cove 5, Suite 202
>New London, CT 06320
>(Attorney for Plaintiff)
>
>Arun Chandra, Esq.
>222 East 41st Street
>New York, NY 10017
>(Attorney for Defendant)
>
>Anthony C. Defilippis, Jr., Esq.
>Joseph V. Meaney, Jr., Esq.
>Cranmore, Fitzgerald & Meaney
>49 Wethersfield Avenue
>Hartford, CT 06114-1102
>(Attorney for Defendant)
>
>Brien P. Horan, Esq.
>Robinson & Cole
>280 Trumbull Street
>Hartford, CT 06103-3597
>(Attorney for Defendant)
>
>Daniel J. McLoon, Esq.
>Jones Day
>555 West Fifth St., Suite 4600
>Los Angeles, CA 90013-1025
>(Attorney for Defendant)

_____
Gerald L. Garlick, Esq.

21221.1