IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN )<br><br>                           Plaintiff )<br>vs. )<br>                                  )<br>EXPERIAN INFORMATION SOLUTIONS INC. )<br>                                  )<br>                           Defendant )<br>                                  ) | Case No. 3:01CV1967 (RNC)<br><br><br>April 6, 2004 |

**PLAINTIFF'S MOTION IN LIMINE TO DETERMINE**

**ADMISSIBILITY OF EXPERIAN'S DEPOSITION TESTIOMNY**

On the eve of trial, the defendant informs counsel it will resist the plaintiff's trial subpoena.

Reasonably concerned on 04/02/04 (in cautious anticipation), plaintiff's counsel identified (and communicated) certain deposition excerpts to be introduced directly into evidence, in accord with FRCP § 32(a)(2) [Testimony of Adverse Party], § 32(a)(3)(E) [Exceptional Circumstance], or (maybe) FRCP §32(a)(3)(B) [100-Mile Limitation]. On 04/02/04 the list was revised in accord with the defendant's response of 04/02/04. The list presently proffered is the 04/03/04 revision.

The defendant now voices a similar intent to object to the introduction of its deposition testimony.

April 15, 2004. Denied as moot. So ordered.
Robert N. Chatigny, U.S.D.J.



1