CT/cvtrial (October 17, 2001)

HONORABLE Chatigny
DEPUTY CLERK L. Kunofsky  RPTR/ERO/TAPE D. Warner

TOTAL TIME: 6 hours 35 minutes

DATE 4-15-04    START TIME 9:15    END TIME 4:45
LUNCH RECESS FROM 12:30 TO 1:25
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Brown
vs.
Experian

CIVIL NO. 3:01CV1967(RNC)

J. Zelotes
Plaintiffs Counsel
☐ SEE ATTACHED CALENDAR FOR COUNSEL
A. Chanda, W. McLean
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until 4-16-04 at 9:00
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
oralm.....D's Oral Motion for judgment as a matter of Law ☐ granted ☐ denied ☑ advisement
oralm..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (repeated)

☑ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)