IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN<br><br>      **Plaintiff**<br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.<br><br>      **Defendant** | )<br>)<br>)<br>)<br>) Case No. 3:01CV1967 (RNC)<br>)<br>)<br>)<br>)<br>) April 19, 2004 |

## MOTION TO REDACT, SEAL and WITHDRAW DOCUMENTS

In accord with Local Rules Of Procedure 5(d)(3) and 83.6, the plaintiff moves to:

1) Redact (seal) each numeric reference to plaintiff's social security number in the trial transcript

2) Redact (seal) each numeric reference to plaintiff's date of birth in the trial transcript

3) Redact (seal) each numeric reference to plaintiff's post office box number in the trial transcript

4) Redact (seal) each numeric reference to plaintiff's home address in the trial transcript

5) Redact (black-line) each social security number appearing on Page 11 of Doc. #67 (plaintiff's memorandum in opposition to defendant's motion for summary judgment)

6) Seal the exhibits appended to Doc. #67 (plaintiff's memorandum in opposition to motion

1

for summary judgment) and

7) Grant advance leave to withdraw the exhibits appended to Doc. #67 (plaintiff's memorandum in opposition to motion for summary judgment) after the time for appeal has passed, *if* no appeal is taken, and within 90 days of the determination of this action.

A memorandum is attached.

Oral argument is not requested.

Respectfully Submitted,

*[signature]*

ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC* // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 439-0295

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Jones, Day, Reavis & Pogue
Attn: Arun Chandra
222 East 41st Street
New York, NY 10017-6702        4/19/04

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Clerk of Court
450 Main Street
Hartford CT 06103        4/19/04

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

4/19/2004

_(signature)_

ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

---

**Zenas Zelotes LLC**
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Chambers (Chatigny J.) (C. Copy)
450 Main Street
Hartford CT 06103        4/19/04