IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN )<br>)<br>   Plaintiff )<br>vs. )<br>)<br>EXPERIAN INFORMATION SOLUTIONS INC. )<br>)<br>   Defendant )<br>) | Case No. 3:01CV1967 (RNC)<br><br>April 19, 2004 |

## MEMORANDUM IN SUPPORT OF

## MOTION TO REDACT, SEAL and WITHDRAW DOCUMENTS

**BRIEF HISTORY OF THE CASE**

On 4/15/04, a verdict entered by way of a jury trial.

During the trial, the plaintiff's social security number, post office box number, date of birth, and home address were frequently referenced.

Social security numbers were further referenced on page 11 of Doc. # 67 (plaintiff's memorandum in opposition to motion for summary judgment). Plaintiff's social security number, post office box number, credit card account information (to include account statements), and several credit reports, appear (or are liberally referenced) throughout the exhibits attached to the aforesaid memorandum.

The plaintiff presently seeks to preclude public access to his social security number, post

1

office box number, date of birth, home address, credit card account information, credit reports, and his related personal correspondence (speaking to credit issues).

**ANALYSIS**

Local Rule 5(d) permits a court to seal a document (or information within a document) until 90 days after the final determination of an action. If, within 90 days after the final determination of an action, counsel does not move to withdraw such sealed documents, Local Rule 5(d) instructs the clerk to unseal or destroy them.

Federal courts are becoming progressively more sensitive to its need to safeguard the public record from being used to facilitate identity theft. An excellent illustration of this trend manifests itself in the newly adopted Official Bankruptcy Form 21 (Statement of Social Security Number). In accord with the 12/03 revisions to the Official Forms, the debtor's social security number appears only on Form 21, which is filed under seal. The Official Petition for Relief (still a public document) now recites only the last four digits of the debtor's social security number. Another change in accord with the 12/03 revisions is that the debtor need only include the last four digits of his account numbers on the official schedules. All of these changes are intended to frustrate identity thieves who might otherwise abuse the public record.

Mr. Brown seeks reasonable assurance that identity thieves cannot use the public record as a means to abscond with his personal identifying or credit information. Good cause (accordingly) exists to redact his social security number, post office box number, home address, and date of birth from the trial transcript.

2

Mr. Brown further seeks to preclude identity thieves from reviewing the exhibits accompanying his memorandum in support of summary judgment (Doc. #67). These exhibits include his Experian and Trans Union credit reports, individual credit account information, frequent reference to his social security number, post office box, date of birth, several requests for a credit report (bearing full identifying information and signature), and other personal information. Good cause clearly exists to seal these documents as well.

Good cause further exists for the clerk to redact (black-out) each social security number appearing on Page 11 of his memorandum in opposition to summary judgment (Doc. #67).

If the time for appeal in this matter passes and no appeal is taken, the plaintiff further seeks advance leave to subsequently withdraw the aforesaid memorandum exhibits from the record, in accord with Local Rule 5(d)(3), to assure that said documents are at no time unsealed.

Wherefore the plaintiff repeats his prayer.

Respectfully Submitted,

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC* // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 439-0295

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Jones, Day, Reavis & Pogue
Attn: Arun Chandra
222 East 41st Street
New York, NY 10017-6702     4/19/04

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Clerk of Court
450 Main Street
Hartford CT 06103     4/19/04

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail on the date(s) reflected.

4/19/2004



ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

---

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Chambers (Chatigny J.) (C. Copy)
450 Main Street
Hartford CT 06103     4/19/04