IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | Case No. 3:01CV1967 (RNC) |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS INC. ) | |
| ) | |
| Defendant ) | |
| ) | April 11, 2004 |

**SUPPLEMENTAL REQUEST FOR JURY INSTRUCTION**

In accord with FRCP 51 and preceding pretrial conference, the plaintiff asks that the court give the following (attached) instruction to the jury (addressing punitive damages):

1

## PLAINTIFF'S REQUESTED INSTRUCTION (re: PUNITIVE DAMAGES):

The purpose of punitive damages is to punish unlawful conduct and deter its repetition.[1] If you award punitive damages, you should not assess more than reasonably necessary and fairly deserved to punish the offender and deter others from engaging in similar conduct.[2] Although your discretion should be exercised without passion or prejudice, you may reasonably consider the degree to which you might find the defendant's acts morally reprehensible.[3]

If you find that Experian violated the Connecticut Unfair Trade Practices Act, and further find that Mr. Brown sustained a resulting ascertainable loss of money or property, you may award punitive damages.[4]

You may also award punitive damages if you find Experian willfully violated the Fair Credit Reporting Act.[5] If you find Experian willfully violated the Fair Credit Reporting Act, you may award punitive damages, even if you find that Mr. Brown incurred no actual damages.[6]

---

[1] *State Farm Mutual Automobile Ins. Co. v. Campbell*, 123 U.S. 1513 (2003) citing *Pacific Mut. Life Ins. Co. v Haslip*, 499 U.S. 1, 19 (1991) ("Punitive damages may properly be imposed to achieve a State's legitimate interests in punishing unlawful conduct and deterring its repetition.")

[2] *White v. Ford Motor Co.*, 312 F.3d 998 (9th Cir. 2002)

[3] *BMW of North America, Inc. v. Gore*, 555 U.S. 559, 575 (1996)

[4] C.G.S. 42a-110g ("Any person who suffers an ascertainable loss of money or property, real or personal, as a result of the use or employment of a method, act or practice prohibited by section 42-110b, may bring an action in the judicial district in which the plaintiff or defendant resides or has his principal place of business, to recover actual damages. The court may, in its discretion, award punitive damages and may provide such equitable relief as it deems necessary and proper.")

[5] 15 U.S.C. § 1681(a) ("Any person who willfully fails to comply with any requirement imposed by this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of ... (2) such amount of punitive damages as the court may allow.")

[6] *Casella v. Equifax Credit Information Services*, 56 F.3d 469, 486 (2d. Cir. 1995) *cert. denied*

2

Respectfully Submitted,

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC* // Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 439-0295

---

116 S.Ct. 1452 (1996) ("... punitive damages may be available even where a plaintiff has sustained no actual damages.")

**Zenas Zelotes** LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Robinson & Cole
Attn: Brian Horan
280 Trumbull Street
Hartford CT 06103          4/12/04

**Zenas Zelotes** LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Clerk of Court
450 Main Street
Hartford CT 06103          4/12/04

**Zenas Zelotes** LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Chambers (Chatigny J.) (C. Copy)
450 Main Street
Hartford CT 06103          4/12/04

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee IN HAND on the date(s) reflected.

4/12/04

_/s/ Zenas Zelotes_

ZENAS ZELOTES, ESQ.
Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295