CT/cvtrial (October 17, 2001)

HONORABLE Chatigny
DEPUTY CLERK L. Kunofsky   RPTR/ERO/TAPE D. Warner

TOTAL TIME: 4 hours 25 minutes

DATE 4-16-04   START TIME 9:00   END TIME 4:00
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Brown   CIVIL NO. 3:01CV1967(RNC)

vs.

Experian

J. Zelotes
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

A. Chanda N. McLean
Defendants Counsel

## CIVIL JURY/COURT TRIAL

Jury of 8   report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held   ☐ (jytrl./set) Jury Trial continued until _____ at _____
☐ (ctrl./h) Court Trial held   ☐ (ctrl./set) Court Trial continued until _____ at _____
Court Trial concluded   ☐ DECISION RESERVED   ☐ SEE reverse for verdict

Motion _____  ☐ granted ☐ denied ☐ advisement
Motion _____  ☐ granted ☐ denied ☐ advisement
Motion _____  ☐ granted ☐ denied ☐ advisement
Motion _____  ☐ granted ☐ denied ☐ advisement
Oral Motion _____  ☐ granted ☐ denied ☐ advisement
Oral Motion _____  ☐ granted ☐ denied ☐ advisement
Oral motion _____  ☐ granted ☐ denied ☐ advisement
Oral motion Rule 50 motn previously made - denied  ☐ granted ☑ denied ☐ advisement

Recess 1:40 - 3:45

☐ Plaintiff(s) rests  ☑ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☑ Summation held  ☑ Court's Charge to the Jury
All full exhibits, ☑ Verdict Form handed to the jury  ☑ Interrogatories to the Jury handed to the jury
Jury commences deliberations at 2:20
Court orders Jury to be fed at Gov't. expense (see attached bill)
SEE ☑ reverse ☑ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

## VERDICT

☐ ........ Court declares MISTRIAL

☑ jyv ...... Verdict Form filed

☑ ........ VERDICT: _Plaintiff awarded $50,000.00 in compensatory damages_

☑ ........ Court accepts verdict and orders verdict verified and recorded

☑ ........ Jury polled

## MISCELLANEOUS PROCEEDINGS