AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

Brown v. Experian

**Plaintiff's Witness List**

FILED 2004 APR 16

CASE NUMBER: 3:97CV1967 (RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | J. Zelotes | A. Chanda; W. McLoon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | A. Warner | L. Kumofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4-14-04 | | | Lewis C. Brown, Norwalk, CT |
| | | 4-15-04 | | | Lewis C. Brown, Norwalk, CT |
| 2 | | " | | | Mary Woehrle, Berkley, Michigan |
| | | " | | | Excerpt of depo trans of Scott Smarsitte |
| | | " | | | Excerpt of depo trans of Kim Hughes read |
| | | " | | | Excerpt of depo trans of David Browne read |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages