BROWN
v.
Experian

**EXHIBITS**

3:01CV1967 (RNC)
FILED
2004 APR 16 P 4:14

A. ~~[redacted]~~

| Document Description | Defendant's Objection, if any | Offered? | Objected to? | Rec'd? Admitted |
|---|---|---|---|---|
| 1. October 6, 1999 letter to plaintiff from Fleet | Hearsay | | | 4-14-04 |
| 2. October 15, 1999 correspondence from plaintiff to Experian (& handwritten notes to self) | | | | 4-14-04 |
| 3. October 17, 1999 letter from plaintiff to Fleet (w/ Postal Certification) | Relevance and undue prejudice | | | 4-14-04 |
| 4. October 20, 1999 letter from Experian to plaintiff | | | | 4-14-04 |
| 5. October 29, 1999 letter from Fleet to plaintiff | Hearsay | | | 4-14-04 |
| 6. November 3, 1999 correspondence from plaintiff to Experian (w/ Postal Certification) | | | | 4-14-04 |
| 7. November 4, 1999 letter from plaintiff to Fleet | Relevance and undue prejudice | | | 4-14-04 |
| 8. November 12, 1999 letter from Experian to plaintiff | | | | 4-14-04 |
| 9. December 2, 1999 letter from Fleet to plaintiff | Hearsay | | | 4-14-04 |
| 10. December 9, 1999 letter to Fleet from plaintiff | Relevance and Undue Prejudice | | | 4-14-04 |
| 11. December 10, 1999 correspondence from plaintiff to Experian | Hearsay | | | 4-14-04 |
| 12. December 15, 1999 correspondence from plaintiff to Fleet | Relevance and Undue Prejudice | | | 4-14-04 |

Full exhibits ret'd to cnsl 4-16-04

| Document Description | Defendant's Objection, if any | Offered? | Objected to? | Rec'd? Admitted |
|---|---|---|---|---|
| 13. December 16, 1999 letter from Experian to plaintiff | | | | 4-14-04 |
| 14. December 16, 1999 letter from plaintiff to Federal Trade Commission (w/ Postal Certification) | Relevance and Undue Prejudice | | | 4-14-04 |
| 15. December 29, 1999 letter from Federal Trade Commission to plaintiff | Relevance and Undue Prejudice | | | 4-14-04 |
| 16. December 30, 1999 letter from Fleet to plaintiff | Relevance and Undue Prejudice | | | 4-14-04 |
| 17. January 10, 2000 letter from plaintiff to the Comptroller of the Currency (w/ Postal Certification) | Relevance and Undue Prejudice | | | 4-14-04 |
| 18. February 17, 2000 letter to plaintiff from the Comptroller of the Currency | Relevance and Undue Prejudice | | | 4-14-04 |
| 19. February 23, 2000 letter to plaintiff from Fleet reinstating credit limit | Hearsay | | | 4-14-04 |
| 20. March 9, 2000 letter from plaintiff to Fleet | Relevance and Undue Prejudice | | | 4-14-04 |
| 21. March 16, 2000 letter to plaintiff from Fleet | Relevance and Undue Prejudice | | | 4-14-04 |
| 22. Plaintiff's March 9, 2000 Trans Union credit report (& handwritten notes to self) | Relevance and Undue Prejudice | 4-14-04 | | 4-14-04 |
| 23. April 14, 2000 letter from plaintiff to the Comptroller of the Currency | Relevance and Undue Prejudice | | | 4-14-04 |
| 24. June 9, 2000 letter to plaintiff from the Comptroller of the Currency | Relevance and Undue Prejudice | | | 4-14-04 |
| 25. July 31, 2000 letter to plaintiff from Fleet | Relevance and Undue Prejudice | | | 4-14-04 |
| 26. August 7, 2000 letter from plaintiff to the Comptroller of the Currency | Relevance and Undue Prejudice | | | 4-14-04 |

| Document Description | Defendant's Objection, if any | Offered? | Objected to? | Rec'd? |
|---|---|---|---|---|
| 27. August 28, 2000 letter to plaintiff from Fleet | Relevance and Undue Prejudice | | | Admitted 4-14-04 |
| 28. September 13, 2000 letter from plaintiff to Fleet | Relevance and Undue Prejudice | | | 4-14-04 |
| 29. January 30, 2001 letter to plaintiff from Comptroller of Currency | Relevance and Undue Prejudice | | | 4-14-04 |
| 30. March 7, 2001 letter from plaintiff to Comptroller of Currency | Relevance and Undue Prejudice | | | 4-14-04 |
| 31. March 7, 2001 letter from plaintiff to Comptroller of Currency | Relevance and Undue Prejudice | | | 4-14-04 |
| 32. August 9, 2001 letter from plaintiff to Comptroller of Currency | Relevance and Undue Prejudice | | | 4-14-04 |
| 33. September 20, 2001 letter to plaintiff from Comptroller of Currency | Relevance and Undue Prejudice | | | 4-14-04 |
| 34. FOIA Publication of Social Security Administration re: Social Security Number Allocations, @ http://www.ssa.gov/foia/stateweb.html. | Relevance | | | 4-15-04 |
| 35. Plaintiff's Experian credit report, dated 11/08/01 | | | | 4-14-04 |
| 36. Plaintiff's Trans Union Report, 03/09/00 | Authentication and Relevance | | | 4-14-04 |
| 37. Plaintiff's Trans Union Report, 12/08/92 | Authentication and Relevance | | | 4-14-04 |
| 38. Journal Excerpts of Lewis C. Brown (as produced in discovery) | Speculative, Relevance and Undue Prejudice | 4-14-04 | | |
| 39. 15 U.S.C. § 1681 (FCRA: Congressional Findings and Statement of Purpose) | | | | |
| 40. Complaint | | | | |

-iii-

| Document Description | Defendant's Objection, if any | Offered? | Objected to? | Rec'd? |
|---|---|---|---|---|
| 41. Answer | | | | Admitted |
| 42. 26(f) Report (Statement of Undisputed Facts) | | | | |
| 43. Experian's 6/21/02 Response to Plaintiff's Request for Admissions | | | | |
| 44. Experian's 9/16/02 Local 9(c)(1) Statement | | | | |
| 45. Plaintiff's 11/08/02 Local 9(c)(2) Statement | | | | |
| 46. August 14, 2000 letter from Plaintiff to Fleet | Relevance and Undue Prejudice | | | 4-14-04 |
| 47. Expert Report of David E. Browne | | | | 4-15-04 |

-iv-