AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

Brown v. Experian

**Defendants WITNESS LIST**

CASE NUMBER: 3:97CV1967(RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Zeldes | A. Chanda, W. McLoon |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | D. Warner | R. Kinofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4-15-04 | | | David Browne, Costa Mesa, California |
| | | 4-16-04 | | | David Browne, Costa Mesa, California |
| | 2 | " | | | Kimberly Hughes, Princeton, Texas |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages