BrowN
v.
ExpeRian

3:01CV1967 (RNC)

B. ███████████████

FILED
2004 APR 14
U.S. DISTRICT COURT

| Document Description | Plaintiff's Objection, if any | Offered? ID | Objected to? | Rec'd? Admitted |
|---|---|---|---|---|
| A. Disclosure Log EXP 0158-0159 | | | | |
| B. ACDV Response Activity Report EXP 0160 | | 4-16-04 | | |
| C. Administrative Report EXP 0161-0169 | | 4-15-04 | | 4-16-04 |
| D. 7X Report EXP 0170-0179 | | 4-16-04 | | |
| E. Dispute Resolution Log ("D/R Log") EXP 0180-0194 | | | | |
| F. Experian's Mixed Files Policy & Procedures EXP 0195-0199 | | | | |
| G. Chronology (demonstrative exhibit) | | | | |
| H. Consumer Credit Behavior (demonstrative exhibit) | | 4-14-04 | | |
| I. Multiple Social Security Numbers (demonstrative exhibit) | | 4-15-04 | | |
| J. Credit Reporting Historically (demonstrative exhibit) | | 4-15-04 | | |
| K. Credit Reporting Historically – II (demonstrative exhibit) | | 4-15-04 | | |
| L. Storing and Updating Credit Information (demonstrative exhibit) | | 4-15-04 | | |
| M. Assembling a Credit Report (demonstrative exhibit) | | | | |
| N. Average Waiting Times for Consumers' who called Experian from 10/1/1999 to 12/30/1999 | | | | |

Full exhibits ret'd to counsel 4-16-04

[signature]