AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

FILED
'04 APR 16 P 4:15
U.S. DISTRICT C[...]

DISTRICT OF _____

Brown
v.
Experian

EXHIBIT ~~_____~~ LIST

CASE NUMBER: 3:01CV1967 (RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | J. Zelotis | Chanda W. McLoon |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | R. Warner | L. Kumofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Court 1 | | 4-16-04 | | | Note from jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages