UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

```
                                  United States District Court
                                   District of Connecticut
                                   FILED AT HARTFORD
                                       4-16-04
                                   Kevin F. Rowe, Clerk
                                   By: /s/
                                       Deputy Clerk
```

LEWIS C. BROWN                     :
                                   :
        Plaintiff,                 :
                                   :
V.                                 :   CASE NO. 3:01CV1967(RNC)
                                   :
EXPERIAN INFORMATION SOLUTIONS,    :
INC.                               :
                                   :
        Defendants.                :

## VERDICT FORM

These questions are designed to guide you in deciding the issues in this case. In answering these questions, you should keep in mind the instructions of law which the Court has previously given you. You should clearly mark your answers to the questions below and proceed as instructed.

We, the jury, find:

1. Do you find that plaintiff, Lewis C. Brown, has proven by a preponderance of the evidence that Experian *negligently* violated the Fair Credit Reporting Act by failing to follow reasonable procedures to assure maximum possible accuracy of the information contained in plaintiff's consumer report?

            Yes   _____

            No    ___✓___


2. Do you find that plaintiff, Lewis C. Brown, has proven by a preponderance of the evidence that Experian *willfully* violated the requirements of the Fair Credit Reporting Act by willfully failing to follow reasonable procedures to assure maximum possible accuracy of the information contained in plaintiff's consumer report?

            Yes   _____

            No    ___✓___

3. Do you find that plaintiff, Lewis C. Brown, has proven by a preponderance of the evidence that Experian *negligently* violated the requirements of the Fair Credit Reporting Act by failing to furnish a consumer credit file to plaintiff in November or December 1999 upon request?

    Yes  ✓

    No  ____

4. Do you find that plaintiff, Lewis C. Brown, has proven by a preponderance of the evidence that Experian *willfully* violated the requirements of the Fair Credit Reporting Act by failing to furnish a consumer credit file to Plaintiff in November or December 1999 upon request?

    Yes  ____

    No  ✓

5. If you answered "Yes" to Question Nos. 1, 2, 3 or 4, do you find that plaintiff has proven by a preponderance of the evidence that plaintiff was injured?

    Yes  ✓

    No  ____

6. If you answered "Yes" to Question No. 5, do you find that plaintiff has proven by a preponderance of the evidence that Experian's failure to follow reasonable procedures was the proximate cause of plaintiff's injury?

    Yes  ✓

    No  ____

7. Do you find that plaintiff has proven by a preponderance of the evidence that Experian engaged in an unfair or deceptive trade practice pursuant to the Connecticut Unfair Trade Practices Act?

    Yes  ✓

    No  ____

8.  If your answer to question No. 7 is "Yes", do you find that plaintiff has proven by a preponderance of the evidence that he suffered an ascertainable loss?

    Yes  ✓

    No  ____

9.  If the answer to Question 8 is "Yes", do you find that plaintiff suffered loss and damage as a result of those unfair and deceptive trade practices?

    Yes  ✓

    No  ____

10.  If your answer to question 9 is "Yes", do you find that plaintiff has proven by a preponderance of the evidence that his ascertainable loss was caused by Experian's unfair or deceptive trade practices?

    Yes  ✓

    No  ____

11.  If the answer to Question Nos. 6 or 10 is "Yes", you may decide to award compensatory damages to the plaintiff. What is the amount of compensatory damages, if any, that you find plaintiff has proven he is entitled to receive by a preponderance of the evidence?

    $ 50,000

12.  If you answered "Yes" to question 7, do you find that the plaintiff has proven by a preponderance of the evidence that Experian's unfair or deceptive trade practices displayed a reckless indifference to the rights of others or an intentional and wanton violation of those rights?

    Yes  ____

    No  ✓

13.  If you answered "Yes" to Question Nos. 2 or 4 or 12, what amount, if any, do you award in punitive damages?

    $ _____

3

When you have answered these questions, please sign and date the Verdict Form and notify my court room deputy.

DATED this 16 day of April, 2004

                                                                *David E. Wilson*
                                                                  Foreperson