UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN, : | |
|     Plaintiff, : | |
|     v. : | CASE NO. 3:01CV1967(RNC) |
| EXPERIAN INFORMATION SOLUTIONS, : | |
|     Defendant. : | |

## JUDGMENT

This action came before the court for a trial by jury before the Honorable Robert N. Chatigny, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the plaintiff and against the defendant, and further, having awarded the plaintiff compensatory damages in the amount of $50,000, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff in the amount of $50,000.

Dated at Hartford, Connecticut, this 19th day of April 2004.

KEVIN F. ROWE, Clerk

By     /s/lik
    Linda I. Kunofsky
    Deputy Clerk

EOD _____