#148

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | Case No. 3:01CV1967 (RNC) |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS INC. ) | |
| ) | |
| Defendant ) | |
| ) | April 19, 2004 |

**MOTION TO REDACT, SEAL and WITHDRAW DOCUMENTS**

In accord with Local Rules Of Procedure 5(d)(3) and 83.6, the plaintiff moves to:

1) Redact (seal) each numeric reference to plaintiff's social security number in the trial transcript

2) Redact (seal) each numeric reference to plaintiff's date of birth in the trial transcript

3) Redact (seal) each numeric reference to plaintiff's post office box number in the trial

---

April 21, 2004.  Lewis C. Brown v. Experian Information Solutions Inc.
                 3:01CV1967 (RNC)

Re:  Motion to Redact, Seal and Withdraw Documents [doc. 148]

Granted in part.  Plaintiff's request for confidentiality with regard to his social security number is hereby granted.  Plaintiff's social security number will be redacted from page 11 of document 67.  In the event a trial transcript is created, plaintiff's social security number will be redacted. Plaintiff's request to seal the exhibits to document 67 is also granted. Plaintiff will provide the Clerk with an envelope for that purpose. Plaintiff's other requests are hereby denied.  So ordered.

_____
Robert N. Chatigny, U.S.D.J.