UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 29 P 12: 39
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| Lewis C. Brown | ) | 3:01cv1967(RNC) |
| Plaintiff, | ) | |
| v. | ) | |
| Experian Information Solutions, Inc. | ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW

Upon the annexed Affidavit, Experian Information Solutions moves for the withdrawal of the appearance of Arun Chandra, Esq. in this action.

Dated: April 28, 2004

EXPERIAN INFORMATION SOLUTIONS, INC.

By: _____
Arun Chandra – ct 25587
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

NYI-2130073v1                    1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown | ) <br> ) <br> )    3:01cv1967(RNC) <br> ) <br> ) |
|     Plaintiff, | ) |
| v. | ) <br> ) |
| Experian Information Solutions, Inc. | ) <br> ) |
|     Defendant. | ) <br> ) <br> ) |

## AFFIDAVIT OF ARUN CHANDRA

STATE OF NEW YORK   )
                                )
COUNTY OF NEW YORK  )

Arun Chandra, being duly sworn, states as follows:

1. I am an associate at the law firm of Jones Day, 222 East 41st Street, New York, New York 10017.

2. I am currently admitted *pro hac vice* to appear in the above-captioned action for defendant Experian Information Solutions, Inc.

3. I submit this affivavit in support of my withdrawal of my appearance in this action as I am resigning my position with Jones Day.

4. Daniel McLoon, a member of Jones Day, has been admitted *pro hac vice* in this matter. Further, Mr. McLoon will be assisted by Christopher A. Lisy, an associate at Jones Day.

5. I respectfully request that this Court grant the motion for withdrawal of my appearance in this action.

*[signature]*

Arun Chandra
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Sworn and subscribed to, before me,

on  April 28 , 2004.

*[signature]*
Notary Public
My Commission Expires: 11/21/06

Danielle Holland
Notary Public, State of New York
No. 01HO4944637
Qualified in Queens County
Commission Expires November 21, 2006.

NYI-2130073v1

3

## CERTIFICATE OF SERVICE

Arun Chandra certifies and declares under penalty of perjury that on April 28, 2004 he caused the foregoing Motion to Withdraw to be served by first class U.S. mail the following:

Zenas Zelotes Esq.
Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London CT 06320
(860) 442-2265

Attorneys for Plaintiff Lewis C. Brown

_____
Arun Chandra