IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEWIS C. BROWN )<br>)<br>    **Plaintiff** )<br>   vs. )<br>)<br>EXPERIAN INFORMATION SOLUTIONS INC. )<br>)<br>    **Defendant** )<br>) | Case No. 3:01CV1967 (RNC)<br><br><br>April 29, 2004 |

**MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**

The prevailing plaintiff, pursuant to the mandatory fee-shifting provisions of 15 U.S.C. § 1681o (FCRA), the sister provisions of C.G.S. 42-110g (CUTPA), and in accord with Fed. R. Civ. P. § 54, hereby asks that this court award him his reasonable attorney's fees and costs. Counsel shall recommend a lodestar amount of $134,167.50 (596.3 hours @ $225/ hr.) and costs of $1,737.00.

A supporting memorandum, counsel's affidavit and timesheets shall accompany.

Oral argument is requested.

Respectfully Submitted,

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC //* Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 439-0295

1

## *Zenas Zelotes* LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Jones, Day, Reavis & Pogue
Attn: Daniel J. McLoon
555 West 5th Street, Suite 4600
Los Angeles CA 90012-1025     4/29/04

## *Zenas Zelotes* LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Clerk of Court
450 Main Street
Hartford CT 06103            4/29/04

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail (or in-hand service) on the date(s) reflected.

4/29/2004

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 739-0295

---

## *Zenas Zelotes* LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Chambers (Chatigny J.)
450 Main Street
Hartford CT 06103            4/29/04