AO 133  (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of _____

Lewis C. Brown

v.

Experian Information Solutions Inc.

**BILL OF COSTS**

Case Number: 3:01 CV 1967 (RNC)

Judgment having been entered in the above entitled action on __4/16/04__ against __Experian__

The Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ 150.00 |
| Fees for service of summons and subpoena ........................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1127.40 |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses (itemize on reverse side) ...................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........ | |
| Docket fees under 28 U.S.C. 1923 ................................................ | |
| Costs as shown on Mandate of Court of Appeals .................................... | |
| Compensation of court-appointed experts .......................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) ...................................................... | |
| TOTAL | $ 1,277.40 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Jones Day, 555 W. 5th St. Ste. 4600, Los Angeles CA 90012-1025

Signature of Attorney: _[signature]_

Name of Attorney: __ZENAS ZELOTES, ESQ.__

For: __Lewis C. Brown__   Date: __4/30/04__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court                    Deputy Clerk

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

**GOLDING COURT REPORTERS**
Certified Shorthand Reporters
17215 Studebaker Road, Suite 215
Cerritos, California 90703-2523
(562) 204-0704 • FAX: (562) 865-2755

# INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 2021110 | 9/16/02 |

To insure receiving proper credit, please indicate our invoice number when remitting.

Zenas Zelotes, Esq.
**CONSUMER LAW OFFICES OF ZENAS ZELOTES**
753 Buddington Road
Groton, CT  06340-3297

Federal Tax ID: 33-0257078

Re:  LEWIS C. BROWN vs. EXPERIAN INFORMATION SOLUTIONS, INC., et al.
     Case No.:  3:01cv1967

Original and one certified copy of the deposition of David A. Browne, the witness, taken on Thursday, August 29, 2002

                                       Amount Due      $ 840.50
                   Less Deposit Paid (Check No. 232)   -500.00
                                                       --------
                                       Balance Due     $ 340.50

**TERMS: NET 30 DAYS**   A SERVICE CHARGE OF 1½% PER MONTH (18% PER ANNUM) WILL BE MADE ON THE OUTSTANDING BALANCE OF ALL PAST DUE ACCOUNTS. IN THE EVENT THAT COLLECTION PROCEEDINGS BECOME NECESSARY, THE ABOVE CUSTOMER AGREES TO PAY ALL REASONABLE ATTORNEY FEES AND COURT COSTS.

LYN RUBENSTEIN & ASSOCIATES
1518 WALNUT STREET, SUITE 1010
PHILADELPHIA, PA 19102
215-546-0006
800-825-DEPS

# Invoice

| Date | Invoice # |
|---|---|
| 9/4/2002 | 1579 |

**Bill To**

Zenas Zelotes, Esq.
Consumer Law Office
753 Buddington Road
Groton, CT 06340

| Description | Amount |
|---|---|
| Brown vs Experian Information Solutions, INC<br>In The United States District Court Eastern District of Pennsylvania<br>Case No. 3: 01cv1967 (RNC)<br><br>Deposition of Scott .M. Smaniotto<br>August 27, 2002 | 286.90 |
| Please make checks payable to : LYN RUBENSTEIN | |
| Thank You for your business. Have a nice day.  **Total** | $286.90 |