**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

_____
|                                                        )
**LEWIS C. BROWN**                          )
|                                                        )
|                              **Plaintiff**           )
|   **vs.**                                             )        **Case No. 3:01CV1967 (RNC)**
|                                                        )
**EXPERIAN INFORMATION SOLUTIONS INC.**   )
|                                                        )
|                              **Defendant**        )
_____  )        **April 30, 2004**

**<u>AFFIDAVIT OF ZENAS ZELOTES ESQ.</u>**

STATE OF CONNECTICUT               :
                                                       : ss.  New London
COUNTY OF NEW LONDON           :

I, Zenas Zelotes, Esq., being duly sworn, hereby state under oath that:

    1.  I am over eighteen years of age, and I believe in the obligations of an oath.

    2.  I am the founder and equity attorney of Zenas Zelotes LLC, a private law office that focuses its practice upon consumer litigation and bankruptcy.

    3.  I have had sole responsibility for this file from its inception.

    4.  It is my practice to make contemporaneous records of work performed on client matters, including the amount of time required and a description of the work.  These entries are then entered into my office's computer billing program.

5.   The billing statement attached to this affidavit is a true copy of the statement generated by my office's billing program and provides an accurate accounting of the work performed incurred in this case.

6.   I have reviewed all of the billing entries in this matter.  In some instances, I have taken some or all of the time associated with various tasks and reclassified them as "no charge" entries.  I have made these changes in the few instances where the work was of a clerical nature.

7.   A total of 596.3 hours have been expended in this case (exclusive of "no charge" hours).  I have designated 7.1 hours as "no-charge."

8.   The billing statement reflects that the total value of my work reasonably performed in this case is $134,167.50, which number is arrived at by applying the requested *lodestar* rate ($225/hr).

9.   I have calculated my expense to be $1,737.00.  This expense reflects my actual cost. This expense does not reflect in my billing records as it is not my standard office practice to record such expense as part of a contemporaneous record but, rather, to calculate such cost at the conclusion of a matter (based upon considerations of administrative efficiency).

10. My work history (experience) is as follows: I was a news correspondent in the United States Marine Corps from 1992-1997.  I enrolled at the University of Iowa College of Law in 1997, graduating (with distinction) in 2000.  I began developing my subject-matter expertise in consumer litigation in 1999 upon joining the National Association of Consumer Advocates.  I am admitted in Nevada (September 2000) and Connecticut (May 2001).  I clerked briefly for the Connecticut Superior Court (while awaiting admission) and opened my litigation practice in

August 2001.  While awaiting Connecticut admission, I concurrently engaged in an intense library study of general trial and consumer litigation methodology, which has since continued to present date.

11. I have litigated (or settled) dozens of consumer cases filed under the Connecticut Unfair Trade Practices Act, Fair Debt Collection Practices Act, Truth in Lending Act, and Fair Credit Reporting Act.  I regularly litigate in both state and federal courts.

12. Upon review of affidavit by fellow counsel, I have verified that the rates routinely charged by other equity attorneys in this district practicing consumer litigation: Bernard Kennedy, $325/hr; Michael Kennedy, $325/hr; Joanne Faulkner, $300/hr. Daniel Blinn, $300/hr.

13. Given my ability, training, tenacity and expertise in handling consumer claims, it is my opinion that the requested lodestar rate of $225 for my time is reasonable.  The rate arrived at strikes a middle balance between *general* prevailing market rates for associate and senior counsel (@ $175 and $275/ hr., respectively) and *well below* that routinely assessed within the field.

14. As equity counsel, I have full responsibility for the legal affairs, management, organization, marketing, financial obligations and expansion of my practice.  As equity counsel, I am daily reminded that the practice of law is the practice of business.  My day-to-day responsibilities are both extensive and comprehensive.  The success (or failure) of my person is inexorably tied to the occasions of my practice.

15. It is my considered opinion that an attorney's fee of $135,904.50 (inclusive of expense) is reasonable and fair, to the date of this affidavit, for the work performed … and the excellent results obtained.



Zenas Zelotes, Esq.

Subscribed and sworn to before me

On this 30th day of April 2004.

Albert Speziali, Esq. Ct. / Bar No. 302456
Commissioner of the Connecticut Superior Court

4

# TIMESHEETS

| Case Number | When | Time | Note |
|---|---|---|---|
| 1236 | 04/29/04 | 11:40a | 180 minutes: Major overhaul of fee petition memo; tighten & redact majority for possible use as reply memo (tactical consideration) |
| | 04/29/04 | 9:37a | 5 minutes: Fee Petition, Affidavit & Memo |
| | 04/28/04 | 9:53a | 412 minutes: Fee Petition, Affidavit & Memo |
| | 04/27/04 | 10:22p | 420 minutes: Fee Petition, Affidavit & Memo |
| | 04/26/04 | 3:06p | 40 Minutes: reviewing litigation correspondince between parties' cousenl |
| | 04/23/04 | 10:14p | 240 minutes: Fee Petition, Affidavit & Memo |
| | 04/23/04 | 7:38p | 140 minutes: researhing lodestar caselaw; ditto law of contingency multipliers; drafting and outlining fee petition |
| | 04/22/04 | 4:00p | 71 minutes: Fee Petition, Affidavit & Memo |
| | 04/16/04 | 8:14a | 720 minutes: travel to and from Courthouse; attendence at trial; post-trial meeting with McLoon at Robinson & Cole; post-trial meeting with clients |
| | 04/15/04 | 8:21p | 660 minutes: travel to and from courthouse / participation at trial / trial preparation for next day's trial |
| | 04/14/04 | 6:34p | 660 minutes: travel to and from and attendance at trial; early a.m. preparations; preparation for next-day's trial |
| | 04/13/04 | 8:34p | 600 minutes: travel to and from jury selection; jury selection; confer with client to review exhibits and testimony; teleconference with McLoon; last-minute trial preparation |
| | 04/12/04 | 9:59p | 40 minutes: Organizing for departure |
| | 04/12/04 | 9:19p | 24 minutes: Dry Read of Hughes |
| | 04/12/04 | 9:02p | 11 minutes: rehearse and time Smaniotto |
| | 04/12/04 | 8:50p | 129 Minutes: General Trial Prep |
| | 04/12/04 | 6:17p | 60 minutes: Preparing trial materials |
| | 04/12/04 | 5:00p | 20 minutes: draft some of the proposed questionairre changes in accord with instructions from chambers; discuss with Dan; teleconference with chambers |
| | 04/12/04 | 3:38p | 13 minutes: Conference with Chambers |
| | 04/12/04 | 3:24p | 13 minutes: Preparing Trial script |
| | 04/12/04 | 3:11p | 37 minutes: Teleconference with Parties, and then jointly with both Chambers |
| | 04/12/04 | 1:58p | 20 minutes: Draft Closing Outline for possible trial referrence |
| | 04/12/04 | 1:31p | 90 minutes: Annotating journal notes; inform Arun of exhibit errors and send Arun corrected exhibits in pdf format |
| | 04/12/04 | 10:00a | 120 minutes: practice and brainstorm opening and closing arguments while en-route to hartford to hand-file amended complaint and proposed jury instruction |
| | 04/11/04 | 11:19p | 390 minutes: Trial prep & supplemental jury instruction (principal focus: impeachment of Browne; reviewing and cross-checking defendant's computer codes) |
| | 04/10/04 | 10:00p | 300 Minutes: preparing impeachment materials & plan / working on elements of closing argument / trial notebooks |
| | 04/09/04 | 8:36p | 180 minutes: developing & practicing opening argument; planning |
| | 04/09/04 | 5:30p | 30 minutes: Call to Lewis to discuss new questions |

