01cv1967mwd

159.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | ) | |
|---|---|---|
| Lewis C. Brown | ) | 3:01cv1967(RNC) |
| | ) | |
| Plaintiff, | ) | 2004 APR 29 P 12:39 |
| v. | ) | |
| | ) | U.S. DISTRICT COURT |
| Experian Information Solutions, Inc. | ) | HARTFORD, CT. |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO WITHDRAW**

Upon the annexed Affidavit, Experian Information Solutions moves for the withdrawal of the appearance of Arun Chandra, Esq. in this action.

Dated: April 28, 2004

EXPERIAN INFORMATION SOLUTIONS, INC.

By: _____
Arun Chandra – ct 25587
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
May 5, 2004.

FILED
2004 MAY -6 A 7:56
U.S. DISTRICT COURT
HARTFORD, CT.

NYI-2130073v1           1