UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown  ) | 3:01cv1967(RNC) |
| ) | |
| Plaintiff,  ) | |
| v.  ) | |
| ) | |
| Experian Information Solutions, Inc.  ) | |
| ) | |
| Defendant.  ) | May 13, 2004 |
| ) | |

## MOTION FOR EXPEDITED RULING ON EXPERIAN'S MOTION FOR AN ORDER PURSUANT TO FED. R. CIV. P. 58(c)(2)

In a motion of even date herewith, Experian Information Solutions, Inc. ("Experian") has moved this Court for an order pursuant to Rule 58(c)(2) of the Federal Rules of Civil Procedure that (i) treats plaintiff's pending Motion for Award of Attorney's Fees and Costs ("Motion for Attorney's Fees") as having been filed under Rule 54(d)(2) and (ii) states that the Motion for Attorney's Fees has the same effect under Rule 4(a)(4) of the Federal Rules of Appellate Procedure as a timely motion under Rule 59.

On May 13, 2004, the undersigned discussed the Motion for an Order Pursuant to Fed.R.Civ.P. 58(c)(2) ("Motion for Order") by telephone with opposing counsel, Attorney Zenas Zelotes. Attorney Zelotes stated that he opposes the Motion for Order.

As explained in the memorandum of law accompanying the Motion for Order, the Motion for Order will be moot unless the Court rules on it before May 19, 2004. Therefore, Experian moves the Court to expedite its ruling on the Motion for Order so that a ruling is made before May 19, 2004.

EXPERIAN INFORMATION SOLUTIONS, INC.

By: /s/ Brien P. Horan
Brien P. Horan, ct06870
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8307
Facsimile: (860) 275-8299
e-mail: bhoran@rc.com

Daniel J. McLoon, *admitted pro hac vice*
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, California 90013
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

Brien P. Horan certifies that on May 13, 2004 he caused the within Motion to be served via Federal Express overnight delivery on the following:

Zenas Zelotes Esq.
Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London, CT 06320
(860) 442-2265

Attorneys for Plaintiff Lewis C. Brown

*[signature: Brien P. Horan]*

Brien P. Horan