UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown | ) <br> ) <br> ) 3:01cv1967(RNC) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Experian Information Solutions, Inc. ) <br> ) <br> Defendant. ) May 13, 2004 <br> ) |

**MOTION FOR AN ORDER PURSUANT TO FED. R. CIV. P. 58(c)(2)**

For the reasons set forth in the accompanying Memorandum of Law, Experian Information Solutions, Inc., moves this Court for an order pursuant to Rule 58(c)(2) of the Federal Rules of Civil Procedure that (i) treats plaintiff's pending Motion for Award of Attorney's Fees and Costs ("Motion for Attorney's Fees") as having been filed under Rule 54(d)(2) and (ii) states that the Motion for Attorney's Fees has the same effect under Rule 4(a)(4) of the Federal Rules of Appellate Procedure as a timely motion under Rule 59.

On May 13, 2004, the undersigned discussed this motion by telephone with opposing counsel, Attorney Zenas Zelotes. Attorney Zelotes stated that he opposes the motion.

EXPERIAN INFORMATION SOLUTIONS, INC.

By: *Brien P. Horan*
Brien P. Horan, ct06870
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8307
Facsimile: (860) 275-8299
e-mail: bhoran@rc.com

Daniel J. McLoon, *admitted pro hac vice*
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, California 90013
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Counsel for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

Brien P. Horan certifies that on May 13, 2004 he caused the within Motion and accompanying Memorandum of Law to be served via Federal Express overnight delivery on the following:

Zenas Zelotes Esq.
Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
New London, CT 06320
(860) 442-2265

Attorneys for Plaintiff Lewis C. Brown

_____
Brien P. Horan