UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 13 P 3:24

| | |
|---|---|
| Lewis C. Brown | ) 3:01cv1967(RNC) |
| Plaintiff, | ) |
| v. | ) |
| Experian Information Solutions, Inc. | ) |
| Defendant. | ) May 13, 2004 |

### MOTION FOR EXPEDITED RULING ON EXPERIAN'S MOTION FOR AN ORDER PURSUANT TO FED. R. CIV. P. 58(c)(2)

In a motion of even date herewith, Experian Information Solutions, Inc. ("Experian") has moved this Court for an order pursuant to Rule 58(c)(2) of the Federal Rules of Civil Procedure that (i) treats plaintiff's pending Motion for Award of Attorney's Fees and Costs ("Motion for Attorney's Fees") as having been filed under Rule 54(d)(2) and (ii) states that the Motion for Attorney's Fees has the same effect under Rule 4(a)(4) of the Federal Rules of Appellate Procedure as a timely motion under Rule 59.

On May 13, 2004, the undersigned discussed the Motion for an Order Pursuant to Fed.R.Civ.P. 58(c)(2) ("Motion for Order") by telephone with opposing counsel, Attorney Zenas Zelotes. Attorney Zelotes stated that he opposes the Motion for Order.

As explained in the memorandum of law accompanying the Motion for Order, the Motion for Order will be moot unless the Court rules on it before May 19, 2004. Therefore, Experian moves the Court to expedite its ruling on the Motion for Order so that a ruling is made before May 19, 2004.

NYI-2133308v1                                    1