UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lewis C. Brown ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Experian Information Solutions, Inc. ) <br> ) <br> Defendant. ) <br> ) | 3:01cv1967(RNC) |

AFFIDAVIT OF DANIEL J. MCLOON IN OPPOSITION TO
PLAINTIFF'S MOTION FOR
ATTORNEYS FEES

1.  I am a partner at Jones Day, attorneys for defendant Experian Information Solutions, Inc. ("Experian"). I practice in Jones Day's Los Angeles office, located at 555 West Fifth Street, Suite 4600, Los Angles, California 90013-1025.

2.  I have been admitted to this Court pro hac vice for the purposes of defending Experian in this action.

3.  I served as lead counsel during the trial of the above action and during settlement discussions involving the Court and counsel during trial.

4.  During the time period before and through the trial, Experian was willing to negotiate in good faith and was willing to offer more than the $60,000 Rule 68 Offer of Judgment.

5.  During settlement discussions with the Court, I indicated to Zenas Zelotes, Esq., counsel for Plaintiff Lewis Brown, that Experian was willing to add $15,000 to $20,000

to its prior offer of judgment of $60,000 -- bringing Experian's total settlement offer up to $80,000. Mr. Zelotes stated that this amount was not even close to what Plaintiff would accept in settlement. As was discussed with the Court during trial, Plaintiff and his counsel continued to value his case at more than one million dollars.

6.    However, at no time in the six months prior to or during trial did Plaintiff offer less than $700,000 to settle the action.

7.    The trial began with jury selection on April 13, 2004 and ended on April 16.

8.    The trial involved testimony from five witnesses, with less than 40 exhibits even offered, most of which were copies of letters written by Plaintiff.

9.    In his trial closing, Mr. Zelotes demanded $2.9 million in actual and punitive damages.

10.   On April 16, 2004, the jury returned a verdict for Experian on 3 of the 5 claims asserted and awarded $50,000.00 in damages.

11.   As a practical matter, the only claims that Plaintiff prevailed upon at trial were those where Experian all but conceded liability. During my opening statement and closing argument, I told the jury that Experian should have done a better job in helping the Plaintiff get a copy of his Experian credit file report.

12.  After the jury verdict was read in Court, the Plaintiff, Mr. Lewis Brown, congratulated me for our success at trial. Based upon the tone of his voice he appeared very disappointed.

Dated: May 22, 2004

Daniel J. McLoon, Esq.

STATE OF CALIFORNIA      )
                         )
COUNTY OF Santa Barbara  )

Subscribed and sworn to before me on this ____ day of May 2004.

CHERYL ELLIOTT
Commission # 1319587
Notary Public - California
Los Angeles County
My Comm. Expires Sep 1, 2005

Cheryl Elliott, Notary Public

My Commission Expires: 1 September 2005