IN THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LEWIS C. BROWN** )<br>)<br>**Plaintiff** )<br>vs. )<br>)<br>**EXPERIAN INFORMATION SOLUTIONS INC.** )<br>)<br>**Defendant** )<br>)<br>) | Case No. 3:01CV1967 (RNC)<br><br><br><br><br><br><br>June 11, 2004 |

**MOTION TO COMPEL JONES DAY'S BILLING RECORDS**

On April 19, 2004, a plaintiff's verdict entered pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (FCRA) and the Connecticut Unfair Trade Practices Act, C.G.S. § 42-110a et seq. (CUTPA). The FCRA mandates (and the CUTPA permits) a lodestar award of reasonable attorney's fees and costs. The plaintiff has moved for such an award and has requested a hearing before this court.

Insofar as the defendant contests the plaintiff's most recent prayer, he is entitled to review the Jones Day's billing records. Jones day refuses. A memorandum accompanies.

The plaintiff asks that this court compel Jones Day's complete billing records for use in determining an appropriate lodestar figure. The plaintiff further asks that such records be ordered furnished by a date certain and prior to the plaintiff's requested fee hearing.

**ORAL ARGUMENT IS REQUESTED**

2

Respectfully Submitted,

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC //* Shaw's Cove 5, Suite 202 // New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001 Tel: (860) 442-2265 // Fax: (860) 439-0295

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

Jones, Day, Reavis & Pogue
Attn: Daniel J. McLoon
555 West 5th Street, Suite 4600
Los Angeles CA 90012-1025     6/11/04

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Clerk of Court
450 Main Street
Hartford CT 06103     6/11/04

---

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the document(s) attached was served upon each addressee by USPS first class mail (or in-hand service) on the date(s) reflected.

6/11/2004

_____
ZENAS ZELOTES, ESQ.
*Zenas Zelotes LLC*
Shaw's Cove 5, Suite 202
New London CT 06320
Conn. Juris No. 419408 // Fed, Bar No. 23001
Tel: (860) 442-2265 // Fax: (860) 439-0295

---

## Zenas Zelotes LLC
Shaw's Cove 5, Suite 202
Tel. (860) 442-2265 / Fax. (860) 439-0295

COMMERCIAL LITIGATION & PLANNING

United States District Court
Attn: Chambers (Chatigny J.)
450 Main Street
Hartford CT 06103     6/11/04