04/29/04          Zenas Zelotes LLC                   Page 2
12:23p   Case 3:01-cv-01967-RNC   Document 162   Filed 04/30/2004   Page 7 of 21
                          Matter Notes

| Case Number | When | Time | Note |
|---|---|---|---|
| (continued) | | | |
| | | | following a review of evidence (Lewis' journal notes & two-year correspondence); discuss exhibits |
| | 04/09/04 | 5:00p | 60 Minutes: Design, layout and plan demonstrative exhibits at print shop |
| | 04/09/04 | 2:55p | 45 minutes: Identifying Demonstrative Evidence for Enlargements; Call Arun to Inform of Selections |
| | 04/09/04 | 12:31p | 8 Minutes: Call from and to Aurn |
| | 04/09/04 | 10:00a | 60 minutes: Outlining opening argument |
| | 04/08/04 | 11:00p | 90 minutes: review Lewis' journal notes and correspodence |
| | 04/08/04 | 4:09p | 10 minutes: Teleconference with Dan and then Court |
| | 04/08/04 | 12:21p | 68 Minutes: Conference with Aurn about stipulated Fleet testimony excerpts, demonstrative exhibits and trial notebooks; joint teleconference with court personel from both chambers re proposed jury selection before Judge Martinez (Martinez & Chatigny) |
| | 04/08/04 | 7:45a | 3 minutes: Call from chambers; Relay e-mail message to Experain |
| | 04/07/04 | 8:43p | 30 minutes; Memorialize Stipulations; send to Arun for confirmation; Copy Lewis with all recent Memoranda |
| | 04/07/04 | 6:17p | 15 minutes: Call to Lewis |
| | 04/07/04 | 5:55p | 4 minutes: Call from Arun |
| | 04/07/04 | 3:46p | 20 minutes: Letter to Dan and Arun about conference and using exhibit duplicates at trial |
| | 04/07/04 | 3:24p | 10 minutes: Legal research |
| | 04/07/04 | 3:14p | 4 minutes: Call to Chambers re: inform of stipulated agreements |
| | 04/07/04 | 3:08p | 54 minutes: Depo designations agreed upon: Hughes and Browne |
| | 04/07/04 | 2:14p | 12 minutes: Call to Arun |
| | 04/06/04 | 9:53p | 115 minutes: Review Fleet Deposition, identify & Extract Deposition Excerpts; Wrapping up Chatigny correspondence and Fleet 4/6/4 motion; final review & edits |
| | 04/06/04 | 6:34p | 75 minutes: Composing letter to Judge Chatigny |
| | 04/06/04 | 4:53p | 13 minutes: Discuss subpoena with Fleet |
| | 04/06/04 | 3:32p | 200 minutes: Assembling and drafting 4/6/4 motions & exhibits |
| | 04/06/04 | 12:04a | 30 minutes: Motion & memo to determine efficacy of subpoenas |
| | 04/05/04 | 11:30p | 180 minutes: Drafting Motion and memo in support of introducing designated Hughes and Browne deposition excepts into evidence |
| | 04/05/04 | 3:20p | 58 Minutes: letters to Dan and Arun about Subpoena power; respond to letter from Dan objecting to testimony excerpts |
| | 04/05/04 | 2:20p | 6 minutes: Calls to Fleet trying to attempt to discern position on subpoena |
| | 04/05/04 | 2:15p | 40 minutes: Draft & fax correspondence to Dan & Aurn about delay in Objecting to or concurring in deposition excerpts |
| | 04/05/04 | 1:36p | 42 minutes: Call to Arun about Jury Questionairre and Experian Subpoena |
| | 04/05/04 | 1:35a | 185 minutes: Working on discovery objections reply memo |

| Case Number | When | Time | Note |
|---|---|---|---|
| (continued) | | | |
| | 04/04/04 | 9:52p | 140 minutes: Working on Juror Questionairre; Discuss Questions with Lewis; Research scholarship on Jury Questioning |
| | 04/04/04 | 7:16p | 87 minutes: researching juror and county demographics (principally U.S. census data for county subdivsions) |
| | 04/04/04 | 4:24p | 80 minutes: Jury Profiling; Jury Research |
| | 04/04/04 | 3:04p | 135 minutes: Discussing case strategy, concerns and developments with Lewis |
| | 04/03/04 | 3:20p | 110 minutes: Refining transcript selections and drafting proposed stipulations (both on McLoon's reccomendation); send revisions to McLoon and Chandra via e-mail |
| | 04/02/04 | 5:44p | 11 minutes: Call to Arun |
| | 04/02/04 | 5:33p | 11 minutes: Trial prep |
| | 04/02/04 | 5:22p | 42 minutes: reviewing Fleet (Smaniotto) deposition in advance of trial and endeavoring to identify candidate excerpts for use in direct |
| | 04/02/04 | 4:33p | 55 minutes: Endeavoring to revise proposed deposition transcript edits in accord with preliminary reccomendations from McLoon |
| | 04/02/04 | 3:37p | 10 minutes: Correspondence to Dan re: Depo Edits |
| | 04/02/04 | 3:27p | 30 minutes; Trial Prep |
| | 04/02/04 | 2:57p | 12 minutes: ** NO CHARGE ** Securing hard copy of Hughes deposition transcript |
| | 04/02/04 | 2:43p | 22 minutes: Call to Arun about questionairre |
| | 04/02/04 | 2:43p | 12 Minutes: Fiddling with Arun's proposed questionairre |
| | 04/02/04 | 1:33p | 270 Minutes: Finish review of Hughes and Browne Depositions for inclusion as direct evidence; draft summary letter to Jones Day & send electronic documents to McLoon & Chandra |
| | 04/01/04 | 7:29p | 330 minutes: Reviewing evidence & preparing revised & updated proof charts |
| | 04/01/04 | 11:40a | 30 minutes: Call to Lisa Balent (Fleet in-house counsel) about Fleet subpoena & compelling attendance at trial |
| | 04/01/04 | 11:09a | 90 minutes: Reviewing Browne Depo in advance of trial and working to identify candidate excerpts for use at trial on direct |
| | 04/01/04 | 9:23a | 30 minutes: Addressing issues relating to subpoenas to Fleet & Experian; calls to Fleet; Correspodence to Arun |
| | 03/31/04 | 9:23p | 120 minutes: General trial planning |
| | 03/31/04 | 3:32p | 110 minutes: Researching subpoena, parent-subsidiary jurisdiction, and compelling defendant's tesimony |
| | 03/31/04 | 3:32p | 5 minutes: Review Experian Objections to Evidence (Reply memo) |
| | 03/31/04 | 10:41a | 120 minutes: Continued review of Experian (Hughes) deposition for transcript identifications |
| | 03/30/04 | 5:12p | 150 minutes: reviewing Experian deposition testimony (Hughes) in advance of trial and identifying initial proposed testimony excerpts for use at trial on direct |
| | 03/30/04 | 3:44p | 2 minutes: Call from Arun |
| | 03/30/04 | 3:37p | 12 minutes: Call to Arun about opening argument & |

| Case Number | When | Time | Note |
|---|---|---|---|
| (continued) | | | |
| | | | introducing deposition testimony direct into evidence & adding corresponding evidence to evidence list |
| | 03/30/04 | 3:19p | 28 minutes: Conference with Joanne Faulker re: trial strategy |
| | 03/30/04 | 10:16a | 10 minutes: Communicate to Experian Willingness to Discuss Possible "High-Low" Trial Settlement (Experian rejected) |
| | 03/29/04 | 6:44p | 10 minutes: e-mail correspondence to, from, and to McLoon |
| | 03/29/04 | 6:15p | 31 minutes: Call from Lisa Balent (in-house counsel to Fleet Credit Card Services LP) about subpoena power and trial issues |
| | 03/29/04 | 5:33p | 3 minutes: Return Call from Lisa Balent (Fleet) @ 215 444-6852 |
| | 03/29/04 | 5:30p | 20 minutes: Confer with Blinn re: trial strategy |
| | 03/29/04 | 4:13p | 6 minutes: Call-Back from Arun about Jury Questionairre |
| | 03/29/04 | 3:58p | 35 minutes: Call from Arun about jury Questionairre and Trial Testimony Issues |
| | 03/27/04 | 11:00a | 15 minutes: Subpoena Fleet; correspondence to Fleet's counsel; calls to bank |
| | 03/27/04 | 10:20a | 30 Minutes: Investigating and researching possible defenses to defendant's contemplated switching of 30b6 witnesses (Helms for Hughes) |
| | 03/27/04 | 9:49a | 210 Minutes: Travel to and Participation at Woehrle Depo; brief meeting with Mary prior to deposition |
| | 03/25/04 | 2:15p | 8 minutes: Call from Lewis about Deposition |
| | 03/25/04 | 10:31a | 5 minutes: Correspondence to Arun about Call from Smaniotto's counsel |
| | 03/25/04 | 10:31a | 3 minutes: Call from Fleet's Counsel |
| | 03/24/04 | 3:48p | 9 minutes: Call from Aurn |
| | 03/24/04 | 2:55p | 20 minutes: Call from Arun about Smaniotto |
| | 03/24/04 | 11:38a | 5 Minutes: e-mails w/Arun re: compelling Fleet's trial attendance |
| | 03/24/04 | 10:28a | 6 minutes: Call Smaniotto's Attorney's, Leave Message / Field Retrun Call |
| | 03/21/04 | 1:55p | 120 Minutes: Deposition Preparation with Mary at Office |
| | 03/18/04 | 5:17p | 27 minutes: Call to lewis about upcoming deposition; discuss case |
| | 03/17/04 | 5:26p | 5 minutes: Correspond with Arun re depo / review depo notice |
| | 03/12/04 | 1:49p | 70 minutes: Researching case law on quashing deposition notices for use in memo; revise memo; cover letter to judge |
| | 03/12/04 | 10:05a | 6 minutes: Reply to Arun Depo Correspondence |
| | 03/09/04 | 3:43p | 5 minutes: Call from Arun; return call |
| | 03/09/04 | 12:01p | 3 minutes: Review opposition motion to motion to quash |
| | 03/04/04 | 7:09p | 10 minutes: working on discovery objections memo |
| | 03/04/04 | 6:22p | 40 minutes: draft protective order & motion |
| | 03/04/04 | 6:03p | 60 minutes: convert notes & submit objections to discovery objections |
| | 03/04/04 | 1:11p | 255 minutes: Meet with witnesses; review testimony; review documents with witnesses; answer witness questions; prepare for witness conference |

Matter Notes

| Case Number | When | Time | Note |
|---|---|---|---|
| (continued) | | | |
| | 03/03/04 | 12:16p | 5 minutes: e-mail to Arun confirming position |
| | 03/03/04 | 11:39a | 12 minutes: Call from Mary; Mary will return to CT for trial; to Arun about Mary's Travel to CT and trial availability; debate if deposition goes forward |
| | 03/03/04 | 9:56a | 17 minutes: Call to Mary about scheduling depo date; talk to Lewis (at Mary's); e-mail to Arun confirming date |
| | 03/01/04 | 11:25a | 5 minutes: Reply to Arun E-mail re: Objections to proposed jury instructions |
| | 03/01/04 | 10:44a | 18 minutes: Drafting detailed e-mail response reciting my objections to the defendant's proposed questionairre |
| | 02/29/04 | 5:26p | 6 minutes: review questions on reverse of Experian's proposed questionairre; e-mail to Arun about questions on reverse side of proposed juror questionairre |
| | 02/26/04 | 3:54p | 5 minutes: Correspondence w/ Arun |
| | 02/10/04 | 2:33p | 14 minutes: Call to Lewis about Depo arrangements |
| | 02/05/04 | 4:45p | 3 minutes: Call from Arun |
| | 02/05/04 | 4:10p | 6 minutes: Call to Arun about Woerhle depo |
| | 02/05/04 | 3:57p | 33 minutes: Brief Lewis on results of meeting, where we go from here, talk to Mary Woerhle about upcoming deposition |
| | 02/05/04 | 2:34p | 39 minutes: Pretrial Conference with Court |
| | 02/05/04 | 1:55p | 309 minutes: Preparing for pretrial conference / research, plan and rebut defendant's objections to evidence |
| | 02/04/04 | 6:08p | 12 minutes: Call to Mary Winchell about Conitnuance issues |
| | 02/04/04 | 5:50p | 2 minutes: Review Jones Day correspondence |
| | 02/03/04 | 5:55p | 3 hours: Opposition to Continuance |
| | 02/03/04 | 2:57p | 22 minutes: Draft memorialization of Mcloon teleconference |
| | 02/03/04 | 2:57p | 5 minutes: Call to Arun about memorializing McLoon teleconference |
| | 02/03/04 | 2:08p | 55 minutes: teleconference w/ McLoon |
| | 02/03/04 | 12:21p | 4 minutes: Call to Meaney's Office; Talk w/ staff |
| | 02/03/04 | 10:44a | 20 minutes: correspondence to McLoon & Chandra |
| | 02/02/04 | 7:48p | 15 minutes: Call to Szwak about Continance matters |
| | 02/02/04 | 12:37p | 17 minutes: Telephone Szwak's Office about Pace, Ben. & Morley Cases (Impeachment) |
| | 01/27/04 | 2:32p | 3 minutes: Call to McLoon |
| | 01/27/04 | 2:32p | 15 minutes: Outline plan on 16c |
| | 01/27/04 | 10:44a | 5 Minutes: Call from Staci Broad (Fleet) re Smaniotto Testimony at trial |
| | 01/26/04 | 7:29p | 400 minutes: General trial preperation; planning |
| | 01/22/04 | 1:00p | 25 minutes: Discuss trial schedule with Mary and Lewis & Mary's Role at Trial |
| | 01/22/04 | 10:30a | 5 minutes: Call to court about jury selection |
| | 01/19/04 | 9:46a | 5 minutes: Notice depo |
| | 01/08/04 | 1:00p | 5 minutes: Call to Chambers |
| | 01/04/04 | 10:23p | 360 M. Objections to motions in limine; Objection to continuance; confer w/ client and Jones Day |

04/29/04                    Zenas Zelotes, Esq.                        Page 1
1:06p

                              Matter Notes
                   Customized Billing from Master List


Case Number When      Time    Note
─────────────────────────────────────────────────────────────────────────

CLIENT BILL 12/29/03 11:39a 20 minutes: Calls back and forth to Client; Jones
                            Day; Chambers; Clerk's Office; re: JTMR &
                            Scheduling trial dates and Pre-Trial Conference
            12/29/03  9:38a 2 minutes: Call from George
            12/22/03  2:30a 480 Minutes:revising defendnat's draft jury
                            instructions; verdict form & JTMR work on motion to
                            amend
            12/20/03 12:52p 53 minutes: First review of Experian's Proposed
                            JTMR, Jury Instructions and Voir Dire; e-mail to
                            George & Lewis
            12/17/03  7:09a 2 minutes: e-mail to and from George
            12/15/03  1:10p 3 minutes: e-mail to George
            11/30/03  2:09p 5 Minutes: Admin
            11/21/03  3:59p 330 Minutes: Travel to and attendance at settlement
                            conference w/ Martinez J.
            11/21/03 11:17a 4 minutes: Correspondence to George
            11/21/03 10:10a 8 minutes: Correspondence to George
            11/19/03 12:56p 5 minutes: Call from chamber; waiting on hold
            11/13/03  2:19p 42 minutes: oral argument before judge Martinez
                            (teleconference)
            11/10/03 11:41a 10 minutes: Correspondence to and from George /
                            Call attempted to chambers
            11/10/03 11:22a 70 minutes: Settlement Conference Call from
                            Chambers w/George; Several follow-up Calls to
                            George about possible dates and settlement; Call to
                            Lewis about possible dates, explain settlement
                            conference and demand; explore figures on a the
                            compelled offer; talk about the case w/client and
                            legal devlopments affecting case value (Thomas &
                            State Farm); discuss yesterday's oral argument &
                            developments
            11/06/03  1:52p 30 minutes: Various correspondence to and from
                            George over last two days re: settlement efforts
            11/05/03 12:39p 4 minutes: Call from George
            11/05/03  9:10a 2 minutes: Call attempt to George
            11/03/03  8:11p 30 minutes: Communicating offer to Lewis;
                            Discussing case; drafting written response to offer
            11/03/03  7:42p 15 minutes: E-mail & telephone correspondence w/
                            George over last few days & correspondence w/ Lewis
            10/17/03 12:42a 600 minutes: Working on JTMR (over the course of
                            recent days)
            08/22/03 10:51a 2 minutes: fax to George
            08/19/03  5:41p 15 minutes: Review SJ decision; call Lewis
            06/30/03 11:11p 25 minutes: motion to preserve deposition testimony
            06/16/03  7:34p 11 minutes: Call to George; work on motion to
                            preserve depo testimony of Mary Woehle
            05/30/03  1:51p 250 minutes: Oral Argument on Summary J at
                            Hartford; travel to and fro; biref client
            05/29/03  1:51p 180 minutes: preparing for oral argument on summary
                            J
            05/27/03 11:47a 34 minutes: Reviewing opposition memorandum
            05/01/03  1:40p 5 minutes: Motion to reschedule
            04/16/03 11:55a 13 minutes: Call to George; Call to Lewis; draft
                            letter to judge Martinex to reschedule summary J;
                            check my own schedule for possible date conflicts

Matter Notes
Customized Billing from Master List

```
Case Number When      Time   Note
─────────── ────      ────   ────

(continued)
           04/15/03   2:05p 4 minutes: Letter to George about oral argument
                            date change proposal
           04/10/03   9:56a 2 minutes: correspondence to and from Brown
           04/07/03   4:45p 2 minutes: e-mail to Lewis; file notice from court
           11/22/02   4:50p 19 minutes: review reply memo
           11/22/02  11:19a 2 minutes: Call from chambers
           11/18/02   2:45p 15 minutes: ** NO CHARGE **  Trip to post office to
                            mail copy of summary J. materials to Lewis
           11/12/02   1:34a 39 minutes: Settlement demand letter
           11/10/02   5:15p 7 minutes: e-mail to George
           11/10/02   5:15p 15 minutes: Filing & Brown copy prep
           11/08/02   8:03p 15 minutes: post-filing correspondence to George
                            and Lewis
           11/08/02   7:25p 170 minutes: ** NO CHARGE ** Secure binders, bind
                            memos, trip to courthouse to hand deliver to clerk
           11/08/02   2:15p 285 minutes: Finishing memo: ready for delivery
           11/07/02   5:59p 245 minuets: working on memo
           11/07/02   1:33p 173 minutes: working on memorandum
           11/07/02   2:12a 300 minutes: working on affidavit and 9c2
           11/06/02  11:14p 365 minutes: Assembling evidence and working on
                            memo
           11/06/02   5:05p 150 Minutes: working on memo
           11/06/02   2:05a 300 minutes: working on memo
           11/06/02   1:51a 160 minutes: Working on memo
           11/05/02   8:52p 228 minutes: Working on statement of facts
           11/05/02  12:56p 4 minutes: Call to M. woehrle
           11/05/02  12:56p 15 minutes: research at law library
           11/04/02  10:02p 269 minutes: working on memo
           11/04/02   4:49p 300 minutes: Working on memo
           11/04/02  12:25a 155 minutes: working on memo
           11/03/02   4:00p 215 minutes: assembling documents
           11/03/02   8:06a 120 minutes: working on memo
           10/29/02   3:37p 112 minutes: Working on exhibit complilations
           10/26/02  12:01p 90 minutes: working on memo
           10/25/02   4:58p 4 minutes: call to Rubenstein about billing dispute
           10/25/02   3:23p 65 minutes: Call to Lewis
           10/25/02   2:02p 165 minutes: legal research on damages
           10/25/02  12:53a 180 Minutes: Researching caselaw
           10/24/02   7:35p 52 minutes: research
           10/24/02   3:41p 20 minutes: Research
           10/24/02   9:49a 7 minutes: Letter to Lewis
           10/23/02   5:37p 300 minutes: Reading and annotating every case
                            cited in the defendant's memorandum and other cases
                            as cited in the plaintiff's memorandum (and other
                            cases cited to therein)
           10/22/02   7:21p 383 minutes: drafting opposition memo
           10/22/02   1:44p 178 minutes: working on memo
           10/21/02   1:25p 571 minutes: working on memo
           10/19/02   3:51p 147 minutes: working on opposition to summary J.
                            motion
           10/18/02   5:46p 100 minutes: working on opposition memo
           10/18/02   3:43p 221 minutes: working on opposition memo
           10/16/02   9:34p 140 Minutes: Reviewing and Annotating Browne
                            Deposition in preparation for trial and resisting
```

04/29/04                          Zenas Zelotes, Esq.                          Page 3
1:06p

Matter Notes
Customized Billing from Master List

Case Number  When      Time    Note

(continued)
                              summary J.
            10/16/02   6:50p  244 minutes: Working on opposition motion
            10/16/02   2:39p  16 minutes: Reviewing Lewis' notes on Experian's
                              motion for Summary J.
            10/16/02   2:23p  45 minutes: Reviewing and marking Smaniatto
                              deposition for trial and summary J.
            10/16/02   1:35p  252 minutes: Reviewing and annotating Experian
                              (Hughes) deposition testimony in preparation for
                              trial and summary judgment motion
            10/16/02   1:46a  180 minutes: working on opposition memo
            10/07/02   3:37p  5 minutes: Motion to extend
            10/05/02   4:34p  183 minutes: Working on motion in opposition
            10/04/02   4:25p  220 minutes: resisting summary J
            10/04/02  11:12a  60 Minutes: Resisting summary J
            10/02/02  12:51p  15 minutes: letters to Faulkner
            10/02/02  12:36p  70 minutes: Reviewing Lewis' 9b commentary;
                              incorporating the same and modifying the same
            10/01/02   4:50p  5 minutes: Admin
            09/25/02   2:36p  128 minutes: Working on 91b
            09/25/02   9:36a  10 minutes: researching law
            09/21/02   4:07p  75 minuets: working on 9b
            09/18/02  11:03p  5 minutes: Letter to Lewis
            09/10/02  11:18a  25 minutes: Letter to J. Martinez informing of
                              tactical decision to decline affirmative efforts to
                              secure a SJ for plaintiff (will resist defendant's
                              motion, preferring a verdict -- near impossible
                              burden on appeal in contraposition to burden in
                              resisting a successful summary J.)
            09/10/02  10:53a  10 minutes: call to stenographer; complete and send
                              Errata sheets
            09/09/02   1:58p  2 minutes: ** NO CHARGE ** Payment to Rubenstein
                              (Fleet Stenographer)
            08/31/02  11:28a  5 minutes: Thank you letters to Francis & Mailman
                              for use of Philadelphia conference room during
                              Fleet deposition
            08/29/02  10:17p  15 minutes: Reviewing and reforming Brown
                              affidavit; send to Lewis
            08/29/02   6:36p  70 minutes: Post-depo briefing
            08/29/02   5:24p  250 Minutes: Deposition of David Browne
            08/29/02   1:03p  180 minutes: preparing for David Browne deposition
            08/29/02  11:16a  10 minutes: Call from client
            08/28/02   4:04p  10 minutes: Post-depo admin
            08/28/02   3:29p  2 minutes: Call from George
            08/28/02   2:08p  35 minutes: conversation w/ client
            08/28/02   1:32p  480 minutes: travel to and from Fleet deposition
            08/28/02   1:32p  140 minutes: Fleet Deposition
            08/22/02   9:23a  3 minutes: Fax confirmation of depo to mailman
            08/21/02   4:20p  18 minutes: Call from Lewis
            08/21/02   3:19p  1 minute: calls to george and lewis
            08/21/02  10:50a  12 minutes: Hunting down missing brown depo
            08/21/02   9:48a  75 minutes: Arranging Fleet depo
            08/20/02  10:03p  3 minutes: Letter to Jim and Mark about depo room
            08/19/02   3:02p  3 minutes: call to Court reporter about missing
                              transcript

Zenas Zelotes, Esq.

Matter Notes
Customized Billing from Master List

.

| Case Number | When | Time | Note |
|---|---|---|---|

(continued)

| | When | Time | Note |
|---|---|---|---|
| | 08/19/02 | 1:35p | 4 minutes: Call to fleet's counsel |
| | 08/14/02 | 12:19p | 10 minutes: Call from Fleet's Lawyer |
| | 08/14/02 | 10:56a | 5 minutes: Inquiries at Fleet about deposition arrangements |
| | 08/09/02 | 6:31p | 450 minutes: Experian deposition (Hughes) with post-and mid-deposition briefings to client |
| | 08/08/02 | 9:30a | 420 minutes: Deposition Preparation |
| | 08/06/02 | 4:26p | 29 minutes: Conference w/ Judge; Follow-up w/ George |
| | 08/05/02 | 12:48p | 4 minutes: Call from and to Chambers and George to set up conference |
| | 08/05/02 | 11:03a | 3 minutes: Call to Gabe Gallagher about Fleet Depo |
| | 08/01/02 | 12:32p | 40 minutes: Drafting a new fleet depo, call to Fleet to arrange depo; fax materials to Fleet |
| | 07/30/02 | 12:26p | 110 minutes: Dealing w/ Disocvery disputes and letter to Judge Martinez |
| | 07/29/02 | 11:52a | 420 minutes: Preparing for Experian deposition |
| | 07/28/02 | 3:47p | 150 minutes: Reviewing scholarship on deposition strategy in advance of Experian deposition preparation |
| | 07/24/02 | 1:53p | 4 Minutes: Call to George about discovery |
| | 07/23/02 | 10:18p | 15 minutes: Letter to George |
| | 07/18/02 | 1:34p | 10 minutes: Assemble letter to George; contemplate time zones; assemble requested information; print; mail |
| | 07/18/02 | 11:42a | 45 minutes: Contemplate and Creft Expreian 30b6 Subpoena |
| | 07/12/02 | 1:55p | 25 minutes: Draft letter to Brown at 286 South Street, Send restricted certified |
| | 07/12/02 | 1:07p | 6 minutes: Admin |
| | 07/09/02 | 3:40p | 25 minutes: renewed attempts to hunt down mystery Lewis and Anna Brown |
| | 07/08/02 | 3:40p | 22 minutes: arranging Fleet depo w/ Gallagher |
| | 07/08/02 | 2:54p | 5 minutes: Pre-Greece correspondence w/ George |
| | 07/08/02 | 10:08a | 11 minutes: Pre-Greece letter to George |
| | 07/03/02 | 1:07p | 15 minutes: Preparing & e-mailing proposed JSR 2; call to george |
| | 07/02/02 | 1:56p | 360 minutes: Deposition of Lewis Brown in Rocky Hill w/ Travel to and from |
| | 07/01/02 | 1:55p | 240 minutes: Meet w/ Lewis in Rocky Hill one day in advance of deposition to prepare client and review evidence; w/travel to and from |
| | 06/30/02 | 12:16p | 10 minutes: Call to client re tommorrow's meeting place |
| | 06/27/02 | 10:00a | 10 minutes: E-Mail to George |
| | 06/25/02 | 9:54p | 14 minutes: Reviewing discovery |
| | 06/25/02 | 12:43p | 2 minutes: Voicemail to George |
| | 06/25/02 | 12:41p | 8 minutes: Conference about depo dates w/ client |
| | 06/24/02 | 4:28p | 12 minutes: Letter to George |
| | 06/22/02 | 11:29a | 6 minutes: Letters to George and Lewis |
| | 06/21/02 | 5:48p | 9 minutes: Call to Lewis Brown |
| | 06/21/02 | 5:16p | 2 minutes: message to George about Fleet dates |
| | 06/21/02 | 5:05p | 10 minutes: Call to Fleet: Gabe Gallagher |
| | 06/20/02 | 5:18p | 30 minutes: Call from George: arguing Experian's |

Zenas Zelotes, Esq.

Matter Notes
Customized Billing from Master List

| Case Number | When | Time | Note |
|---|---|---|---|

(continued)

compliance (or noncompliance) with plaintiff's requests for admissions

06/20/02 11:49a 50 minutes: Settlement conference w/ Judge Martinez; post-negotiations w/ George

06/19/02  2:23p 2 minutes: Call to George about Confid.

06/17/02  2:32p 19 minutes: Call to Brown to discuss upcoming deposition

06/17/02  2:12p 16 minutes: Conferencing with george about deposition arrangments

06/12/02 12:37p 2 minutes: Call to George's office (detailed message left)

06/10/02 11:06a 108 mintues: discussing case strategy & planning w/Lewis

06/06/02  8:50p 15 minutes: Letter to George warning about effect of vague expert report

06/06/02  8:07p 2 minutes: Call to George's office; detailed message re corporate depo dates

06/03/02  1:49p 2 minutes: Rescheduling / Call from Chambers about conf. & oral argument

05/30/02  1:30p 4 minutes: Detailed mesasge to george; reviewing and pondering court order

05/30/02 12:26p 10 minutes: Writing letter to Lewis; responding to Questions

05/28/02  3:00p 183 minuets: Drafting reply memo; call to chambers

05/24/02 12:38p 10 minutes: e-mail letter to george

05/24/02 11:19a 26 Minutes: Call from George; long debate

05/20/02  1:51p 28 minutes: call from George about motions

05/14/02 12:02p 15 minutes: partial review of expert's report; re-transmitt motion for order via fax; call to George

05/08/02  7:47p 128 minutes: working on motion to order

05/08/02  4:13p 92 minutes: working on motion

05/06/02  1:35p 5 minutes: Call to george re depo & discovery

05/06/02 12:11p 67 minutes: working on motion to order

05/06/02  9:23a 1 minute: Call to George

05/05/02  1:12p 18 minutes: Letter to Faulkner requesting McMillan affidavit

05/05/02 12:54p 17 minutes: letter to George

05/03/02 12:39p 5 minutes: Call to Jones / Day re: deposition re-scheduling

05/03/02 12:33p 32 minutes: Call to Client about deposition upcoming and updates on recent court action

05/01/02  6:26p 3 minutes: Call to George

04/29/02  8:24p 38 Minutes: Drafting appeal of magistrate's decision

04/29/02  6:54p 180 minutes: drafting appeal of magistrate's decision (re: denial of access to credit and locational information about the "other" mismerged Browns)

04/29/02  6:41p 15 minutes: letter to George; revise proposed confidentiality order

04/22/02  6:17p 186 minutes: Crafting & drafting requests for admissions

04/22/02 12:15p 40 minutes: Drafting letter & service to Martinez

                                  Matter Notes
                      Customized Billing from Master List


Case Number When      Time    Note

             04/22/02 11:24a 2 minutes: Call from George
             04/16/02  1:54p 240 minutes: Oral Argument in Hartford; travel to
                            and fro
             04/16/02  1:54p 9 minutes: Call from Lewis
             04/16/02  1:38a 155 minutes: working on summary j & affadavit;
                            e-mail to Lewis
             04/15/02  2:59p 360 minutes: Working on reply memo re: Discovery
                            motion to compel
             04/15/02  8:55a 120 minutes: working on memo
             04/12/02 11:55a 162 minutes: working on opposition papers; re:
                            Confidentiality protective order
             04/12/02  2:20a 138 minutes: working on reply memo re: motion to
                            compel
             04/11/02  5:04p 205 minutes: drafting opposition memo re: Xpn
                            motion for confidentiality (protective order)
             04/10/02  4:32p 2 minutes: review supplemental discovery, copy &
                            mail
             04/10/02 12:15a 30 minutes: working on summary J.
             04/04/02 12:52p 13 minutes: Call to Lewis; e-mail advance copy to
                            Lewis
             04/04/02 12:34p 60 minutes: working on discovery requests from
                            Experian; priv. logs; certifications, copies, etc.
             04/04/02  9:08a 6 minutes: Call to client re discovery
             04/03/02  6:13p 105 minutes: Call w/ Lewis discussing discovery;
                            assembling and reviewing discovery requests from
                            Experian & documents therein
             04/03/02 10:36a 3 minutes: Processing correspondence & sending
                            report to court
             04/02/02  1:56p 13 minutes: reviewing proposed status report;
                            e-mail to george
             04/02/02 11:18a 120 Minutes: Working on Summary J.
             04/01/02  2:44p 60 minutes: Working on Summary J. Motion
             04/01/02  1:36p 60 minutes: Law Library research for plaintiff's
                            Summary J. Motion
             04/01/02 12:35p 10 minutes: reviewing FCRP 16(c) for pretrial
                            statue report; call to George respecting the same
             03/31/02  3:11p 90 minutes: Researching caselaw on "willfulness"
             03/28/02  7:37p 110 minutes: Working on plaintiff's S.J. motion
             03/28/02  3:17p 105 minutes: Working on Plaintiff's S.J. motion
             03/28/02  2:04p 20 minutes: final review & finishing edits:
                            ex-parte memo
             03/26/02  2:16p 26 minutes: Calls from George and Lewis
             03/26/02  1:33p 41 minutes: working on interogg. answers
             03/26/02 12:31p 6 minutes: Reviewing new documents produced by
                            Lewis & proposed interrog. answers
             03/26/02 11:37a 56 minutes: Reviewing ex-parte
             03/25/02 12:53p 90 minutes: Call w/ Lewis about Interoggs.,
                            fielding questions; working on interogg.
                            objections; e-mail to lewis and George
             03/25/02 11:16a 7 minutes: call from George
             03/22/02  4:30p 55 minutes: Carefully drafting letters to suspected
                            mystery Browns
             03/22/02 12:14p 117 minutes: Working on Interrogatories & Document
                            Requests from D
             03/22/02 10:44a 93 minutes: matching evidence to inceptual proof

04/29/04
1:06p

Zenas Zelotes, Esq.

Matter Notes
Customized Billing from Master List

| Case Number | When | Time | Note |
|---|---|---|---|
| (continued) | | | |
| | | | chart |
| | 03/21/02 | 2:25p | 25 minutes: Assembling demand #2 and damages analysis |
| | 03/21/02 | 1:50p | 7 minutes: researching damages |
| | 03/21/02 | 1:42p | 41 minutes: Call to client; discussing settlement strategies; discovery plans; repsonding to Experian's discovery requests; other questions from client |
| | 03/21/02 | 12:56p | 110 Minutes: Developing proof charts |
| | 03/19/02 | 8:22p | 5 minutes: Reviewing evidence today provided |
| | 03/19/02 | 1:55p | 135 Minutes: Oral argument in Hartford; travel to and fro |
| | 03/18/02 | 4:41p | 21 minutes: Finish producing motions to compel; ready to mail & file |
| | 03/18/02 | 4:02p | 3 Minutes: Call to George |
| | 03/16/02 | 1:39p | 49 minutes: working on motions to compel |
| | 03/14/02 | 11:00a | 125 minutes: Working on ex-parte memo |
| | 03/13/02 | 11:44a | 3 minutes: Call from George |
| | 03/13/02 | 10:58a | 2 minutes: Cal to George |
| | 03/12/02 | 5:08p | 99 minutes: Working on ex-parte motion |
| | 03/12/02 | 1:46p | 37 minutes: discovery conference w/ George; working on ex-parte order |
| | 03/11/02 | 12:26p | 49 minutes: working on ex-parte memo |
| | 03/09/02 | 1:30p | 122 minutes: working on order |
| | 03/08/02 | 3:12p | 52 minutes: call to client |
| | 03/08/02 | 2:01p | 150 minutes: Researching and trying to hunt down the other Lewis Browns |
| | 03/07/02 | 10:49p | 90 minutes: breaking down discovery by catagory & organizing |
| | 03/07/02 | 4:51p | 10 minutes: researching compel motions |
| | 03/07/02 | 3:21p | 2 minutes: adjust scheduling |
| | 03/06/02 | 10:33p | 60 minutes: researching law on protective orders |
| | 03/05/02 | 11:30a | 42 minutes: conferencing with Joanne Faulkner about Experian's protective stipulation |
| | 03/04/02 | 1:11p | 45 minutes: drafting initial motion to extend discovery; e-mail to george; review George's proposed stipulated protective order |
| | 03/04/02 | 11:55a | 18 minutes: conferencing on telephone w/ Lewis |
| | 03/01/02 | 2:20p | 20 minutes: reviewing discovery objections from D |
| | 02/28/02 | 1:23p | 1 minutes: Call to george |
| | 02/27/02 | 6:46p | 25 minutes: working on defense to motion to strike |
| | 02/27/02 | 12:44p | 2 minutes: Call from george |
| | 02/27/02 | 11:12a | 12 minutes: ** NO CHARGE ** revising & updating abacus scheduling for Brown |
| | 02/27/02 | 10:14a | 2 minutes: Call to george; review discovery dates |
| | 02/15/02 | 2:23p | 17 minutes: Reviewing reply memo |
| | 02/15/02 | 12:41p | 7 minutes: reviewing Summary J. Rules |
| | 02/15/02 | 12:34p | 3 minutes: Scheduling & review of dates ordered |
| | 02/14/02 | 10:57a | 15 minutes: Call from Client |
| | 02/12/02 | 1:02p | 2 minutes: Calandaring & filing motion hearing |
| | 02/08/02 | 9:50a | 5 minutes: Correspondence from and to George |
| | 02/07/02 | 11:14a | 6 minutes: e-mail to and from Brown; admin filing |
| | 02/06/02 | 5:35p | 22 minutes: e-Instructions/Assignments for Lewis |
| | 02/06/02 | 4:11p | 90 minutes: Drafting answers to interoggs |

04/29/04
1:06p
Zenas Zelotes, Esq.
Page 8

Matter Notes
Customized Billing from Master List

| Case Number | When | Time | Note |
|---|---|---|---|
| | 02/06/02 | 2:19p | 10 minutes: ** NO CHARGE ** trip to p.o. |
| | 02/06/02 | 1:53p | 17 minutes: Call to Brown about discovery requests from Def. |
| | 02/06/02 | 1:15p | 15 minutes: reviewing interrogs |
| | 02/05/02 | 1:14p | 24 minutes: call from client; discussing motion received, upcoming travel, & future deposition strategy |
| | 02/04/02 | 12:33p | 3 minutes: e-mail message to George requesting offer in writing |
| | 02/04/02 | 10:29a | 5 minutes: Letter to Brown |
| | 02/04/02 | 9:19a | 180 Minutes: Complete Anti-Protective Order memo |
| | 02/01/02 | 5:14p | 370 minutes: videotape depo memo |
| | 01/31/02 | 11:53p | 360 minutes: videotape depo memo |
| | 01/31/02 | 1:05p | 67 minutes: Communications w/ George & Lewis |
| | 01/31/02 | 11:40a | 18 minutes: Settlement call w/George |
| | 01/30/02 | 11:31p | 300 minutes: memo from god |
| | 01/30/02 | 4:04p | 185 minutes: working on motion from god |
| | 01/30/02 | 2:09a | 240 minutes: videotape depo motion & memo |
| | 01/30/02 | 1:14a | 75 minutes: Videotape depo motion & memo |
| | 01/29/02 | 4:14p | 300 minutes: Videotape depo memo & motion |
| | 01/28/02 | 5:16p | 5 minutes: e-mail to George |
| | 01/28/02 | 5:11p | 15 minutes: Call to Client |
| | 01/28/02 | 4:52p | 10 minutes: reviewing protective order |
| | 01/28/02 | 12:57p | 10 minutes: modifying & sending video depo form to George; message to George |
| | 01/28/02 | 12:31p | 20 minutes: Call from George |
| | 01/28/02 | 11:05a | 105 minutes: correspondence to Geroge; Martinez |
| | 01/25/02 | 4:47p | 10 minutes: e-mail to George soliciting offer |
| | 01/25/02 | 3:04p | 10 minutes: ** NO CHARGE ** Hunting for a Rowayton Notary |
| | 01/25/02 | 12:36a | 26 minutes: Electronic correspondence to Lewis and George |
| | 01/24/02 | 4:33p | 60 minutes: researching notary issues; talks w/ George |
| | 01/24/02 | 1:46p | 5 minutes: e-mail to George |
| | 01/23/02 | 11:11p | 10 minutes: drafting e-mail to George; reviewing law of evidence for deposition |
| | 01/23/02 | 12:08p | 30 minutes: Call from George Kostolampros |
| | 01/23/02 | 8:13a | 3 minutes: Message to George |
| | 01/22/02 | 10:30p | 20 minutes: drafting depo notices; mailing; writing to George |
| | 01/22/02 | 9:21p | 15 minutes: Draft Woehrle Depo |
| | 01/21/02 | 8:21p | 22 minutes: Conference on phone w/ Lew & Mary to set up deposition in Rowayton |
| | 01/21/02 | 7:49p | 152 minutes: drafting Rule 11 motion |
| | 01/18/02 | 11:11a | 50 minutes: Requests for Production |
| | 01/18/02 | 2:08a | 45 minutes: Interogg. |
| | 01/17/02 | 11:56p | 115 minutes: drafting requests to produce |
| | 01/17/02 | 5:19p | 247 minutes: draftng interrogtories |
| | 01/16/02 | 12:34p | 17 minutes: Conversation w/ George |
| | 01/14/02 | 4:45p | 50 minutes: Preparing demand & finishing/mailing initial disclosures w/ demand & ftc evidence |
| | 01/14/02 | 1:45p | 40 minutes: working on damages analysis w/ Brown. |
| | 01/11/02 | 2:24p | 52 minutes: ** NO CHARGE ** (Curing Counsel's Error): Drafting & Printing Motion to Amend Case |

Matter Notes
Customized Billing from Master List

| Case Number | When | Time | Note |
|---|---|---|---|

(continued)

Caption, Etc.

01/10/02 12:18p 2 minutes: adjusting damages analysis

01/09/02 11:37p 3 minutes: e-mail to and from lewis

01/09/02  4:35p 125 minutes: interviewing fact witness Mary Woehrle; discussing damages with Lewis Brown for Manditory Damages Computation, Call to George Kostolampros

01/05/02 11:42p 30 minutes: reviewing court orders just arrived; writing to Lewis to update and instruct

01/05/02  4:09p 53 minutes: Call from Lewis Brown to discuss damages analysis, trial strategy. questions from client about case & answer

01/05/02  1:27p 1 minute: message to Lew

01/05/02 12:10p 8 minutes: filing/photocopying/mailing

01/04/02  5:41p 40 Minutes: working on closing / jury instructions / proof chart

01/04/02  3:53p 60 Minutes: drafting themes for opening argument, discovery & jury charge

01/04/02  1:03p 32 minutes: ** NO CHARGE ** logging in new deadlines into Abacus & setting up warnings; copying order for client; create mailing labels for case

01/04/02 12:01p 8 minutes: reviewing orders from Judge Martinez

01/03/02  7:59p 15 minutes: ** NO CHARGE ** photocopying file for client, assembling for mailing w/ notes attached

01/03/02 11:15a 30 minutes: Correspondence to another FCRA attorney / potential expert abour case

01/01/02 11:06p 6 minutes: drafting notes from my earlier conversation w/ Lew & filing the same

01/01/02 11:00p 19 minutes: ** NO CHARGE ** Programming deadline reminders into Abacus based upon Conference Report

01/01/02  3:23p 17 minutes: e-mail to lew w/ follow-up instructons; reaserching evidence

01/01/02  2:21p 104: Call w/ Client to discuss discovery, settlement strategies, Rule 26 disclosures & assignments.

01/01/02  1:18p 40 minutes: Assmbling Rule 26 disclosures

12/31/01  3:32p 10 minutes: reviewing answer

12/28/01  3:15p 20 minutes: ** NO CHARGE ** post office; mail revised 26f

12/28/01 11:01a 3 minutes: preparing joint conf. report for remailing

12/27/01 12:02p 2 minutes: Call ot Kosto.; need signiture

12/27/01 11:09a 2 minutes: Kostro

12/18/01  4:19p 8 minutes: file, e-mail & mail 26f

12/17/01  2:01p 20 minutes: 2 Calls w/ george; deal done on conference; settlement talks

12/17/01 11:18a 22 minutes: Reviewing final proposals on 26f report & proposing final changes to George

12/14/01  5:39p 5 minutes: Discussing conference

12/14/01  3:04p 15 minutes: revisions to conf. report

12/14/01  2:18p 4 minutes: calls to George

12/13/01  7:20p 30 minutes: revising pre-trial

12/13/01 12:42p 2 minutes: Reply e-mail to lew

Zenas Zelotes, Esq.

Matter Notes
Customized Billing from Master List

| Case Number | When | Time | Note |
|---|---|---|---|
| | 12/12/01 | 2:29p | 58 Minutes: Amending Experian Information Solutions; calls to Kosto / hartford clerk |
| | 12/12/01 | 10:52a | 5 minutes: pretrial w/ george |
| | 12/12/01 | 12:50a | 5 minutes: e-mail to george |
| | 12/12/01 | 12:34a | 10 minutes: reviewing modifications to pre-trial conference report |
| | 12/10/01 | 12:33p | 90 minutes: Preparing Joint Conference Report |
| | 12/06/01 | 9:21p | 105 minutes: Working on Pre-Trial; call from Client |
| | 12/06/01 | 4:49p | 2 minutes: Call to George; 26f approaching |
| | 12/03/01 | 10:19a | 1 minute: Call to Brown |
| | 12/02/01 | 11:15p | 1 minutes: Postage / labeling |
| | 12/01/01 | 3:51p | 92 minutes: Crafting demand letter |
| | 11/30/01 | 5:20p | 4 Minutes: Call to Brown; obtained credit report & review |
| | 11/29/01 | 1:46p | 31 Minutes: Conference w/ Atty K.; crunching demand numbers; call to client |
| | 11/29/01 | 1:13p | 1 minutes: message from George |
| | 11/20/01 | 12:05p | 20 minutes: ** NO CHARGE ** Photocopying documents; post office |
| | 11/19/01 | 3:33p | 47 Minutes: draft letter to Kostolampros |
| | 11/14/01 | 10:49a | 13 Minutes: Print/File/Mail Waiver// ditto appearance / research counsel / schedule deadline reminders |
| | 11/05/01 | 10:31a | 15 minutes: Initial call to Jones Day; investigate background of defense counsel (George Kostolampros) |
| | 10/30/01 | 1:11p | 5 minutes: Correspondence to client |
| | 10/30/01 | 11:03a | 20 minutes: Call from client |
| | 10/29/01 | 3:20p | 20 minutes: ** NO CHARGE ** (Counsel reconsiders initial preferrence for bench trial); draft, fax & mail demand for jury trial |
| | 10/18/01 | 7:00p | 5 minutes: ** NO CHARGE ** Prepare service waivers for mailing (etc) |
| | 10/18/01 | 4:26p | 10 minutes: file complaint with clerk |
| | 10/18/01 | 11:09a | 80 minutes: Final prep on complaint |
| | 10/17/01 | 1:04a | 325 minutes: Meet with client (de facto mini-deposition) and review all evidence (extensively); review fee agreement; post-meeting teleconsult with Blinn; minor research; begin drafting complaint |
| | 10/15/01 | 3:42p | 36 minutes: Conversation with Lewis Brown; review document received |
| | 10/10/01 | 8:10p | 10 minutes: ** NO CHARGE ** Prepare intake file |
| | 10/10/01 | 8:00p | 55 minutes: Initial conversation with Lewis Brown; post-conversation research |

Number of Records:  351

*Zenas Zelotes* LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Jones, Day, Reavis & Pogue
Attn: Daniel J. McLoon
555 West 5th Street, Suite 4600
Los Angeles CA 90012-1025    4/30/04

*Zenas Zelotes* LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Clerk of Court
450 Main Street
Hartford CT 06103          4/30/04

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail (or in-hand service) on the date(s) reflected.

4/30/2004

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed. Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

---

*Zenas Zelotes* LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Chambers (Chatigny J.)
450 Main Street
Hartford CT 06103          4/30/04